

US008006429B2

(12) **United States Patent**      (10) **Patent No.:**      **US 8,006,429 B2**

Windauer      (45) **Date of Patent:**      **Aug. 30, 2011**

(54) **LOCKING TURRET KNOB**

(75) Inventor: **Bernard T. Windauer**, Kalispell, MT (US)

(73) Assignee: **Leupold & Stevens, Inc.**, Beaverton, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 728 days.

(21) Appl. No.: **11/720,428**

(22) PCT Filed: **Nov. 30, 2005**

(86) PCT No.: **PCT/US2005/043336**

§ 371 (c)(1),
(2), (4) Date: **May 29, 2007**

(87) PCT Pub. No.: **WO2006/060490**

PCT Pub. Date: **Jun. 8, 2006**

(65) **Prior Publication Data**

US 2009/0205461 A1      Aug. 20, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/632,331, filed on Nov. 30, 2004, provisional application No. 60/638,561, filed on Dec. 22, 2004.

(51) **Int. Cl.**
**F41G 1/38**      (2006.01)

(52) **U.S. Cl.** ........................................... **42/122**; 42/119

(58) **Field of Classification Search** .................... 42/119, 42/120, 122, 124, 136, 138; 74/553
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,344,973 A | 6/1920 | Bader | |
| 2,143,167 A | 1/1939 | Pechar | |
| 2,165,796 A | 7/1939 | Humeston | |
| 2,208,913 A | 7/1940 | Unertl | |
| 2,229,637 A | 1/1941 | Burton | |
| 2,336,107 A | 12/1943 | Litschert | |
| 2,452,592 A | 11/1948 | Meyer | |

(Continued)

FOREIGN PATENT DOCUMENTS

CN      2752794 Y      1/2006

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion, International Patent Application No. PCT/US05/43336, mailed Jul. 7, 2008, 7 pages.

(Continued)

*Primary Examiner* — Troy Chambers

(74) *Attorney, Agent, or Firm* — Stoel Rives LLP

(57) **ABSTRACT**

A locking turret knob includes an adjustment member, a first member, and a second member. The adjustment member is adjustably positionable about an axis of rotation. The first member is disposed in proximity to the adjustment member and has at least one engagement member. The second member is disposed in proximity to the adjustment member and has at least one engagement surface. The adjustment member is adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface. The adjustment member is locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface. The adjustment member can be coupled to an adjuster of an optical enhancement device, such as a telescopic sight, a telescope or a microscope.

**20 Claims, 10 Drawing Sheets**



Exhibit 1
Page 1 of 18

**US 8,006,429 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,583,042 A | | 1/1952 | Dayton |
| 2,585,933 A | | 2/1952 | Harvey |
| 2,682,707 A | | 7/1954 | Folke |
| 2,913,826 A | | 11/1959 | Petty |
| 3,037,287 A | | 6/1962 | Glatz at al. |
| 3,058,391 A | | 10/1962 | Leupold |
| 3,161,716 A | * | 12/1964 | Burris et al. .................. 356/247 |
| 3,222,987 A | | 12/1965 | Wrigglesworth |
| 3,280,463 A | | 10/1966 | Stadler |
| 3,297,389 A | * | 1/1967 | Gibson ......................... 359/424 |
| 3,471,932 A | | 10/1969 | Luning |
| 3,662,618 A | | 5/1972 | Kroll et al. |
| 3,707,204 A | | 12/1972 | Dussardier |
| 3,826,012 A | | 7/1974 | Pachmayr |
| 3,916,721 A | | 11/1975 | Egger |
| 3,990,155 A | | 11/1976 | Akin, Jr. et al. |
| 3,999,442 A | | 12/1976 | Decker et al. |
| 4,012,966 A | | 3/1977 | Lieberman et al. |
| 4,026,397 A | | 5/1977 | Raus |
| 4,038,757 A | | 8/1977 | Hicks et al. |
| 4,132,129 A | | 1/1979 | Pratt |
| 4,154,125 A | | 5/1979 | Frank |
| 4,200,355 A | | 4/1980 | Williams, Jr. |
| 4,201,096 A | | 5/1980 | Morrison et al. |
| 4,247,161 A | | 1/1981 | Unertl, Jr. |
| 4,347,758 A | | 9/1982 | Geil et al. |
| 4,373,269 A | | 2/1983 | Doliber et al. |
| 4,389,791 A | | 6/1983 | Ackerman |
| 4,408,842 A | | 10/1983 | Gibson |
| 4,457,076 A | | 7/1984 | Heck |
| 4,461,330 A | | 7/1984 | Judkins |
| 4,643,542 A | | 2/1987 | Sakai et al. |
| 4,779,305 A | | 10/1988 | Gorsek |
| 4,955,253 A | | 9/1990 | Sakai et al. |
| 4,982,502 A | | 1/1991 | Weyrauch |
| 5,020,389 A | | 6/1991 | Sigler |
| 5,083,477 A | | 1/1992 | Geil |
| 5,121,653 A | | 6/1992 | Sigler |
| 5,152,187 A | | 10/1992 | LaFemina |
| 5,329,829 A | | 7/1994 | Sell |
| 5,363,559 A | | 11/1994 | McCarty |
| 5,433,010 A | | 7/1995 | Bell |
| 5,499,456 A | | 3/1996 | Tomita |
| 5,513,440 A | | 5/1996 | Murg |
| 5,586,569 A | | 12/1996 | Hanning et al. |
| 5,615,487 A | | 4/1997 | Tomita |
| 5,618,374 A | | 4/1997 | Byerley |
| 5,695,125 A | | 12/1997 | Kumar |
| 5,715,607 A | | 2/1998 | Murg |
| 5,745,287 A | | 4/1998 | Sauter |
| 5,771,595 A | | 6/1998 | Bell |
| 5,862,715 A | | 1/1999 | Lemire |

| | | | |
|---|---|---|---|
| 5,892,617 A | | 4/1999 | Wallace |
| 5,906,141 A | | 5/1999 | Abdelmoula |
| 5,930,934 A | | 8/1999 | Fisher et al. |
| 6,005,711 A | | 12/1999 | Mai et al. |
| 6,279,259 B1 | | 8/2001 | Otteman |
| 6,351,907 B1 | | 3/2002 | Otteman |
| 6,442,854 B1 | | 9/2002 | Liu et al. |
| 6,508,144 B1 | | 1/2003 | Vendetti et al. |
| 6,519,890 B1 | | 2/2003 | Otteman |
| 6,588,125 B2 | | 7/2003 | Proctor, Sr. |
| 6,643,970 B2 | * | 11/2003 | Huber ............................ 42/122 |
| 6,691,447 B1 | | 2/2004 | Otteman |
| 6,705,037 B2 | | 3/2004 | Van Kirk |
| 6,721,095 B2 | | 4/2004 | Huber |
| 6,772,550 B1 | | 8/2004 | Leatherwood |
| 6,848,628 B2 | | 2/2005 | Walker |
| 6,860,442 B2 | | 3/2005 | Datcuk, Jr. |
| 6,862,832 B2 | | 3/2005 | Barrett |
| 7,117,624 B2 | | 10/2006 | Kim |
| 7,121,037 B2 | | 10/2006 | Penney |
| 7,330,310 B2 | | 2/2008 | Hengst et al. |
| 2003/0140545 A1 | * | 7/2003 | Huber ............................ 42/122 |
| 2004/0088898 A1 | * | 5/2004 | Barrett |
| 2006/0254115 A1 | | 11/2006 | Thomas et al. |
| 2006/0268433 A1 | | 11/2006 | Thomas |
| 2006/0278035 A1 | | 12/2006 | Casas |
| 2007/0240356 A1 | | 10/2007 | Klepp et al. |
| 2008/0066364 A1 | | 3/2008 | Klepp et al. |
| 2008/0236018 A1 | | 10/2008 | Halverson |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 2 148 967 | 4/1973 |
| DE | 297 20 737 U1 | 2/1998 |
| DE | 299 03 989 U1 | 6/1999 |
| DE | 203 01 749 U1 | 4/2003 |
| DE | 102 22 528 A1 | 12/2003 |
| DE | 202006003770 U1 | 7/2006 |
| GB | 598306 | 2/1948 |
| GB | 708438 | 5/1954 |
| GB | 1102022 | 2/1968 |
| GB | 1 214 584 | 12/1970 |
| GB | 2 213 959 A | 8/1989 |
| JP | 11085290 A | 3/1999 |
| WO | WO 2006/060490 A2 | 6/2006 |
| WO | WO 2006/109587 A1 | 10/2006 |

## OTHER PUBLICATIONS

Article: *Bayonet Mount*, Answer.com Encyclodictionalmanacapedia, http://www.answers.com/topic/bayonet-mount, visited Sep. 28, 2006, 2 pages.

\* cited by examiner

Exhibit 1
Page 2 of 18



FIG. 1

Exhibit 1
Page 3 of 18

Case 3:16-cv-01570-HZ   Document 1-1   Filed 08/02/16   Page 4 of 18



FIG. 2

Exhibit 1
Page 4 of 18



FIG. 3

Exhibit 1
Page 5 of 18

**U.S. Patent**        Aug. 30, 2011        Sheet 4 of 10        US 8,006,429 B2



FIG. 4

Exhibit 1
Page 6 of 18



FIG. 5A

FIG. 5B

Exhibit 1
Page 7 of 18

Case 3:16-cv-01570-HZ    Document 1-1    Filed 08/02/16    Page 8 of 18



## FIG. 6A



## FIG. 6B



FIG. 6C



FIG. 6D

Exhibit 1
Page 8 of 18



FIG. 7A

FIG. 7B

Exhibit 1
Page 9 of 18



FIG. 8A



FIG. 8B



FIG. 8C



FIG. 8D

Exhibit 1
Page 10 of 18



FIG. 9A



FIG.9B

FIG. 9C



FIG. 9D

Exhibit 1
Page 11 of 18



1000

Detachably Couple <u>1001</u>
Adjustment Portion To
Adjustor

Detachably Couple <u>1002</u>
Locking Mechanism To Base

Install Biasing Agent <u>1003</u>
So That Locking Mechanism Is
Normally In The Locked
Position

# FIG. 10

Exhibit 1
Page 12 of 18

US 8,006,429 B2

1

## LOCKING TURRET KNOB

### RELATED APPLICATIONS

This application is a national phase entry under 35 U.S.C. §371 of International Application No. PCT/US2005/043336, filed Nov. 30, 2005 and claims the benefit under 35 U.S.C. §119(e) of U.S. Provisional Patent Application Ser. No. 60/632,331, filed Nov. 30, 2004 and U.S. Provisional Patent Application Ser. No. 60/638,561, filed Dec. 22, 2004, which are incorporated by reference herein.

### BACKGROUND

The present disclosure relates to an optical enhancing device, such as a telescopic observation sighting device or individual shoulder (or hand-fired) firearms sighting device (telescopic sight herein). Embodiments described herein may also be used with any optical enhancing device containing adjusters, such as a microscope, telescope, etc. For purposes of illustration, it will be assumed herein that the optical enhancing device is a telescopic sight.

A telescopic sight, typically used to aim a firearm, is usually mounted on the firearm. An adjustment knob on a telescopic sight is typically used for changing a setting of an adjuster that may change the adjustment of, for example, elevation, crossrange (also "windage" herein), or parallax of the telescopic sight. Parameters such as elevation, crossrange, and parallax, may be painstakingly set in order that the firearm hit a specific target. Once set for a particular target, the setting preferably remains unchanged until after a shot is fired.

Existing telescopic sighting systems for civilian, law enforcement, and military firearms typically utilize one or more of three types of adjustment knobs. The first type of adjustment knob, termed a "hunting style" knob, utilizes a cover cap that must be removed prior to adjustment of the sight and replaced after adjustment of the sight to protect the adjustment member of the knob from unintentional adjustment. An advantage of this style of adjustment knob is that it is protected from moisture due to the protection provided by the cover cap. A disadvantage of this type of adjustment knob is that for each adjustment, the cap must be removed and replaced, thereby creating a potential for cap loss.

The second type of adjustment knob is termed a "target style" knob, and is accessible for adjustment at all times. An advantage of this type of adjustment knob is that it is accessible for adjustment at all times without the necessity of removing and replacing a cover cap. A disadvantage is that the adjustment knob can be inadvertently rotated by accidental physical contact.

The third type of adjustment knob is a variation of the "target style" adjustment knob and is a replacement knob used in lieu of the "hunting style" turret knob protective cap. This style of adjustment knob provides a "target style" function, should a marksman choose its use. The advantages and disadvantages of this type of adjustment knob are the same as for the "target style" knob.

What is needed is an adjustment knob that is mechanically lockable, and can be unlocked by an operator when a change in setting is desired.

### SUMMARY OF THE DISCLOSURE

According to one embodiment, an adjustment knob is mechanically lockable and can be unlocked by an operator when a change in setting is desired. In particular, a locking

2

turret knob may include an adjustment member, a first member, and a second member. The adjustment member is adjustably positionable about an axis of rotation. The first member is disposed in proximity to the adjustment member and has at least one engagement member. The second member is disposed in proximity to the adjustment member and has at least one engagement surface. The adjustment member is adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface, and the adjustment member is locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface. The adjustment member can be coupled to an adjuster of an optical enhancement device, such as a telescopic sight, a telescope or a microscope. A change in the selected position of the adjustment member produces a change in an adjustment setting of the adjuster of the optical enhancement device.

In one embodiment, the first member is fixably coupled to the adjustment member. In another embodiment, the second member is fixably coupled to the adjustment member.

The at least one engagement surface may be an aperture and the at least one engagement member may be a protuberance, such as a pin member, that engages the aperture. In another embodiment, the at least one engagement surface is part of a spline structure. For example, the at least one engagement member can be part of a spline structure that engages the engagement surface of another spline structure. As another example, at least one engagement member can be a protuberance that engages the engagement surface of another spline structure.

According to one embodiment, the adjustment member becomes unlocked in response to application of a force and is adjustably positionable to a newly selected position about the axis of rotation. Accordingly, the adjustment member becomes locked in the newly selected position about the axis of rotation in response to removal of the force.

A locking selection member may be coupled to the first member. The locking selection member is responsive to a force, such as a pulling force or a pushing force, applied to the locking selection member by causing each engagement member of the first member to disengage each engagement surface of the second member. When the force is removed or another force is applied, the locking selection member enables each engagement member of the first member to engage a corresponding engagement surface of the second member. One alternative embodiment provides that the force rotates the locking selection member when the force is applied in a first rotational direction. Accordingly, when the force is removed and when a second force that is applied to the locking selection member in a second rotational direction, the locking selection member enables at least one engagement member of the first member to engage a corresponding engagement surface of the second member.

A method of manufacturing a locking turret knob may include providing an adjustment member adjustably positionable about an axis of rotation, providing a first member disposed in proximity to the adjustment member and having at least one engagement member; and providing a second member disposed in proximity to the adjustment member and having at least one engagement surface, such that the adjustment member is adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface, and the adjustment member being locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface.

Exhibit 1
Page 13 of 18

US 8,006,429 B2

**3**

BRIEF DESCRIPTION OF THE DRAWINGS

Various embodiments are illustrated by way of example and not by limitation in the accompanying figures in which like reference numerals indicate similar elements and in which:

FIG. **1** shows a side cross-sectional view of one example of a locking pin turret knob assembly in an engaged, or locked, configuration;

FIG. **2** shows a side cross-sectional view of the locking pin turret knob assembly shown in FIG. **1** in a disengaged, or unlocked, configuration;

FIG. **3** shows a side cross-sectional view of one example of a locking spline turret knob assembly in an engaged, or locked, configuration;

FIG. **4** shows a side cross-sectional view of the locking spline turret knob assembly shown in FIG. **3** in a disengaged, or unlocked, configuration;

FIG. **5**A shows a side cross-sectional view of one example of a cam-actuated locking turret knob assembly in an engaged, or locked, configuration;

FIG. **5**B shows a side cross-sectional view the cam-actuated locking turret knob assembly of FIG. **5**A in an unengaged, or unlocked, configuration;

FIG. **6**A shows a cross-sectional view of the turret knob shown in FIG. **5**A taken along line 6A-6A in FIG. **5**A;

FIG. **6**B shows a top view of the turret knob of FIG. **5**A showing detail of a locking selector thereof;

FIG. **6**C shows a side view of the locking selector shown in FIG. **6**B with other components of the locking turret knob omitted for clarity;

FIG. **6**D shows a cross-sectional view of the locking selector shown in FIG. **6**C taken along line 6D-6D in FIG. **6**C;

FIG. **7**A shows a side cross-sectional view of one example of a locking turret knob assembly in an engaged, or locked, configuration;

FIG. **7**B shows a side cross-sectional view of the locking turret knob assembly of FIG. **7**A in an unengaged, or unlocked, configuration;

FIG. **8**A shows a cross-sectional view of one example of a push/pull locking selector that can be used with the locking turret knob shown in FIG. **7**A with respect to one example of a locking ratchet ring;

FIG. **8**B shows a top view of the push/pull locking selector of FIG. **8**A and one example of a locking turret knob assembly;

FIG. **8**C shows a side view of the push/pull locking selector shown in FIG. **8**A with certain other components of the locking turret knob omitted for clarity;

FIG. **8**D shows a cross-sectional view of the push/pull locking selector shown in FIG. **8**C taken along line 8D-8D in FIG. **8**C;

FIG. **9**A shows a cross-sectional view of the locking turret knob of FIG. **7**A taken at line 9A-9A in FIG. **7**A, showing detail of a push unlock selector;

FIG. **9**B shows a top view of the push unlocking selector shown in FIG. **9**A and one example of a locking turret knob assembly;

FIG. **9**C shows a side view of the push unlocking selector shown in FIG. **9**A with certain other components of the locking turret knob omitted for clarity;

FIG. **9**D shows a cross-sectional view of the push unlocking selector shown in FIG. **9**C taken along line 9D-9D in FIG. **9**C; and

**4**

FIG. **10** shows a flow diagram for making a locking turret knob according to one embodiment.

DETAILED DESCRIPTION

According to one embodiment, an adjustment knob is provided for an optical setting, such as elevation, windage, parallax, or illuminated reticle power control of an optical-based instrument, such as a telescopic sighting system, a telescope or a microscope, that is mechanically lockable and weather proof, thereby eliminating inadvertent adjustment of an optical setting by accidental physical contact. Accordingly, the user may mechanically unlock the adjustment knob to make a desired adjustment of an optical or power setting. Thus, optical or power settings made by a user are reliably maintained regardless of the environmental conditions or whether the adjustment knob is accidentally touched.

FIG. **1** shows a side cross-sectional view of one example of a locking pin turret knob assembly **100** in an engaged, or locked, configuration. FIG. **2** shows a side cross-sectional view of the locking pin turret knob assembly **100** in a disengaged, or unlocked, configuration.

Locking pin turret knob assembly **100** includes a turret plate base **101**, an adjustment nut assembly **102** having a lower section **102***a* and an upper section **102***b*, a spade screw **103**, a spur ring **104**, a locking ring **105**, a plurality of locking ring splines **106**, an index ring **107**, a plurality of locking pins **108**, a spring member **110** and a turret assembly nut **109**. Turret base plate **101** is fixedly attached to, for example, a telescopic sight or other optical enhancing device (not shown). The lower section of adjustment nut assembly **102***a* fits inside an aperture (not indicated for clarity) that is formed in and passes through turret base plate **101**. In particular, adjustment nut assembly lower section **102***a* and upper section **102***b* are held together by screws **111** in a manner that allows adjustment nut assembly **102** to be fixedly engaged with turret base plate **101** and freely rotate in the aperture formed in turret base plate **101** about an axis **112**. Adjustment nut assembly **102** threadably engages the upper section of spade screw **103**. The lower rectangular section of spade screw **103** passes through a slot in the body of the telescopic sight and mechanically engages an optical adjustor (not shown) of the telescopic sight.

Spur ring **104** fixedly fits around adjustment nut assembly upper section **102***b*. Locking ring **105**, which includes a plurality of locking ring splines **106**, fixedly fits around turret base plate **101**. Locking ring splines **106** define one or more spline valleys defining engagement surfaces. Index ring **107** fits onto spur ring **104** and around locking ring **105**. A plurality of locking pins **108** are fixedly attached to index ring, engage apertures in spur ring **104** and engage locking ring splines **106** when index ring is fitted onto spur ring **104** and around locking ring **105**. Turret assembly nut **109** threadably engages adjustment nut assembly upper section **102***b* and forms a cavity **113** into which spring member **110** fits. That is, spring member **110** fits into cavity **113** between a top surface **114** of index ring **107** and an inner surface **115** of turret assembly nut **109**.

When locking pin turret knob assembly **100** is in a locked configuration, locking pins **108** engage locking ring splines **106** of fixed locking ring **105** so that index ring **107**, spur ring **104**, assembly nut **109**, and adjustment nut assembly **102** cannot be rotated around axis **112** and, consequently, spade screw **103** cannot adjust the corresponding optical adjustment of the telescopic sight.

FIG. **2** shows a side cross-sectional view of locking pin turret knob assembly **100** in a disengaged, or unlocked, con-

Exhibit 1
Page 14 of 18

US 8,006,429 B2

5

figuration. By applying a force that moves index ring 107 along axis 112 in a direction 116 away from telescopic sight (i.e., pulling index ring 107 away from the telescopic sight), spring member 110 compresses within cavity 113 and locking pins 108 disengage locking ring splines 106. While in the unlocked configuration, fixed locking pins 108 of index ring 107 remain in engagement with the apertures of spur ring 104, and spur ring 104, which, in turn, is fixedly engaged with adjustment nut assembly 102. Index ring 107 can be rotated around axis 112, thereby also rotating spur ring 104, assembly nut 109, and adjustment nut assembly 102 around spade screw 103 which is fixed from rotation by the lower rectangular portion of the spade screw 103 passing through a slot in the telescopic sight body. Rotation of adjustment nut assembly 102 around spade screw 103 results in a linear movement of spade screw 103 and optical adjustment of the telescopic sight.

While FIGS. 1 and 2 show and have been described by making reference to a plurality of locking pins, it should be understood that only a single locking pin is needed. Additionally, while locking splines 106 have been described, it should be understood that a mechanical member having a plurality of apertures that engage locking pins 108 can alternatively be used. According to another embodiment, the locking pins, which are fixedly attached to a structure corresponding to locking ring 105, could lockably and unlockably engage locking spline structures that are part of the index ring.

A marksman may calibrate the locking turret knob illustrated in FIGS. 1 and 2, i.e., reorient the orientation of index ring 107 relative to adjustment nut assembly lower section 102a, as follows: At a predetermined distance, the marksman adjusts an adjuster setting, e.g., elevation, windage or parallax, by unlocking locking pin turret knob 100, rotating locking turret knob index ring 107, and releasing index ring 107 to relock the adjuster. Turret assembly nut 109, detachably coupled (e.g., via screw threads between turret assembly nut 109 and adjustment nut assembly upper section 102b) to adjustment nut assembly upper section 102b, is then uncoupled from adjustment nut assembly upper section 102b. Index ring 107 may then be pulled by the marksman away from the body of locking pin turret knob 100 so that locking pins 108 disengage from lock ring 105, thereby allowing the marksman to selectively orient index ring 107 without causing any adjustment of spade screw 103. Index ring 107 can then be zeroed (by rotating around its axis of rotation) so that, for example, a zero-point mark (not shown) on index ring 107 is aligned with an index mark (not shown) on turret base plate 101. Turret assembly nut 109 is then re-coupled and tightened to adjustment nut assembly upper section 102b, which re-engages spring member 110. Index ring 107 is then biased toward adjustment nut assembly upper section 102b, engaging locking pins 108 with the locking ring splines 106 of lock ring 105, thereby re-establishing the locked configuration.

FIG. 3 shows a side cross-sectional view of one example of a locking spline turret knob assembly 300 in an engaged, or locked, configuration. FIG. 4 shows a side cross-sectional view of the locking spline turret knob assembly 300 in a disengaged, or unlocked, configuration.

Locking spline turret knob assembly 300 includes a turret base plate 301, an adjustment nut assembly 302 having a lower section 302a and an upper section 302b, a spade screw 303, an index ring 304, and a turret assembly nut 305. Turret base plate 301 is fixedly attached to, for example, a telescopic sight or other optical enhancing device (not shown). The lower section of adjustment nut assembly 302a fits inside an aperture (not indicated for clarity) that is formed in and passes through turret base plate 301. In particular, adjustment nut

6

assembly lower section 302a and upper section 302b are held together by screws 306 in a manner that allows adjustment nut assembly 302 to be fixedly engaged with turret base plate 301 and freely rotate in the aperture formed in turret base plate 301 about an axis 307. Adjustment nut assembly 302 threadably engages the upper section of spade screw 303. The lower rectangular section of spade screw 303 passes through a slot in the body the telescopic sight and mechanically engages an optical adjustor (not shown) of the telescopic sight.

Index ring 304 fits around adjustment nut assembly upper section 302b and includes a plurality of mating splines 308 and a plurality of locking splines 310. Index ring mating splines 310 engage adjustment nut mating splines 308 of adjustment nut assembly upper section 302b as index ring 304 fits around adjustment nut assembly upper section 302b. Index ring locking splines lockably engage turret base plate locking splines 311 when locking turret knob assembly 300 is in the locked configuration. Turret assembly nut 305 threadably engages adjustment nut assembly upper section 302b and forms a cavity 312 into which a spring member 313 fits. That is, spring member 313 fits into cavity 312 between a top surface 314 of index ring 304 and an inner surface 315 of turret assembly nut 305.

When locking pin turret knob assembly 300 is in a locked configuration, index ring locking splines 309 engage turret base plate locking splines 311 so that adjustment nut assembly 302, index ring 304, and turret assembly nut 305 cannot be rotated around axis 307 and, consequently, spade screw 303 cannot adjust the corresponding optical adjustment of the telescopic sight.

FIG. 4 shows a side cross-sectional view of locking pin turret knob assembly 300 in a disengaged, or unlocked, configuration. By applying a force that moves index ring 304 along axis 307 in a direction 316 away from telescopic sight (i.e., pulling index ring 304 away from the telescopic sight), spring member 313 compresses within cavity 312 and index ring locking splines 309 disengage turret base plate locking splines 311. While in the unlocked configuration, index ring mating splines 308 continue to engage adjustment nut assembly upper section 302b and thereby engage adjustment nut assembly 302. Index ring 304 can be rotated around axis 307, thereby also rotating, turret assembly nut 305, and adjustment nut assembly 302 around spade screw 303 which is fixed from rotation by the lower rectangular portion of the spade screw 303 passing through a slot in the telescopic sight body. Rotation of adjustment nut assembly 302 around spade screw 303 results in a linear movement of spade screw 303 and optical adjustment of the telescopic sight.

When adjustment is completed, the marksman releases index ring 304, and spring member 313 biases index ring 304 toward turret base plate 301, thereby returning locking turret knob assembly 300 to the locked configuration.

A marksman may calibrate locking turret knob assembly 300 depicted in FIGS. 3 and 4, as follows. For a predetermined target distance, the marksman adjusts an adjuster setting, e.g., elevation, windage or parallax, by unlocking locking turret knob assembly 300, rotating index ring 304 for the desired calibration and then releasing the index ring 304 to relock locking turret knob assembly 300. Turret assembly nut 305, which is threadably coupled to adjustment nut assembly upper section 302b, is unthreaded from adjustment nut assembly upper section 302b, which releases spring member 313, thereby allowing index ring mating splines 308 to become disengaged from adjustment nut assembly mating splines 310. Index ring 304 can then be pulled by the marksman in the direction indicated by arrow 316, thus uncoupling

Exhibit 1
Page 15 of 18

US 8,006,429 B2

**7**

index ring mating splines **308** from adjustment nut assembly mating splines **310**. The marksman can then rotate index ring **304** to a desired calibration setting without causing any adjustment of spade screw **303**. That is, index ring **304** can then be zeroed by rotating index ring so that a zero-point mark (not shown) on index ring **304** is aligned with an index mark (not shown) on turret base plate **301**. Turret assembly nut **305** is then rethreaded and tightened onto adjustment nut assembly upper section **302***b*, thereby enabling spring member **313** to bias index ring **304** toward adjustment nut assembly upper section **302***b*. Index ring mating splines **308** re-engage with adjustment nut assembly mating splines **310** and index ring locking splines **309** re-engage with turret base plate locking splines **311**, thereby re-establishing a locked configuration of locking turret knob assembly **300**, such as shown in FIG. 3.

FIG. 5A shows a side cross-sectional view of one example of a cam-actuated locking turret knob assembly **500** in an engaged, or locked, configuration. FIG. 5B shows a side cross-sectional view the cam-actuated locking turret knob assembly of FIG. 5A in an unengaged, or unlocked, configuration. FIGS. 6A-6D show different views of a locking selector **505** that can be used with the cam-actuated locking turret knob assembly **500**.

Cam-actuated locking turret knob assembly **500** includes a turret base plate **501** formed by a lower section **501***a* and an upper section **501***b*, an adjustment nut assembly **502**, a spade screw **503**, an index ring **504**, a locking selector **505** and a locking ratchet ring **506**. Turret base plate **501** is fixedly attached to, for example, a telescopic sight or other optical enhancing device (not shown). Adjustment nut assembly **502** fits inside an aperture (not indicated for clarity) that is formed in and passes through turret base plate **501**. Adjustment nut assembly **502** is fixedly engaged with turret base plate **501** and is free to rotate in the aperture formed in turret base plate **501** about an axis **507**. Adjustment nut assembly **502** threadably engages the upper section of spade screw **503**. The lower rectangular section of spade screw **503** passes through a slot in the body of the telescopic sight and mechanically engages an optical adjustor (not shown) of the telescopic sight. Locking ratchet ring **506** is fixedly attached to turret base plate **501**.

Index ring **504** fits around turret base plate **501** and is fixedly held to adjustment nut assembly **502** by a set screw **508**. Locking selector **505** fits into an aperture formed in index ring **504** and engages locking ratchet ring **506** with a cam-actuated locking wedge pin **509**. When cam-actuated locking wedge pin **509** is engaged with locking ratchet ring **506**, locking turret knob assembly **500** is in locked position, as shown in FIG. 5A, thereby rendering index ring **504** unable to be rotated about axis of rotation **507**. A spring-loaded ratchet pin **510** can also be optionally used so that when locking turret knob assembly **500** is unlocked (i.e., cam-actuated locking wedge pin **509** is disengaged from locking ratchet **506**), an adjustment made by rotating locking turret knob assembly **500** will have a tactile feel. In the unlocked configuration, cam-actuated locking wedge pin **509** is disengaged from locking ratchet ring **506**, and index ring **504** and adjustment nut assembly **502** can be rotated around axis **507**, thereby rotating around spade screw **503** which is fixed from rotation by the lower rectangular portion of the spade screw **503** passing through a slot in the telescopic sight body. Rotation of adjustment assembly nut **502** around spade screw **503** results in a linear movement of spade screw **103** and optical adjustment of the telescopic sight.

FIGS. 6A-6D show different views of locking selector **505** that can be used with the cam-actuated locking turret knob assembly **500**. In particular, FIG. 6A shows a cross-sectional view of locking selector **505** with respect to locking ratchet

**8**

ring **506**. FIG. 6B shows a top view of locking selector **505** and locking turret knob assembly **500**. FIG. 6C shows a side view of locking selector **505**. FIG. 6D shows a cross-sectional view of locking selector **505** taken along line 6D-6D in FIG. 6C.

Locking selector **505** includes a selector knob **601**, a selector shaft **602** and a cam surface **603**. When a telescopic sight adjustment is desired, selector knob **601** is grasped and rotated around axis **507** (FIG. 5A) from a locked position to an unlocked position. In the unlocked position, cam surface **603** of a selector shaft **602** disengages cam-actuated locking wedge pin **509** from locking ratchet ring **506** and allows index ring **504** to be rotated about axis of rotation **507** (FIG. 5A).

Upon completion of an adjustment, locking selector **505** is then rotated by the marksman to the locked position. In the locked position, cam surface **603** of locking selector shaft **602** pushes outwardly on cam-actuated locking wedge pin **509** to engage cam-activated locking wedge pin **509** with grooves **511** (FIGS. 5A and 6A) of locking ratchet ring **506**. Locking ratchet ring **506** is fixedly coupled to turret base plate **501**, thereby preventing inadvertent adjustment of index ring **504** and spade screw **503**.

FIG. 7A shows a side cross-sectional view of one example of a locking turret knob assembly **700** in an engaged, or locked, configuration. FIG. 7B shows a side cross-sectional view of the locking turret knob assembly of FIG. 7A in an unengaged, or unlocked, configuration. FIGS. 9A-9D show different views of a push-unlocking selector **705** that can be used with the locking turret knob assembly **700**, shown in FIG. 7A.

Locking turret knob assembly **700** includes a turret base plate **701** formed by a lower section **701***a* and an upper section **701***b*, an adjustment nut assembly **702**, a spade screw **703**, an index ring **704**, a push-unlocking selector **705** and a locking ratchet ring **706**. Turret base plate **701** is fixedly attached to, for example, a telescopic sight or other optical enhancing device (not shown). Adjustment nut assembly **702** fits inside an aperture (not indicated for clarity) that is formed in and passes through turret base plate **701**. Adjustment nut assembly **702** is fixedly engaged with turret base plate **701** and is free to rotate in the aperture formed in turret base plate **701** about an axis **707**. Adjustment nut assembly **702** threadably engages the upper section of spade screw **703**. The lower rectangular section of spade screw **703** passes through a slot in the body of the telescopic sight and mechanically engages an optical adjustor (not shown) of the telescopic sight. Locking ratchet ring **706** is fixedly attached to turret base plate **701**.

Index ring **704** fits around turret base plate **701** and is fixedly held to adjustment nut assembly **702** by a set screw **708**. Index ring **704** also engages locking ratchet ring **706**. Push-unlocking selector **705** fits into an aperture formed in index ring **704** and engages locking ratchet ring **706** with a plunger-actuated locking wedge pin **709**. When push/pull locking wedge pin **709** is engaged with locking ratchet ring **706**, locking turret knob assembly **700** is in locked position, as shown in FIG. 7A, thereby rendering index ring **704** unable to be rotated about axis of rotation **707**. A spring-loaded wedge pin **710** can also be optionally used so that when locking turret knob assembly **700** is unlocked (i.e., plunger-actuated locking wedge pin **709** is disengaged from locking ratchet **706**), an adjustment made by rotating locking turret knob assembly **700** will have a tactile feel. In the unlocked configuration, plunger-actuated locking wedge pin **709** is disengaged from locking ratchet ring **706**, and index ring **704** and adjustment assembly **702** can be rotated around axis **707** and spade screw **703** which is fixed from rotation by the lower rectangular portion of the spade screw **703** passing through a

Exhibit 1
Page 16 of 18

US 8,006,429 B2

9

slot in the telescopic sight body. Rotation of adjustment nut assembly **702** around spade screw **703** results in a linear movement of spade screw **703** and optical adjustment of the telescopic sight.

FIGS. **8**A-**8**D show different views of the push/pull locking selector **805** that can be used with the locking turret knob assembly **700**, shown in FIG. **7**A, as an alternative to push un-locking selector **905**. In particular, FIG. **8**A shows a cross-sectional view of push/pull locking selector **805** with respect to locking ratchet ring **706**. FIG. **8**B shows a top view of push/pull locking selector **805** and locking turret knob assembly **700**. FIG. **8**C shows a side view of push/pull locking selector **805**. FIG. **8**D shows a cross-sectional view of push/pull locking selector **805** taken along line **8**D-**8**D in FIG. **8**C.

Push/pull locking selector **805** includes a selector knob **801**, a selector shaft **802** and a circumferential groove **803**. When a telescopic sight adjustment is desired, selector knob **801** is grasped and pulled in an outwardly direction along axis **707** (FIG. **7**A) from a locked position to an unlocked position. In the unlocked position, circumferential groove **803** of a selector shaft **802** allows plunger-actuated locking wedge pin **709** to drop into circumferential groove **803**, thereby disengaging locking wedge pin **709** from locking ratchet 15 ring **706** and allowing index ring **704** to be rotated about axis of rotation **707** (FIG. **7**A).

Upon completion of an adjustment, push/pull locking selector **805** is then pushed in an inwardly direction along axis **707** (FIG. **7**A) from the unlocked position to the locked position. In the locked position, circumferential groove **803** of locking selector shaft **802** moves below locking wedge pin **809** and selector shaft **802** pushes outwardly on plunger-actuated locking wedge pin **709** to engage plunger-actuated locking wedge pin **709** with grooves **711** (FIGS. **7**A and **8**A) of locking ratchet ring **706**. Locking ratchet ring **706** is fixedly coupled to turret base plate **701**, thereby preventing inadvertent adjustment of index ring **704** and spade screw **703**.

FIGS. **9**A-**9**D show different views of the push unlocking selector **705** that can be used with a locking turret knob assembly, such as locking turret knob assembly **700** shown in FIG. **7**A. In particular, FIG. **9**A shows a cross-sectional view of push unlocking selector **705** with respect to a locking ratchet ring **706**. FIG. **9**B shows a top view of push unlocking selector **705** and the locking turret knob assembly **700**. FIG. **9**C shows a side view of push unlocking selector **705**. FIG. **9**D shows a cross-sectional view of push unlocking selector **705** taken along line **9**D-**9**D in FIG. **9**C.

Push unlocking selector **705** includes a push selector knob **901**, a selector shaft **902** and a circumferential groove **903**. When a telescopic sight adjustment is desired, selector knob **901** is pushed inwardly from a locked position to an unlocked position. In the unlocked position, circumferential groove **903** of a selector shaft **902** moves inward and allows plunger-actuated locking wedge pin **709** to disengage from locking ratchet ring **706** and allows an index ring (not shown) to be rotated about an axis of rotation (not shown).

Upon completion of an adjustment, selector knob **901** is then released from the unlocked position to the locked position. In the locked position selector shaft **902** moves outward thereby moving circumferential groove **903** of selector shaft **902** to move above wedge pin **709**. The lower section of selector shaft **902** pushes outwardly on locking wedge pin **709** to engage plunger-activated locking wedge pin **709** with grooves **711** (FIGS. **7**A and **9**A) of locking ratchet ring **706**. Locking ratchet ring **706** is fixedly coupled to a turret base plate (not shown), thereby preventing inadvertent adjustment of the index ring and a spade screw.

10

FIG. **10** shows a flow diagram **1000** for making a locking turret knob according to one embodiment. An adjustment member is detachably coupled at **1001** to an adjuster, such that the axis of rotation of the adjustment member coincides with the axis of rotation of the adjuster. At **1002**, an adjustment member locking mechanism is then coupled to the base for preventing unintended rotation of the adjustment member. With the locking turret knob in the normally locked state, a marksman can unlock the index ring in order to perform an adjustment. When the adjustment member is unlocked, rotating the adjustment member produces an adjustment of the adjuster. At **1003**, a spring member, such as a spring, may be provided for producing a biasing force on the adjustment member, thereby rendering the adjustment member normally coupled to the base, i.e., locked. Operator-supplied force counteracting the biasing force uncouples the adjustment member from the base, enabling the operator to effect an adjustment of the adjuster via, e.g., rotating the index ring.

It should be understood that the locking turret knob assemblies described herein can be used as adjustment knobs for a telescopic sight or any other optical-based instrument having adjustment knobs, for example an optical enhancing device such as a lens or microscope, telescope, etc.

Although the foregoing description includes some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be made to the details of the above-described embodiments that are within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims.

What is claimed is:

1. A locking turret knob, comprising:
an adjustment member adjustably positionable about an axis of rotation;
a first member disposed in proximity to the adjustment member and comprising at least one engagement member; and
a second member disposed in proximity to the adjustment member and comprising at least one engagement surface,
the adjustment member being adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface, and the adjustment member being locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface.

2. The locking turret knob according to claim 1, wherein the first member is fixably coupled to the adjustment member.

3. The locking turret knob according to claim 1, wherein the second member is fixably coupled to the adjustment member.

4. The locking turret knob according to claim 1, wherein at least one engagement surface comprises an aperture and at least one engagement member comprises a protuberance that engages the aperture.

5. The locking turret knob according to claim 4, wherein the protuberance comprises a pin member.

6. The locking turret knob according to claim 1, wherein at least one engagement surface comprises part of a spline structure.

7. The locking turret knob according to claim 6, where at least one engagement member comprises part of a spline structure that engages the engagement surface of another spline structure.

Exhibit 1
Page 17 of 18

US 8,006,429 B2

**11**

**8**. The locking turret knob according to claim **6**, wherein the at least one engagement member comprises a protuberance that engages the engagement surface of another spline structure.

**9**. The locking turret knob according to claim **1**, wherein the adjustment member is coupled to an adjuster of an optical enhancement device, the adjuster comprising an adjustment setting, and a change in the selected position of the adjustment member produces a change in the adjustment setting of the adjuster of the optical enhancement device.

**10**. The locking turret knob according to claim **9**, wherein the optical enhancement device comprises one of a telescopic sight, a telescope and a microscope.

**11**. The locking turret knob according to claim **1**, wherein the adjustment member becomes unlocked in response to application of a force and is adjustably positionable to a newly selected position about the axis of rotation, and

wherein the adjustment member becomes locked in the newly selected position about the axis of rotation in response to removal of the force.

**12**. The locking turret knob according to claim **1**, further comprising a locking selection member coupled to the first member, the locking selection member being responsive to a force applied to the locking selection member by causing each engagement member of the first member to disengage each engagement surface of the second member.

**13**. The locking turret knob according to claim **12**, wherein the force rotates the locking selection member when the force is applied in a first rotational direction.

**14**. The locking turret knob according to claim **13**, wherein when the force is removed and when a second force that is applied to the locking selection member in a second rotational direction, the locking selection member enables at least one engagement member of the first member to engage a corresponding engagement surface of the second member.

**15**. The locking turret knob according to claim **12**, wherein when the force is removed, the locking selection member

**12**

enables at least one engagement member of the first member to engage a corresponding engagement surface of the second member.

**16**. The locking turret knob according to claim **15**, wherein the force comprises a pulling force applied to the locking selection member.

**17**. The locking turret knob according to claim **16**, wherein the second force comprises a pushing force applied to the locking selection member.

**18**. The locking turret knob according to claim **15**, wherein the force comprises a pushing force applied to the locking selection member.

**19**. A method of manufacturing a locking turret knob, the method comprising:

providing an adjustment member adjustably positionable about an axis of rotation;

providing a first member disposed in proximity to the adjustment member and comprising at least one engagement member; and

providing a second member disposed in proximity to the adjustment member and comprising at least one engagement member,

the adjustment member being adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface, and the adjustment member being locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface.

**20**. The method according to claim **19**, wherein the adjustment member becomes unlocked in response to application of a force and is adjustably positionable to a newly selected position about the axis of rotation, and

wherein the adjustment member becomes locked in the newly selected position about the axis of rotation in response to removal of the force.

\* \* \* \* \*

Exhibit 1
Page 18 of 18