

US008516736B2

(12) **United States Patent**

Windauer

(10) **Patent No.:** **US 8,516,736 B2**

(45) **Date of Patent:** **Aug. 27, 2013**

(54) **LOCKING ADJUSTMENT KNOB FOR A SIGHTING DEVICE**

(75) Inventor: **Bernard T. Windauer**, Kalispell, MT (US)

(73) Assignee: **Leupold & Stevens, Inc.**, Beaverton, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/220,525**

(22) Filed: **Aug. 29, 2011**

(65) **Prior Publication Data**

US 2012/0216653 A1     Aug. 30, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/720,428, filed as application No. PCT/US2005/043336 on Nov. 30, 2005, now Pat. No. 8,006,429.

(60) Provisional application No. 60/638,561, filed on Dec. 22, 2004, provisional application No. 60/632,331, filed on Nov. 30, 2004.

(51) **Int. Cl.**
 *F41G 1/38*          (2006.01)
(52) **U.S. Cl.**
 USPC ............................................. **42/122**; 42/119
(58) **Field of Classification Search**
 USPC .................. 42/119, 120, 122, 124, 136, 138;
 74/553
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 680,442 | A | * | 8/1901 | Schmitt ........................... | 72/105 |
| 1,344,973 | A | | 6/1920 | Bader | |
| 2,143,167 | A | * | 1/1939 | Pechar ........................... | 42/126 |

| | | | | | |
|---|---|---|---|---|---|
| 2,165,796 | A | * | 7/1939 | Humeston ...................... | 42/126 |
| 2,208,913 | A | * | 7/1940 | Unertl ............................ | 42/126 |
| 2,229,637 | A | * | 1/1941 | Burton ........................... | 42/137 |
| 2,336,107 | A | * | 12/1943 | Litschert ........................ | 42/126 |
| 2,452,592 | A | * | 11/1948 | Meyer ............................ | 33/298 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2752794 Y | 1/2006 |
| DE | 2 148 967 | 4/1973 |

(Continued)

OTHER PUBLICATIONS

Article: *Bayonet Mount*, Answers.com Encyclodictionalmanacapedia, http://www.answers.com/topic/ bayonet-mount, visited Sep. 28, 2006, 2 pages.

(Continued)

*Primary Examiner* — Michael David

(74) *Attorney, Agent, or Firm* — Stoel Rives LLP

(57)          **ABSTRACT**

A locking turret knob includes an adjustment member, a first member, and a second member. The adjustment member is adjustably positionable about an axis of rotation. The first member is disposed in proximity to the adjustment member and has at least one engagement member. The second member is disposed in proximity to the adjustment member and has at least one engagement surface. The adjustment member is adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface. The adjustment member is locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface. The adjustment member can be coupled to an adjuster of an optical enhancement device, such as a telescopic sight, a telescope or a microscope.

**29 Claims, 10 Drawing Sheets**



Exhibit 2
Page 1 of 19

**US 8,516,736 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,583,042 | A | * | 1/1952 | Dayton .......................... 42/122 |
| 2,585,933 | A | | 2/1952 | Harvey |
| 2,682,707 | A | * | 7/1954 | Dahlberg ...................... 42/137 |
| 2,913,826 | A | * | 11/1959 | Petty ............................ 42/122 |
| 3,037,287 | A | | 6/1962 | Glatz et al. |
| 3,058,391 | A | * | 10/1962 | Leupold ...................... 359/422 |
| 3,161,716 | A | * | 12/1964 | Burris et al. ................ 356/247 |
| 3,222,987 | A | * | 12/1965 | Wrigglesworth ............ 359/794 |
| 3,280,463 | A | * | 10/1966 | Stadler ........................ 42/122 |
| 3,297,389 | A | * | 1/1967 | Gibson ........................ 359/424 |
| 3,471,932 | A | | 10/1969 | Luning |
| 3,662,618 | A | | 5/1972 | Kroll et al. |
| 3,707,204 | A | | 12/1972 | Dussardier |
| 3,826,012 | A | | 7/1974 | Pachmayr |
| 3,916,721 | A | | 11/1975 | Egger |
| 3,990,155 | A | | 11/1976 | Akin, Jr. et al. |
| 3,999,442 | A | | 12/1976 | Decker et al. |
| 4,012,966 | A | | 3/1977 | Lieberman et al. |
| 4,026,397 | A | * | 5/1977 | Raus ....................... 192/48.1 |
| 4,038,757 | A | | 8/1977 | Hicks et al. |
| 4,132,129 | A | * | 1/1979 | Pratt ........................... 74/553 |
| 4,154,125 | A | * | 5/1979 | Frank .......................... 74/553 |
| 4,200,355 | A | * | 4/1980 | Williams, Jr. .............. 359/424 |
| 4,201,096 | A | * | 5/1980 | Morrison et al. ............ 74/531 |
| 4,247,161 | A | | 1/1981 | Unertl, Jr. |
| 4,347,758 | A | * | 9/1982 | Geil et al. .................... 74/531 |
| 4,373,269 | A | * | 2/1983 | Doliber et al. .............. 42/122 |
| 4,389,791 | A | * | 6/1983 | Ackerman .................... 42/122 |
| 4,408,842 | A | * | 10/1983 | Gibson ........................ 359/422 |
| 4,457,076 | A | | 7/1984 | Heck |
| 4,461,330 | A | * | 7/1984 | Judkins ..................... 144/154.5 |
| 4,643,542 | A | * | 2/1987 | Gibson ........................ 359/424 |
| 4,779,305 | A | * | 10/1988 | Gorsek ......................... 16/441 |
| 4,955,253 | A | | 9/1990 | Sakai et al. |
| 4,982,502 | A | * | 1/1991 | Weyrauch .................... 42/122 |
| 5,020,389 | A | * | 6/1991 | Sigler ......................... 74/553 |
| 5,083,477 | A | * | 1/1992 | Geil ............................ 74/553 |
| 5,121,653 | A | * | 6/1992 | Sigler ......................... 74/553 |
| 5,152,187 | A | * | 10/1992 | LaFemina ................... 74/553 |
| 5,329,829 | A | * | 7/1994 | Sell ............................ 74/553 |
| 5,363,559 | A | * | 11/1994 | McCarty ...................... 42/122 |
| 5,433,010 | A | * | 7/1995 | Bell ............................ 42/126 |
| 5,499,456 | A | * | 3/1996 | Tomita ........................ 42/122 |
| 5,513,440 | A | | 5/1996 | Murg |
| 5,586,569 | A | * | 12/1996 | Hanning et al. ......... 137/116.5 |
| 5,615,487 | A | * | 4/1997 | Tomita ........................ 42/122 |
| 5,618,374 | A | * | 4/1997 | Byerley ..................... 156/418 |
| 5,695,125 | A | * | 12/1997 | Kumar ...................... 239/364 |
| 5,715,607 | A | * | 2/1998 | Murg ........................... 42/123 |
| 5,745,287 | A | | 4/1998 | Sauter |
| 5,771,595 | A | * | 6/1998 | Bell ............................ 42/122 |
| 5,862,715 | A | | 1/1999 | Lemire |
| 5,892,617 | A | | 4/1999 | Wallace |
| 5,906,141 | A | * | 5/1999 | Abdelmoula ................ 74/553 |
| 5,930,934 | A | * | 8/1999 | Fisher et al. ................ 42/119 |
| 6,005,711 | A | | 12/1999 | Mai et al. |
| 6,279,259 | B1 | * | 8/2001 | Otteman ...................... 42/122 |
| 6,351,907 | B1 | * | 3/2002 | Otteman ...................... 42/120 |

| | | | | |
|---|---|---|---|---|
| 6,442,854 | B1 | * | 9/2002 | Liu et al. ...................... 33/286 |
| 6,508,144 | B1 | | 1/2003 | Vendetti et al. |
| 6,519,890 | B1 | * | 2/2003 | Otteman ....................... 42/122 |
| 6,588,125 | B2 | | 7/2003 | Proctor, Sr. |
| 6,643,970 | B2 | * | 11/2003 | Huber .......................... 42/122 |
| 6,691,447 | B1 | * | 2/2004 | Otteman ....................... 42/122 |
| 6,705,037 | B2 | | 3/2004 | Van Kirk |
| 6,721,095 | B2 | * | 4/2004 | Huber ......................... 359/427 |
| 6,772,550 | B1 | * | 8/2004 | Leatherwood ............... 42/119 |
| 6,848,628 | B2 | * | 2/2005 | Walker ........................ 239/16 |
| 6,860,442 | B2 | | 3/2005 | Datcuk, Jr. |
| 6,862,832 | B2 | | 3/2005 | Barrett |
| 7,117,624 | B2 | * | 10/2006 | Kim .............................. 42/85 |
| 7,121,037 | B2 | | 10/2006 | Penney |
| 7,330,310 | B2 | * | 2/2008 | Hengst et al. .............. 359/418 |
| 7,495,847 | B2 | * | 2/2009 | Thomas ...................... 359/811 |
| 7,934,335 | B2 | * | 5/2011 | Halverson ................... 42/137 |
| 8,006,429 | B2 | * | 8/2011 | Windauer ..................... 42/122 |
| 8,033,464 | B2 | * | 10/2011 | Windauer et al. .......... 235/404 |
| 8,132,351 | B2 | * | 3/2012 | Potterfield et al. ......... 42/94 |
| 8,270,104 | B2 | * | 9/2012 | Windauer ................... 359/821 |
| 8,356,442 | B2 | * | 1/2013 | Potterfield et al. ......... 42/94 |
| 2003/0140545 | A1 | * | 7/2003 | Huber .......................... 42/122 |
| 2004/0088898 | A1 | | 5/2004 | Barrett |
| 2006/0254115 | A1 | * | 11/2006 | Thomas et al. .............. 42/122 |
| 2006/0268433 | A1 | * | 11/2006 | Thomas ...................... 359/811 |
| 2006/0278035 | A1 | | 12/2006 | Casas |
| 2007/0240356 | A1 | * | 10/2007 | Klepp et al. ................. 42/122 |
| 2008/0047189 | A1 | * | 2/2008 | Potterfield et al. ......... 42/94 |
| 2008/0066364 | A1 | * | 3/2008 | Klepp et al. ................. 42/122 |
| 2008/0236018 | A1 | * | 10/2008 | Halverson .................. 42/135 |
| 2009/0205461 | A1 | * | 8/2009 | Windauer ..................... 74/553 |
| 2011/0100152 | A1 | | 5/2011 | Huynh |
| 2011/0242650 | A1 | * | 10/2011 | Windauer ................... 359/428 |
| 2011/0261449 | A1 | | 10/2011 | Schmitt |
| 2012/0030988 | A1 | * | 2/2012 | Windauer ..................... 42/119 |
| 2012/0053878 | A1 | * | 3/2012 | Windauer et al. .......... 702/94 |
| 2012/0167444 | A1 | | 7/2012 | Adkins et al. |
| 2012/0186131 | A1 | * | 7/2012 | Windauer ..................... 42/122 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 297 20 737 U1 | 2/1998 |
| DE | 299 03 989 U1 | 6/1999 |
| DE | 203 01 749 U1 | 4/2003 |
| DE | 102 22 528 A1 | 12/2003 |
| DE | 20 2006 003 770 U1 | 7/2006 |
| GB | 598306 | 2/1948 |
| GB | 708438 | 5/1954 |
| GB | 1102022 | 2/1968 |
| GB | 1214584 | 12/1970 |
| GB | 2213959 A | 8/1989 |
| JP | 11-085290 A | 3/1999 |
| WO | WO 2006/060490 A2 | 6/2006 |
| WO | WO 2006/109587 A1 | 10/2006 |

OTHER PUBLICATIONS

International Search Report and Written Opinion, International Patent Application No. PCT/US05/43336, mailed Jul. 7, 2008, 4 pages.

* cited by examiner

Exhibit 2
Page 2 of 19



FIG. 1

Exhibit 2
Page 3 of 19



FIG. 2

Exhibit 2
Page 4 of 19

Case 3:16-cv-01570-HZ    Document 1-2    Filed 08/02/16    Page 5 of 19



FIG. 3

Exhibit 2
Page 5 of 19



FIG. 4

Exhibit 2
Page 6 of 19



FIG. 5A

FIG. 5B

Exhibit 2
Page 7 of 19



FIG. 6A



FIG. 6B



FIG. 6C

FIG. 6D

Exhibit 2
Page 8 of 19

Case 3:16-cv-01570-HZ   Document 1-2   Filed 08/02/16   Page 9 of 19



FIG. 7A

FIG. 7B

Exhibit 2
Page 9 of 19



FIG. 8A

FIG. 8B

FIG. 8C

FIG. 8D

Exhibit 2
Page 10 of 19



FIG. 9A



FIG.9B

FIG. 9C



FIG. 9D

Exhibit 2
Page 11 of 19



1000

1001
Detachably Couple
Adjustment Portion To
Adjustor

1002
Detachably Couple
Locking Mechanism To Base

1003
Install Biasing Agent
So That Locking Mechanism Is
Normally In The Locked
Position

**FIG. 10**

Exhibit 2
Page 12 of 19

US 8,516,736 B2

1

## LOCKING ADJUSTMENT KNOB FOR A SIGHTING DEVICE

### RELATED APPLICATIONS

This application is a continuation of and claims priority to U.S. application Ser. No. 11/720,428, filed May 29, 2007, now U.S. Pat. No. 8,006,429, which is a national phase entry of International Application No. PCT/US2005/043336, filed Nov. 30, 2005, which claims the benefit of U.S. Provisional Application No. 60/632,331, filed Nov. 30, 2004, and U.S. Provisional Application No. 60/638,561, filed Dec. 22, 2004. The entire teachings of each of the above applications are incorporated by reference herein.

### BACKGROUND

The present disclosure relates to an optical enhancing device, such as a telescopic observation sighting device or individual shoulder (or hand-fired) firearms sighting device (telescopic sight herein). Embodiments described herein may also be used with any optical enhancing device containing adjusters, such as a microscope, telescope, etc. For purposes of illustration, it will be assumed herein that the optical enhancing device is a telescopic sight.

A telescopic sight, typically used to aim a firearm, is usually mounted on the firearm. An adjustment knob on a telescopic sight is typically used for changing a setting of an adjuster that may change the adjustment of, for example, elevation, crossrange (also "windage" herein), or parallax of the telescopic sight. Parameters such as elevation, crossrange, and parallax, may be painstakingly set in order that the firearm hit a specific target. Once set for a particular target, the setting preferably remains unchanged until after a shot is fired.

Existing telescopic sighting systems for civilian, law enforcement, and military firearms typically utilize one or more of three types of adjustment knobs. The first type of adjustment knob, termed a "hunting style" knob, utilizes a cover cap that must be removed prior to adjustment of the sight and replaced after adjustment of the sight to protect the adjustment member of the knob from unintentional adjustment. An advantage of this style of adjustment knob is that it is protected from moisture due to the protection provided by the cover cap. A disadvantage of this type of adjustment knob is that for each adjustment, the cap must be removed and replaced, thereby creating a potential for cap loss.

The second type of adjustment knob is termed a "target style" knob, and is accessible for adjustment at all times. An advantage of this type of adjustment knob is that it is accessible for adjustment at all times without the necessity of removing and replacing a cover cap. A disadvantage is that the adjustment knob can be inadvertently rotated by accidental physical contact.

The third type of adjustment knob is a variation of the "target style" adjustment knob and is a replacement knob used in lieu of the "hunting style" turret knob protective cap. This style of adjustment knob provides a "target style" function, should a marksman choose its use. The advantages and disadvantages of this type of adjustment knob are the same as for the "target style" knob.

What is needed is an adjustment knob that is mechanically lockable, and can be unlocked by an operator when a change in setting is desired.

### SUMMARY OF THE DISCLOSURE

According to one embodiment, an adjustment knob is mechanically lockable and can be unlocked by an operator

2

when a change in setting is desired. In particular, a locking turret knob may include an adjustment member, a first member, and a second member. The adjustment member is adjustably positionable about an axis of rotation. The first member is disposed in proximity to the adjustment member and has at least one engagement member. The second member is disposed in proximity to the adjustment member and has at least one engagement surface. The adjustment member is adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface, and the adjustment member is locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface. The adjustment member can be coupled to an adjuster of an optical enhancement device, such as a telescopic sight, a telescope or a microscope. A change in the selected position of the adjustment member produces a change in an adjustment setting of the adjuster of the optical enhancement device.

In one embodiment, the first member is fixably coupled to the adjustment member. In another embodiment, the second member is fixably coupled to the adjustment member.

The at least one engagement surface may be an aperture and the at least one engagement member may be a protuberance, such as a pin member, that engages the aperture. In another embodiment, the at least one engagement surface is part of a spline structure. For example, the at least one engagement member can be part of a spline structure that engages the engagement surface of another spline structure. As another example, at least one engagement member can be a protuberance that engages the engagement surface of another spline structure.

According to one embodiment, the adjustment member becomes unlocked in response to application of a force and is adjustably positionable to a newly selected position about the axis of rotation. Accordingly, the adjustment member becomes locked in the newly selected position about the axis of rotation in response to removal of the force.

A locking selection member may be coupled to the first member. The locking selection member is responsive to a force, such as a pulling force or a pushing force, applied to the locking selection member by causing each engagement member of the first member to disengage each engagement surface of the second member. When the force is removed or another force is applied, the locking selection member enables each engagement member of the first member to engage a corresponding engagement surface of the second member. One alternative embodiment provides that the force rotates the locking selection member when the force is applied in a first rotational direction. Accordingly, when the force is removed and when a second force that is applied to the locking selection member in a second rotational direction, the locking selection member enables at least one engagement member of the first member to engage a corresponding engagement surface of the second member.

A method of manufacturing a locking turret knob may include providing an adjustment member adjustably positionable about an axis of rotation, providing a first member disposed in proximity to the adjustment member and having at least one engagement member; and providing a second member disposed in proximity to the adjustment member and having at least one engagement surface, such that the adjustment member is adjustably positionable about the axis of rotation when each engagement member does not engage an engagement surface, and the adjustment member being locked in a selected position about the axis of rotation when at least one engagement member engages an engagement surface.

Exhibit 2
Page 13 of 19

US 8,516,736 B2

**3**

BRIEF DESCRIPTION OF THE DRAWINGS

Various embodiments are illustrated by way of example
and not by limitation in the accompanying figures in which
like reference numerals indicate similar elements and in 5
which:

FIG. **1** shows a side cross-sectional view of one example of
a locking pin turret knob assembly in an engaged, or locked,
configuration;

FIG. **2** shows a side cross-sectional view of the locking pin 10
turret knob assembly shown in FIG. **1** in a disengaged, or
unlocked, configuration;

FIG. **3** shows a side cross-sectional view of one example of
a locking spline turret knob assembly in an engaged, or
locked, configuration; 15

FIG. **4** shows a side cross-sectional view of the locking
spline turret knob assembly shown in FIG. **3** in a disengaged,
or unlocked, configuration;

FIG. **5A** shows a side cross-sectional view of one example 20
of a cam-actuated locking turret knob assembly in an
engaged, or locked, configuration;

FIG. **5B** shows a side cross-sectional view the cam-actu-
ated locking turret knob assembly of FIG. **5A** in an unen-
gaged, or unlocked, configuration; 25

FIG. **6A** shows a cross-sectional view of the turret knob
shown in FIG. **5A** taken along line 6A-6A in FIG. **5A**;

FIG. **6B** shows a top view of the turret knob of FIG. **5A**
showing detail of a locking selector thereof;

FIG. **6C** shows a side view of the locking selector shown in 30
FIG. **6B** with other components of the locking turret knob
omitted for clarity;

FIG. **6D** shows a cross-sectional view of the locking selec-
tor shown in FIG. **6C** taken along line 6D-6D in FIG. **6C**;

FIG. **7A** shows a side cross-sectional view of one example 35
of a locking turret knob assembly in an engaged, or locked,
configuration;

FIG. **7B** shows a side cross-sectional view of the locking
turret knob assembly of FIG. **7A** in an unengaged, or 40
unlocked, configuration;

FIG. **8A** shows a cross-sectional view of one example of a
push/pull locking selector that can be used with the locking
turret knob shown in FIG. **7A** with respect to one example of
a locking ratchet ring; 45

FIG. **8B** shows a top view of the push/pull locking selector
of FIG. **8A** and one example of a locking turret knob assem-
bly;

FIG. **8C** shows a side view of the push/pull locking selector
shown in FIG. **8A** with certain other components of the lock- 50
ing turret knob omitted for clarity;

FIG. **8D** shows a cross-sectional view of the push/pull
locking selector shown in FIG. **8C** taken along line 8D-8D in
FIG. **8C**;

FIG. **9A** shows a cross-sectional view of the locking turret 55
knob of FIG. **7A** taken at line 9A-9A in FIG. **7A**, showing
detail of a push unlock selector;

FIG. **9B** shows a top view of the push unlocking selector
shown in FIG. **9A** and one example of a locking turret knob 60
assembly;

FIG. **9C** shows a side view of the push unlocking selector
shown in FIG. **9A** with certain other components of the lock-
ing turret knob omitted for clarity;

FIG. **9D** shows a cross-sectional view of the push unlock- 65
ing selector shown in FIG. **9C** taken along line 9D-9D in FIG.
**9C**; and

**4**

FIG. **10** shows a flow diagram for making a locking turret
knob according to one embodiment.

DETAILED DESCRIPTION

According to one embodiment, an adjustment knob is pro-
vided for an optical setting, such as elevation, windage, par-
allax, or illuminated reticle power control of an optical-based
instrument, such as a telescopic sighting system, a telescope
or a microscope, that is mechanically lockable and weather
proof, thereby eliminating inadvertent adjustment of an opti-
cal setting by accidental physical contact. Accordingly, the
user may mechanically unlock the adjustment knob to make a
desired adjustment of an optical or power setting. Thus, opti-
cal or power settings made by a user are reliably maintained
regardless of the environmental conditions or whether the
adjustment knob is accidentally touched.

FIG. **1** shows a side cross-sectional view of one example of
a locking pin turret knob assembly **100** in an engaged, or
locked, configuration. FIG. **2** shows a side cross-sectional
view of the locking pin turret knob assembly **100** in a disen-
gaged, or unlocked, configuration.

Locking pin turret knob assembly **100** includes a turret
plate base **101**, an adjustment nut assembly **102** having a
lower section **102a** and an upper section **102b**, a spade screw
**103**, a spur ring **104**, a locking ring **105**, a plurality of locking
ring splines **106**, an index ring **107**, a plurality of locking pins
**108**, a spring member **110** and a turret assembly nut **109**.
Turret base plate **101** is fixedly attached to, for example, a
telescopic sight or other optical enhancing device (not
shown). The lower section of adjustment nut assembly **102a**
fits inside an aperture (not indicated for clarity) that is formed
in and passes through turret base plate **101**. In particular,
adjustment nut assembly lower section **102a** and upper sec-
tion **102b** are held together by screws **111** in a manner that
allows adjustment nut assembly **102** to be fixedly engaged
with turret base plate **101** and freely rotate in the aperture
formed in turret base plate **101** about an axis **112**. Adjustment
nut assembly **102** threadably engages the upper section of
spade screw **103**. The lower rectangular section of spade
screw **103** passes through a slot in the body of the telescopic
sight and mechanically engages an optical adjustor (not
shown) of the telescopic sight.

Spur ring **104** fixedly fits around adjustment nut assembly
upper section **102b**. Locking ring **105**, which includes a plu-
rality of locking ring splines **106**, fixedly fits around turret
base plate **101**. Locking ring splines **106** define one or more
spline valleys defining engagement surfaces. Index ring **107**
fits onto spur ring **104** and around locking ring **105**. A plural-
ity of locking pins **108** are fixedly attached to index ring,
engage apertures in spur ring **104** and engage locking ring
splines **106** when index ring is fitted onto spur ring **104** and
around locking ring **105**. Turret assembly nut **109** threadably
engages adjustment nut assembly upper section **102b** and
forms a cavity **113** into which spring member **110** fits. That is,
spring member **110** fits into cavity **113** between a top surface
**114** of index ring **107** and an inner surface **115** of turret
assembly nut **109**.

When locking pin turret knob assembly **100** is in a locked
configuration, locking pins **108** engage locking ring splines
**106** of fixed locking ring **105** so that index ring **107**, spur ring
**104**, assembly nut **109**, and adjustment nut assembly **102**
cannot be rotated around axis **112** and, consequently, spade
screw **103** cannot adjust the corresponding optical adjustment
of the telescopic sight.

FIG. **2** shows a side cross-sectional view of locking pin
turret knob assembly **100** in a disengaged, or unlocked, con-

Exhibit 2
Page 14 of 19

US 8,516,736 B2

5

figuration. By applying a force that moves index ring 107 along axis 112 in a direction 116 away from telescopic sight (i.e., pulling index ring 107 away from the telescopic sight), spring member 110 compresses within cavity 113 and locking pins 108 disengage locking ring splines 106. While in the unlocked configuration, fixed locking pins 108 of index ring 107 remain in engagement with the apertures of spur ring 104, and spur ring 104, which, in turn, is fixedly engaged with adjustment nut assembly 102. Index ring 107 can be rotated around axis 112, thereby also rotating spur ring 104, assembly nut 109, and adjustment nut assembly 102 around spade screw 103 which is fixed from rotation by the lower rectangular portion of the spade screw 103 passing through a slot in the telescopic sight body. Rotation of adjustment nut assembly 102 around spade screw 103 results in a linear movement of spade screw 103 and optical adjustment of the telescopic sight.

While FIGS. 1 and 2 show and have been described by making reference to a plurality of locking pins, it should be understood that only a single locking pin is needed. Additionally, while locking splines 106 have been described, it should be understood that a mechanical member having a plurality of apertures that engage locking pins 108 can alternatively be used. According to another embodiment, locking pins, which are fixedly attached to a structure corresponding to locking ring 105, could lockably and unlockably engage locking spline structures that are part of the index ring.

A marksman may calibrate the locking turret knob illustrated in FIGS. 1 and 2, i.e., reorient the orientation of index ring 107 relative to adjustment nut assembly lower section 102a, as follows: At a predetermined distance, the marksman adjusts an adjuster setting, e.g., elevation, windage or parallax, by unlocking locking pin turret knob 100, rotating locking turret knob index ring 107, and releasing index ring 107 to relock the adjuster. Turret assembly nut 109, detachably coupled (e.g., via screw threads between turret assembly nut 109 and adjustment nut assembly upper section 102b) to adjustment nut assembly upper section 102b, is then uncoupled from adjustment nut assembly upper section 102b. Index ring 107 may then be pulled by the marksman away from the body of locking pin turret knob 100 so that locking pins 108 disengage from lock ring 105, thereby allowing the marksman to selectively orient index ring 107 without causing any adjustment of spade screw 103. Index ring 107 can then be zeroed (by rotating around its axis of rotation) so that, for example, a zero-point mark (not shown) on index ring 107 is aligned with an index mark (not shown) on turret base plate 101. Turret assembly nut 109 is then re-coupled and tightened to adjustment nut assembly upper section 102b, which re-engages spring member 110. Index ring 107 is then biased toward adjustment nut assembly upper section 102b, engaging locking pins 108 with the locking ring splines 106 of lock ring 105, thereby re-establishing the locked configuration.

FIG. 3 shows a side cross-sectional view of one example of a locking spline turret knob assembly 300 in an engaged, or locked, configuration. FIG. 4 shows a side cross-sectional view of the locking spline turret knob assembly 300 in a disengaged, or unlocked, configuration.

Locking spline turret knob assembly 300 includes a turret base plate 301, an adjustment nut assembly 302 having a lower section 302a and an upper section 302b, a spade screw 303, an index ring 304, and a turret assembly nut 305. Turret base plate 301 is fixedly attached to, for example, a telescopic sight or other optical enhancing device (not shown). The lower section of adjustment nut assembly 302a fits inside an aperture (not indicated for clarity) that is formed in and passes through turret base plate 301. In particular, adjustment nut

6

assembly lower section 302a and upper section 302b are held together by screws 306 in a manner that allows adjustment nut assembly 302 to be fixedly engaged with turret base plate 301 and freely rotate in the aperture formed in turret base plate 301 about an axis 307. Adjustment nut assembly 302 threadably engages the upper section of spade screw 303. The lower rectangular section of spade screw 303 passes through a slot in the body the telescopic sight and mechanically engages an optical adjustor (not shown) of the telescopic sight.

Index ring 304 fits around adjustment nut assembly upper section 302b and includes a plurality of mating splines 308 and a plurality of locking splines 310. Index ring mating splines 310 engage adjustment nut mating splines 308 of adjustment nut assembly upper section 302b as index ring 304 fits around adjustment nut assembly upper section 302b. Index ring locking splines lockably engage turret base plate locking splines 311 when locking turret knob assembly 300 is in the locked configuration. Turret assembly nut 305 threadably engages adjustment nut assembly upper section 302b and forms a cavity 312 into which a spring member 313 fits. That is, spring member 313 fits into cavity 312 between a top surface 314 of index ring 304 and an inner surface 315 of turret assembly nut 305.

When locking pin turret knob assembly 300 is in a locked configuration, index ring locking splines 309 engage turret base plate locking splines 311 so that adjustment nut assembly 302, index ring 304, and turret assembly nut 305 cannot be rotated around axis 307 and, consequently, spade screw 303 cannot adjust the corresponding optical adjustment of the telescopic sight.

FIG. 4 shows a side cross-sectional view of locking pin turret knob assembly 300 in a disengaged, or unlocked, configuration. By applying a force that moves index ring 304 along axis 307 in a direction 316 away from telescopic sight (i.e., pulling index ring 304 away from the telescopic sight), spring member 313 compresses within cavity 312 and index ring locking splines 309 disengage turret base plate locking splines 311. While in the unlocked configuration, index ring mating splines 308 continue to engage adjustment nut assembly upper section 302b of adjustment nut assembly upper section 302. Index ring 304 can be rotated around axis 307, thereby also rotating, turret assembly nut 305, and adjustment nut assembly 302 around spade screw 303 which is fixed from rotation by the lower rectangular portion of the spade screw 303 passing through a slot in the telescopic sight body. Rotation of adjustment nut assembly 302 around spade screw 303 results in a linear movement of spade screw 303 and optical adjustment of the telescopic sight.

When adjustment is completed, the marksman releases index ring 304, and spring member 313 biases index ring 304 toward turret base plate 301, thereby returning locking turret knob assembly 300 to the locked configuration.

A marksman may calibrate locking turret knob assembly 300 depicted in FIGS. 3 and 4, as follows. For a predetermined target distance, the marksman adjusts an adjuster setting, e.g., elevation, windage or parallax, by unlocking locking turret knob assembly 300, rotating index ring 304 for the desired calibration and then releasing the index ring 304 to relock locking turret knob assembly 300. Turret assembly nut 305, which is threadably coupled to adjustment nut assembly upper section 302b, is unthreaded from adjustment nut assembly upper section 302b, which releases spring member 313, thereby allowing index ring mating splines 308 to become disengaged from adjustment nut assembly mating splines 310. Index ring 304 can then be pulled by the marksman in the direction indicated by arrow 316, thus uncoupling

Exhibit 2
Page 15 of 19

US 8,516,736 B2

**7**

index ring mating splines **308** from adjustment nut assembly mating splines **310**. The marksman can then rotate index ring **304** to a desired calibration setting without causing any adjustment of spade screw **303**. That is, index ring **304** can then be zeroed by rotating index ring so that a zero-point mark (not shown) on index ring **304** is aligned with an index mark (not shown) on turret base plate **301**. Turret assembly nut **305** is then rethreaded and tightened onto adjustment nut assembly upper section **302**b, thereby enabling spring member **313** to bias index ring **304** toward adjustment nut assembly upper section **302**b. Index ring mating splines **308** re-engage with adjustment nut assembly mating splines **310** and index ring locking splines **309** re-engage with turret base plate locking splines **311**, thereby re-establishing a locked configuration of locking turret knob assembly **300**, such as shown in FIG. **3**.

FIG. **5A** shows a side cross-sectional view of one example of a cam-actuated locking turret knob assembly **500** in an engaged, or locked, configuration. FIG. **5B** shows a side cross-sectional view the cam-actuated locking turret knob assembly of FIG. **5A** in an unengaged, or unlocked, configuration. FIGS. **6A-6D** show different views of a locking selector **505** that can be used with the cam-actuated locking turret knob assembly **500**.

Cam-actuated locking turret knob assembly **500** includes a turret base plate **501** formed by a lower section **501**a and an upper section **501**b, an adjustment nut assembly **502**, a spade screw **503**, an index ring **504**, a locking selector **505** and a locking ratchet ring **506**. Turret base plate **501** is fixedly attached to, for example, a telescopic sight or other optical enhancing device (not shown). Adjustment nut assembly **502** fits inside an aperture (not indicated for clarity) that is formed in and passes through turret base plate **501**. Adjustment nut assembly **502** is fixedly engaged with turret base plate **501** and is free to rotate in the aperture formed in turret base plate **501** about an axis **507**. Adjustment nut assembly **502** threadably engages the upper section of spade screw **503**. The lower rectangular section of spade screw **503** passes through a slot in the body of the telescopic sight and mechanically engages an optical adjustor (not shown) of the telescopic sight. Locking ratchet ring **506** is fixedly attached to turret base plate **501**.

Index ring **504** fits around turret base plate **501** and is fixedly held to adjustment nut assembly **502** by a set screw **508**. Locking selector **505** fits into an aperture formed in index ring **504** and engages locking ratchet ring **506** with a cam-actuated locking wedge pin **509**. When cam-actuated locking wedge pin **509** is engaged with locking ratchet ring **506**, locking turret knob assembly **500** is in locked position, as shown in FIG. **5A**, thereby rendering index ring **504** unable to be rotated about axis of rotation **507**. A spring-loaded ratchet pin **510** can also be optionally used so that when locking turret knob assembly **500** is unlocked (i.e., cam-actuated locking wedge pin **509** is disengaged from locking ratchet **506**), an adjustment made by rotating locking turret knob assembly **500** will have a tactile feel. In the unlocked configuration, cam-actuated locking wedge pin **509** is disengaged from locking ratchet ring **506**, and index ring **504** and adjustment nut assembly **502** can be rotated around axis **507**, thereby rotating around spade screw **503** which is fixed from rotation by the lower rectangular portion of the spade screw **503** passing through a slot in the telescopic sight body. Rotation of adjustment assembly nut **502** around spade screw **503** results in a linear movement of spade screw **103** and optical adjustment of the telescopic sight.

FIGS. **6A-6D** show different views of locking selector **505** that can be used with the cam-actuated locking turret knob assembly **500**. In particular, FIG. **6A** shows a cross-sectional view of locking selector **505** with respect to locking ratchet

**8**

ring **506**. FIG. **6B** shows a top view of locking selector **505** and locking turret knob assembly **500**. FIG. **6C** shows a side view of locking selector **505**. FIG. **6D** shows a cross-sectional view of locking selector **505** taken along line 6D-6D in FIG. **6C**.

Locking selector **505** includes a selector knob **601**, a selector shaft **602** and a cam surface **603**. When a telescopic sight adjustment is desired, selector knob **601** is grasped and rotated around axis **507** (FIG. **5A**) from a locked position to an unlocked position. In the unlocked position, cam surface **603** of a selector shaft **602** disengages cam-actuated locking wedge pin **509** from locking ratchet ring **506** and allows index ring **504** to be rotated about axis of rotation **507** (FIG. **5A**).

Upon completion of an adjustment, locking selector **505** is then rotated by the marksman to the locked position. In the locked position, cam surface **603** of locking selector shaft **602** pushes outwardly on cam-actuated locking wedge pin **509** to engage cam-activated locking wedge pin **509** with grooves **511** (FIGS. **5A** and **6A**) of locking ratchet ring **506**. Locking ratchet ring **506** is fixedly coupled to turret base plate **501**, thereby preventing inadvertent adjustment of index ring **504** and spade screw **503**.

FIG. **7A** shows a side cross-sectional view of one example of a locking turret knob assembly **700** in an engaged, or locked, configuration. FIG. **7B** shows a side cross-sectional view of the locking turret knob assembly of FIG. **7A** in an unengaged, or unlocked, configuration. FIGS. **9A-9D** show different views of a push-unlocking selector **705** that can be used with the locking turret knob assembly **700**, shown in FIG. **7A**.

Locking turret knob assembly **700** includes a turret base plate **701** formed by a lower section **701**a and an upper section **701**b, an adjustment nut assembly **702**, a spade screw **703**, an index ring **704**, a push-unlocking selector **705** and a locking ratchet ring **706**. Turret base plate **701** is fixedly attached to, for example, a telescopic sight or other optical enhancing device (not shown). Adjustment nut assembly **702** fits inside an aperture (not indicated for clarity) that is formed in and passes through turret base plate **701**. Adjustment nut assembly **702** is fixedly engaged with turret base plate **701** and is free to rotate in the aperture formed in turret base plate **701** about an axis **707**. Adjustment nut assembly **702** threadably engages the upper section of spade screw **703**. The lower rectangular section of spade screw **703** passes through a slot in the body of the telescopic sight and mechanically engages an optical adjustor (not shown) of the telescopic sight. Locking ratchet ring **706** is fixedly attached to turret base plate **701**.

Index ring **704** fits around turret base plate **701** and is fixedly held to adjustment nut assembly **702** by a set screw **708**. Index ring **704** also engages locking ratchet ring **706**. Push-unlocking selector **705** fits into an aperture formed in index ring **704** and engages locking ratchet ring **706** with a plunger-actuated locking wedge pin **709**. When push/pull locking wedge pin **709** is engaged with locking ratchet ring **706**, locking turret knob assembly **700** is in locked position, as shown in FIG. **7A**, thereby rendering index ring **704** unable to be rotated about axis of rotation **707**. A spring-loaded wedge pin **710** can also be optionally used so that when locking turret knob assembly **700** is unlocked (i.e., plunger-actuated locking wedge pin **709** is disengaged from locking ratchet **706**), an adjustment made by rotating locking turret knob assembly **700** will have a tactile feel. In the unlocked configuration, plunger-actuated locking wedge pin **709** is disengaged from locking ratchet ring **706**, and index ring **704** and adjustment assembly **702** can be rotated around axis **707** and spade screw **703** which is fixed from rotation by the lower rectangular portion of the spade screw **703** passing through a

Exhibit 2
Page 16 of 19

US 8,516,736 B2

9

slot in the telescopic sight body. Rotation of adjustment nut assembly **702** around spade screw **703** results in a linear movement of spade screw **703** and optical adjustment of the telescopic sight.

FIGS. **8**A–**8**D show different views of the push/pull locking selector **805** that can be used with the locking turret knob assembly **700**, shown in FIG. **7**A, as an alternative to push un-locking selector **905**. In particular, FIG. **8**A shows a cross-sectional view of push/pull locking selector **805** with respect to locking ratchet ring **706**. FIG. **8**B shows a top view of push/pull locking selector **805** and locking turret knob assembly **700**. FIG. **8**C shows a side view of push/pull locking selector **805**. FIG. **8**D shows a cross-sectional view of push/pull locking selector **805** taken along line 8D–8D in FIG. **8**C.

Push/pull locking selector **805** includes a selector knob **801**, a selector shaft **802** and a circumferential groove **803**. When a telescopic sight adjustment is desired, selector knob **801** is grasped and pulled in an outwardly direction along axis **707** (FIG. **7**A) from a locked position to an unlocked position. In the unlocked position, circumferential groove **803** of a selector shaft **802** allows plunger-actuated locking wedge pin **709** to drop into circumferential groove **803**, thereby disengaging locking wedge pin **709** from locking ratchet **15** ring **706** and allowing index ring **704** to be rotated about axis of rotation **707** (FIG. **7**A).

Upon completion of an adjustment, push/pull locking selector **805** is then pushed in an inwardly direction along axis **707** (FIG. **7**A) from the unlocked position to the locked position. In the locked position, circumferential groove **803** of locking selector shaft **802** moves below locking wedge pin **809** and selector shaft **802** pushes outwardly on plunger-actuated locking wedge pin **709** to engage plunger-actuated locking wedge pin **709** with grooves **711** (FIG. **7**A and **8**A) of locking ratchet ring **706**. Locking ratchet ring **706** is fixedly coupled to turret base plate **701**, thereby preventing inadvertent adjustment of index ring **704** and spade screw **703**.

FIGS. **9**A–**9**D show different views of the push unlocking selector **705** that can be used with a locking turret knob assembly, such as locking turret knob assembly **700** shown in FIG. **7**A. In particular, FIG. **9**A shows a cross-sectional view of push unlocking selector **705** with respect to a locking ratchet ring **706**. FIG. **9**B shows a top view of push unlocking selector **705** and the locking turret knob assembly **700**. FIG. **9**C shows a side view of push unlocking selector **705**. FIG. **9**D shows a cross-sectional view of push unlocking selector **705** taken along line 9D–9D in FIG. **9**C.

Push unlocking selector **705** includes a push selector knob **901**, a selector shaft **902** and a circumferential groove **903**. When a telescopic sight adjustment is desired, selector knob **901** is pushed inwardly from a locked position to an unlocked position. In the unlocked position, circumferential groove **903** of a selector shaft **902** moves inward and allows plunger-actuated locking wedge pin **709** to disengage from locking ratchet ring **706** and allows an index ring (not shown) to be rotated about an axis of rotation (not shown).

Upon completion of an adjustment, selector knob **901** is then released from the unlocked position to the locked position. In the locked position selector shaft **902** moves outward thereby moving circumferential groove **903** of selector shaft **902** to move above wedge pin **709**. The lower section of selector shaft **902** pushes outwardly on locking wedge pin **709** to engage plunger-activated locking wedge pin **709** with grooves **711** (FIGS. **7**A and **9**A) of locking ratchet ring **706**. Locking ratchet ring **706** is fixedly coupled to a turret base plate (not shown), thereby preventing inadvertent adjustment of the index ring and a spade screw.

10

FIG. **10** shows a flow diagram **1000** for making a locking turret knob according to one embodiment. An adjustment member is detachably coupled at **1001** to an adjuster, such that the axis of rotation of the adjustment member coincides with the axis of rotation of the adjuster. At **1002**, an adjustment member locking mechanism is then coupled to the base for preventing unintended rotation of the adjustment member. With the locking turret knob in the normally locked state, a marksman can unlock the index ring in order to perform an adjustment. When the adjustment member is unlocked, rotating the adjustment member produces an adjustment of the adjuster. At **1003**, a spring member, such as a spring, may be provided for producing a biasing force on the adjustment member, thereby rendering the adjustment member normally coupled to the base, i.e., locked. Operator-supplied force counteracting the biasing force uncouples the adjustment member from the base, enabling the operator to effect an adjustment of the adjuster via, e.g., rotating the index ring.

It should be understood that the locking turret knob assemblies described herein can be used as adjustment knobs for a telescopic sight or any other optical-based instrument having adjustment knobs, for example an optical enhancing device such as a lens or microscope, telescope, etc.

Although the foregoing description includes some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be made to the details of the above-described embodiments that are within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims.

The invention claimed is:

**1**. A firearm sighting device comprising:

an adjustment mechanism supported by the sighting device, the adjustment mechanism configured to adjust a setting of the sighting device; and

an adjustment knob supported by the sighting device, the adjustment knob comprising:

an actuator in operative association with the adjustment mechanism, the actuator including an axis of rotation and an outer surface that is grippable by a user, wherein rotation of the actuator drives the adjustment mechanism to thereby adjust the setting of the sighting device; and

a locking mechanism in operative association with the actuator, the locking mechanism including a first portion non-rotatably coupled to the sighting device and a second portion coupled to the actuator such that the second portion rotates about the axis of rotation along with the actuator, the second portion selectively movable between locked and unlocked positions such that when the second portion is in the locked position the first and second portions are engaged so as to restrain the actuator from rotation about the axis of rotation and when the second portion is in the unlocked position the first and second portions are disengaged so that the actuator is rotatable about the axis of rotation for adjusting the setting of the sighting device.

**2**. A device according to claim **1**, wherein the sighting device comprises a telescopic sighting device and the setting comprises an optical setting.

**3**. A device according to claim **2**, wherein:

the adjustment knob further comprises a rotatable member coupled to the actuator such that the rotatable member rotates about the axis of rotation along with the actuator, the rotatable member including a threaded portion cen-

Exhibit 2
Page 17 of 19

US 8,516,736 B2

11

tered on the axis of rotation and restrained from traveling linearly along the axis of rotation; and

the adjustment mechanism comprises a threaded adjustment member threaded to the rotatable member and restrained from rotating about the axis of rotation so that rotation of the rotatable member about the axis of rotation is translated into linear motion of the threaded adjustment member along the axis of rotation, thereby adjusting the optical setting of the telescopic sighting device.

**4**. A device according to claim **2**, wherein the first and second portions of the locking mechanism include teeth that are engageable with one another such that actuator is restrained from rotation about the axis of rotation when the teeth of the first portion engage the teeth of the second portion.

**5**. A device according to claim **2**, wherein the first portion of the locking mechanism includes a plurality of splines that fit inside corresponding grooves of the second portion of the locking mechanism, the second portion of the locking mechanism includes a plurality of splines that fit inside corresponding grooves of the first portion of the locking mechanism, when the second portion of the locking mechanism is in the locked position the splines of the first and second portions are engaged, and when the second portion of the locking mechanism is in the unlocked position the splines of the first and second portions are not engaged.

**6**. A device according to claim **2**, wherein one of the first and second portions of the locking mechanism comprise a plurality of apertures, the other one of the first and second portions of the locking mechanism comprise one or more pin members that fit into the plurality of apertures, when the second portion of the locking mechanism is in the locked position the one or more pin members are inserted into one or more of the apertures, and when the second portion of the locking mechanism is in the unlocked position the one or more pin members are not inserted into any of the apertures.

**7**. A device according to claim **2**, further comprising:

a biasing element arranged to bias the second portion of the locking mechanism to the locked position.

**8**. A device according to claim **2**, wherein at least a portion of the actuator is configured to be moveable linearly along the axis of rotation between a first axial position at which the second portion of the locking mechanism is in the locked position and a second axial position at which the second portion of the locking mechanism is in the unlocked position.

**9**. A device according to claim **8**, wherein the actuator is configured such that the actuator moves further away from the telescopic sighting device when the actuator transitions from the first axial position to the second axial position, whereby the optical setting of the telescopic sighting device is adjustable by moving the actuator along the axis of rotation away from the telescopic sighting device and rotating the actuator about the axis of rotation.

**10**. A device according to claim **2**, wherein the adjustment knob further comprises:

a lock actuator in operative association with the locking mechanism, wherein the lock actuator includes a cam surface aligned with the second portion of the locking mechanism and the lock actuator is rotatable about the axis of rotation between (1) a first rotational position at which the cam surface urges the second portion of the locking mechanism to the locked position and (2) a second rotational position at which the second portion of the locking mechanism is free to move into a recess of the cam surface and thereby into the unlocked position.

12

**11**. A device according to claim **2**, wherein the adjustment knob further comprises:

a lock actuator in operative association with the locking mechanism, wherein the lock actuator includes a circumferential groove disposed in proximity with the second portion of the locking mechanism and the lock actuator is configured to travel linearly along the axis of rotation between (1) a first axial position at which the circumferential groove is aligned with the second portion of the locking mechanism such that the second portion of the locking mechanism is free to move into the circumferential groove and thereby into the unlocked position and (2) a second axial position at which the circumferential groove is not aligned with the second portion of the locking mechanism and the lock actuator urges the second portion of the locking mechanism to the locked position.

**12**. A device according to claim **11**, wherein the lock actuator is configured such that the lock actuator moves closer to the telescopic sighting device when the lock actuator transitions from the second axial position to the first axial position, whereby the optical setting of the telescopic sighting device is adjustable by moving the lock actuator linearly along the axis of rotation toward the telescopic sighting device and rotating the actuator about the axis of rotation.

**13**. A device according to claim **11**, wherein the lock actuator is configured such that the lock actuator moves further away from the telescopic sighting device when the lock actuator transitions from the second axial position to the first axial position, whereby the optical setting of the telescopic sighting device is adjustable by moving the lock actuator linearly along the axis of rotation away from the telescopic sighting device and rotating the actuator about the axis of rotation.

**14**. A device according to claim **2**, wherein the optical setting of the telescopic sighting device comprises one or more of elevation, windage, parallax, and an illuminated reticle power control.

**15**. An adjustment knob apparatus for driving an adjustment mechanism of a sighting device, wherein the adjustment mechanism is configured to adjust a setting of the sighting device, the apparatus comprising:

a locking member configured to be non-rotatably coupled to the sighting device, wherein the locking member includes a surface having spaced apart engagement features disposed thereon;

a rotatable member disposed in proximity to the locking member, wherein the rotatable member includes an axis of rotation and is configured to be in operative association with the adjustment mechanism of the sighting device such that rotation of the rotatable member about the axis of rotation drives the adjustment mechanism to adjust the setting of the sighting device;

a pin member coupled to the rotatable member such that the pin member rotates about the axis of rotation along with the rotatable member, wherein at least a portion of the pin member is configured to fit the spaced apart engagement features disposed on the locking member and the pin member is moveable between (1) a locked position in which at least a portion of the pin member engages one or more of the spaced apart engagement features such that the rotatable member is restrained from rotation about the axis of rotation and (2) an unlocked position in which the pin member disengages the spaced apart engagement features so that the rotatable member is rotatable about the axis of rotation relative to the locking member for adjusting the setting of the sighting device; and

Exhibit 2
Page 18 of 19

US 8,516,736 B2

**13**

an actuator in operative association with the pin member, wherein the actuator is configured to cause the pin member to move to the unlocked position in response to an external force applied to the actuator.

**16**. An apparatus according to claim **15**, wherein the sighting device comprises a telescopic sighting device and the setting comprises an optical setting.

**17**. An apparatus according to claim **16**, wherein the rotatable member includes a threaded portion centered on the axis of rotation, the rotatable member is restrained from traveling linearly along the axis of rotation, and the adjustment mechanism of the telescopic sighting device comprises a threaded adjustment member configured to be threaded to the rotatable member and restrained from rotating about the axis of rotation so that rotation of the rotatable member about the axis of rotation is translated into linear motion of the threaded adjustment member along the axis of rotation, thereby adjusting the optical setting of the telescopic sighting device.

**18**. An apparatus according to claim **16**, wherein the spaced apart engagement features comprise spline structures.

**19**. An apparatus according to claim **16**, further comprising:

a biasing element configured to bias the actuator toward the locked position.

**20**. An apparatus according to claim **16**, wherein the pin member is disposed parallel to the axis of rotation and the actuator is configured to be moveable linearly along the axis of rotation between (1) a first axial position in which the pin member is in the locked position and (2) a second axial position in which the pin member is in the unlocked position.

**21**. An apparatus according to claim **16**, wherein the pin member is disposed transverse to the axis of rotation.

**22**. An apparatus according to claim **21**, wherein the actuator includes a cam surface aligned with the pin member and the actuator is rotatable about the axis of rotation between (1) a first rotational position at which the cam surface urges the pin member to the locked position and (2) a second rotational position at which the pin member is free to move into a recess of the cam surface and thereby into the unlocked position.

**23**. An apparatus according to claim **21**, wherein the actuator includes a circumferential groove disposed in proximity with the pin member and the actuator is configured to travel linearly along the axis of rotation between (1) a first axial position at which the circumferential groove is aligned with the pin member such that the pin member is free to move into the circumferential groove and thereby into the unlocked position and (2) a second axial position at which the circumferential groove is not aligned with the pin member and the actuator urges the pin member to the locked position.

**24**. An apparatus for driving an adjustment mechanism of a sighting device, wherein the adjustment mechanism is configured to adjust a setting of the sighting device, the apparatus comprising:

a locking member configured to be non-rotatably coupled to the sighting device, wherein the locking member includes a surface having a first set of spaced apart engagement features disposed thereon;

**14**

a rotatable member disposed in proximity to the locking member, wherein the rotatable member includes an axis of rotation and is configured to be in operative association with the adjustment mechanism of the sighting device such that rotation of the rotatable member about the axis of rotation drives the adjustment mechanism to adjust the setting of the sighting device; and

an actuator coupled to the rotatable member such that the actuator rotates about the axis of rotation along with the rotatable member, wherein the actuator includes a surface having disposed thereon a second set of spaced apart engagement features configured to be engageable with the first set of spaced apart engagement features and the actuator is configured to be moveable linearly along the axis of rotation between (1) a locked axial position in which the first and second sets of spaced apart engagement features are engaged such that the rotatable member is restrained from rotation about the axis of rotation and (2) an unlocked axial position in which the first and second sets of spaced apart engagement features are disengaged such that the rotatable member is rotatable about the axis of rotation relative to the locking member, whereby an external force applied to the actuator causes the actuator to move to the unlocked axial position so that the actuator is rotatable about the axis of rotation for adjusting the setting of the sighting device.

**25**. An apparatus according to claim **24**, wherein the sighting device comprises a telescopic sighting device and the setting comprises an optical setting.

**26**. An apparatus according to claim **25**, wherein the rotatable member includes a threaded portion centered on the axis of rotation, the rotatable member is restrained from traveling linearly along the axis of rotation, and the adjustment mechanism of the telescopic sighting device comprises a threaded adjustment member configured to be threaded to the rotatable member and restrained from rotating about the axis of rotation so that rotation of the rotatable member about the axis of rotation is translated into linear motion of the threaded adjustment member along the axis of rotation, thereby adjusting the optical setting of the telescopic sighting device.

**27**. An apparatus according to claim **25**, wherein the first and second sets of spaced apart engagement features comprise spline structures.

**28**. An apparatus according to claim **25**, further comprising:

a biasing element configured to bias the actuator toward the locked axial position.

**29**. An apparatus according to claim **25**, wherein the actuator is configured such that the actuator moves further away from the telescopic sighting device when the actuator transitions from the locked axial position to the unlocked axial position, whereby the optical setting of the telescopic sighting device is adjustable by moving the actuator linearly along the axis of rotation away from the telescopic sighting device and rotating the actuator about the axis of rotation.

\* \* \* \* \*

Exhibit 2
Page 19 of 19