

US009170068B2

(12) **United States Patent**       (10) Patent No.:     **US 9,170,068 B2**
Crispin                              (45) Date of Patent:          **Oct. 27, 2015**

(54) **LOCKING ADJUSTMENT DEVICE**

(75) Inventor:   **Quint Crispin**, Beaverton, OR (US)

(73) Assignee:   **Leupold & Stevens, Inc.**, Beaverton, OR (US)

( * ) Notice:    Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 39 days.

(21) Appl. No.: **13/343,656**

(22) Filed:      **Jan. 4, 2012**

(65)                **Prior Publication Data**
    US 2013/0167425 A1      Jul. 4, 2013

(51) **Int. Cl.**
    **F41G 1/38**                (2006.01)
    **F41G 1/16**                (2006.01)
(52) **U.S. Cl.**
    CPC ..............  **F41G 1/38** (2013.01); **F41G 1/16** (2013.01)
(58) **Field of Classification Search**
    CPC ............. F41G 1/16; F41G 1/38; F41G 1/387
    USPC ............ 42/119–120, 122; 359/399, 421–432, 359/503, 505
    See application file for complete search history.

(56)               **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,344,973 | A | 6/1920 | Bader |
| 2,143,167 | A | 1/1939 | Pechar |
| 2,165,796 | A | 7/1939 | Humeston |
| 2,208,913 | A | 7/1940 | Unertl |
| 2,229,637 | A | 1/1941 | Burton |
| 2,336,107 | A | 12/1943 | Litschert |
| 2,452,592 | A | 11/1948 | Meyer |
| 2,583,042 | A | 1/1952 | Dayton |
| 2,585,933 | A | 2/1952 | Harvey |
| 2,682,707 | A | 7/1954 | Dahlberg |

| | | | | |
|---|---|---|---|---|
| 2,704,466 | A | * | 3/1955 | Way ................................ 74/528 |
| 2,913,826 | A | | 11/1959 | Petty |
| 3,037,287 | A | | 6/1962 | Glatz et al. |
| 3,058,391 | A | | 10/1962 | Leupold |
| 3,161,716 | A | | 12/1964 | Burns et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 2752794 Y | 1/2006 |
| DE | 2 148 967 | 4/1973 |

(Continued)

OTHER PUBLICATIONS

Article: *Bayonet Mount*, Answers.com Encyclodictionalmanacapedia, http://www.answers.com/topic/bayonet-mount, visited Sep. 28, 2006, 2 pages.

(Continued)

*Primary Examiner* — Stephen M Johnson
*Assistant Examiner* — Benjamin Gomberg
(74) *Attorney, Agent, or Firm* — Stoel Rives LLP

(57)                **ABSTRACT**

A locking adjustment device for changing an adjustable setting of a device such as a riflescope locks in a baseline position to provide expedient feedback regarding an adjustment position of the adjustable setting. The device includes a guideway extending around an axis and a knob mountable over the guideway for rotation about the axis. The guideway includes a notch and a curved slide surface sized to slidably receive a guide tab carried by the knob. The guide tab is biased so as to urge at least a portion of the guide tab into the notch when the knob is rotated to a locked position, thereby preventing inadvertent rotation of the knob from the locked position. A button carried by the knob is depressible to urge the guide tab out of the notch and thereby allow the knob to be manually rotated away from the locked position.

**18 Claims, 6 Drawing Sheets**





Exhibit 4
Page 1 of 14

**US 9,170,068 B2**

Page 2

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,222,987 | A | 12/1965 | Wrigglesworth |
| 3,280,463 | A | 10/1966 | Stadler |
| 3,297,389 | A | 1/1967 | Gibson |
| 3,471,932 | A | 10/1969 | Luning |
| 3,662,618 | A | 5/1972 | Kroll et al. |
| 3,707,204 | A | 12/1972 | Dussardier |
| 3,826,012 | A | 7/1974 | Pachmayr |
| 3,916,721 | A | 11/1975 | Egger |
| 3,990,155 | A | 11/1976 | Akin, Jr. et al. |
| 3,999,442 | A | 12/1976 | Decker et al. |
| 4,012,966 | A | 3/1977 | Lieberman et al. |
| 4,026,397 | A | 5/1977 | Raus |
| 4,038,757 | A | 8/1977 | Hicks et al. |
| 4,132,129 | A | 1/1979 | Pratt |
| 4,154,125 | A | 5/1979 | Frank |
| 4,200,355 | A | 4/1980 | Williams, Jr. |
| 4,201,096 | A | 5/1980 | Morrison et al. |
| 4,247,161 | A | 1/1981 | Unertl, Jr. |
| 4,347,758 | A | 9/1982 | Geil et al. |
| 4,373,269 | A | 2/1983 | Doliber et al. |
| 4,389,791 | A | 6/1983 | Ackerman |
| 4,408,842 | A | 10/1983 | Gibson |
| 4,457,076 | A | 7/1984 | Heck |
| 4,461,330 | A | 7/1984 | Judkins |
| 4,643,542 | A | 2/1987 | Gibson |
| 4,779,305 | A * | 10/1988 | Gorsek ......................... 16/441 |
| 4,955,253 | A | 9/1990 | Sakai et al. |
| 4,982,502 | A | 1/1991 | Weyrauch |
| 5,020,389 | A | 6/1991 | Sigler |
| 5,083,477 | A | 1/1992 | Geil |
| 5,121,653 | A | 6/1992 | Sigler |
| 5,152,187 | A | 10/1992 | LaFemina |
| 5,329,829 | A | 7/1994 | Sell |
| 5,363,559 | A | 11/1994 | McCarty |
| 5,433,010 | A | 7/1995 | Bell |
| 5,499,456 | A | 3/1996 | Tomita |
| 5,513,440 | A | 5/1996 | Murg |
| 5,586,569 | A | 12/1996 | Hanning et al. |
| 5,615,487 | A | 4/1997 | Tomita |
| 5,618,374 | A | 4/1997 | Byerley |
| 5,695,125 | A | 12/1997 | Kumar |
| 5,715,607 | A | 2/1998 | Murg |
| 5,745,287 | A | 4/1998 | Sauter |
| 5,771,595 | A | 6/1998 | Bell |
| 5,862,715 | A | 1/1999 | Lemire |
| 5,892,617 | A | 4/1999 | Wallace |
| 5,906,141 | A | 5/1999 | Abdelmoula |
| 5,930,934 | A | 8/1999 | Fisher et al. |
| 6,005,711 | A | 12/1999 | Mai et al. |
| 6,279,259 | B1 | 8/2001 | Otteman |
| 6,351,907 | B1 | 3/2002 | Otteman |
| 6,442,854 | B1 | 9/2002 | Liu et al. |
| 6,508,144 | B1 | 1/2003 | Vendetti et al. |
| 6,519,890 | B1 | 2/2003 | Otteman |
| 6,588,125 | B2 | 7/2003 | Proctor, Sr. |
| 6,643,970 | B2 | 11/2003 | Huber |
| 6,691,447 | B1 | 2/2004 | Otteman |
| 6,705,037 | B2 | 3/2004 | Van Kirk |
| 6,721,095 | B2 | 4/2004 | Huber |
| 6,772,550 | B1 | 8/2004 | Leatherwood |
| 6,848,628 | B2 | 2/2005 | Walker |
| 6,860,442 | B2 | 3/2005 | Datcuk, Jr. |
| 6,862,832 | B2 | 3/2005 | Barrett |
| 7,117,624 | B2 | 10/2006 | Kim |
| 7,121,037 | B2 | 10/2006 | Penney |
| 7,330,310 | B2 | 2/2008 | Knopp et al. |
| 7,612,952 | B2 | 11/2009 | Schäfer |
| 7,640,830 | B2 * | 1/2010 | Bonis ......................... 74/813 L |
| 8,006,429 | B2 | 8/2011 | Windauer |
| 8,270,104 | B2 * | 9/2012 | Windauer ...................... 359/821 |
| 2003/0140545 | A1 | 7/2003 | Huber |
| 2004/0088898 | A1 | 5/2004 | Barrett |
| 2006/0254115 | A1 | 11/2006 | Thomas et al. |
| 2006/0268433 | A1 | 11/2006 | Thomas |
| 2006/0278035 | A1 | 12/2006 | Casas |
| 2007/0240356 | A1 | 10/2007 | Klepp et al. |
| 2008/0066364 | A1 | 3/2008 | Klepp et al. |
| 2008/0236018 | A1 | 10/2008 | Halverson |
| 2009/0199452 | A1 | 8/2009 | Huber |
| 2010/0175298 | A1 * | 7/2010 | Thomas et al. ................. 42/122 |
| 2011/0061285 | A1 | 3/2011 | Hamilton |
| 2011/0100152 | A1 | 5/2011 | Huynh |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 297 20 737 U1 | 2/1998 |
| DE | 299 03 989 U1 | 6/1999 |
| DE | 203 01 749 U1 | 4/2003 |
| DE | 102 22 528 A1 | 12/2003 |
| DE | 20 2006 003 770 U1 | 7/2006 |
| GB | 598306 | 2/1948 |
| GB | 708438 | 5/1954 |
| GB | 1102022 | 2/1968 |
| GB | 1214584 | 12/1970 |
| GB | 2213959 A | 8/1989 |
| JP | 11-085290 A | 3/1999 |
| JP | 2003-222499 A | 8/2003 |
| JP | 2004-150699 A | 5/2004 |
| WO | WO 2006/060490 A2 | 6/2006 |
| WO | WO 2006/109587 A1 | 10/2006 |
| WO | WO 2010/008810 A2 | 1/2010 |
| WO | WO2013102869 | 7/2013 |
| WO | WO2013102872 | 7/2013 |

OTHER PUBLICATIONS

International Search Report and Written Opinion, International Patent Application No. PCT/US05/43336, mailed Jul. 7, 2008, 4 pages.
International Search Report & Written Opinion, International Application No. PCT/US2013/020062, dated Apr. 25, 2013, 13 pgs.

* cited by examiner

Exhibit 4
Page 2 of 14



FIG. 1

Exhibit 4
Page 3 of 14



FIG. 2

Exhibit 4
Page 4 of 14



FIG. 3

Exhibit 4
Page 5 of 14



FIG. 4

FIG. 5

Exhibit 4
Page 6 of 14



FIG. 6A

FIG. 6B

FIG. 6C

Exhibit 4
Page 7 of 14

Case 3:16-cv-01570-HZ    Document 1-4    Filed 08/02/16    Page 8 of 14



FIG. 7

Exhibit 4
Page 8 of 14

US 9,170,068 B2

1

**LOCKING ADJUSTMENT DEVICE**

TECHNICAL FIELD

The field of the present disclosure relates generally to rotating adjustment mechanisms, and in particular, to locking adjustment knobs for actuating optical or electrical elements such as an elevation adjustment knob for a sighting device, such as a riflescope, a telescope, other aimed optical device.

BACKGROUND

Sighting devices such as riflescopes have long been used in conjunction with weapons and firearms, such as rifles, hand-guns, and crossbows, to allow a shooter to accurately aim at a selected target. Because bullet and arrow trajectory, wind conditions, and distance to the target can vary depending upon shooting conditions, quality sighting devices typically provide compensation for variations in these conditions by allowing a shooter to make incremental adjustments to the optical characteristics or the aiming of the sighting device relative to the weapon surface on which it is mounted. These adjustments are known as elevation and windage adjust-ments, and are typically accomplished by lateral movement of an adjusting member, such as a reticle located within the riflescope, as shown in U.S. Pat. No. 3,058,391 of Leupold, or movement of one or more lenses within a housing of the riflescope, as shown in U.S. Pat. Nos. 3,297,389 and 4,408, 842 of Gibson, and U.S. Pat. No. 7,827,723 of Zaderey et al.

The shooter typically makes such adjustments using rotat-able adjustment knobs to actuate the adjustable member of the sighting device. Rotatable knobs may also be used to adjust other features of riflescopes, binoculars, spotting scopes, or other suitable optical devices, such as parallax, focus, illumination brightness, or other suitable features. Although the rotatable knobs are described in relation to use with sighting devices, rotatable knobs may be used to adjust an adjustable portion of other devices, and may include vol-ume control knobs, channel selection knobs, radio station selection knobs, and other suitable knobs.

Automatically locking devices with rotatable adjustment knobs are known. For example, U.S. patent application Ser. No. 12/938,981 filed Nov. 3, 2010 and published as US 2011/0100152 A1, which is incorporated herein by reference describes an automatically locking adjustment device. The locking device includes a rotatable knob with two buttons on opposite sides of the knob that must be squeezed together to unlock the knob for rotation and thereby enable a desired adjustment. When the buttons are released, the knob is imme-diately locked at its current rotational position. One drawback of this adjustment device is its relative complexity and attendant expense of manufacture. The squeezing pressure required to unlock the knob for rotation may also make it more difficult to effect multiple fine rotation adjustments in the course of an aiming operation, when inadvertent rotation of the knob is less of a concern.

The present inventor has, thus, recognized a need for an improved locking adjustment mechanism for preventing inadvertent adjustment of an optical or electrical setting of a device.

SUMMARY

An apparatus is disclosed for a locking adjustment device that may be used to change an adjustable setting of a rifle-scope or other device. The locking adjustment device auto-matically locks in a home position or baseline position to

2

provide expedient feedback regarding an adjustment position of the adjustable setting. According to one embodiment, the locking adjustment device includes a guideway having a curved slide surface portion extending around an axis, and a notch formed in a first end of the curved slide surface portion and extending in a radial direction relative to the axis. The device further includes a knob mountable over the guideway for rotation about the axis when the adjustment device is installed on the riflescope or other aiming device. The knob carries a guide tab that extends inwardly within the knob toward the aiming device and is slidably received in the guide-way. The guide tab is biased in the radial direction relative to the knob so as to urge at least a portion of the guide tab into the notch when the knob is rotated to a locked position at which the guide tab is aligned with the notch and thereby prevent the knob from rotating. The device further includes a button carried by the knob for rotation therewith, wherein the button is operatively associated with the guide tab and manually depressible to urge the guide tab out of the notch and allow for rotation of the knob about the axis.

In another embodiment, the device may include a second curved slide surface portion extending around the axis and linked to the first curved slide surface via a transition section of the guideway, such as a ramp. The guideway may further include a second end on the second curved slide surface defining a stop that blocks the guide tab and limits rotation of the knob beyond the second end. In such embodiments, the guide tab may slide along the guideway and travel between the curved slide surface and the second curved slide surface via the transition section.

In some embodiments, the device may include an indicator unit coupled to the guide tab and visible on a surface of the knob, and a biasing element operatively associated with the guide tab and the indicator unit to urge movement of the indicator unit. The indicator unit may be configured to move between a first position when the guide tab is aligned with the notch, a second position when the guide tab is positioned along the curved slide surface away from the notch, and a third position when the guide tab is positioned along the second curved slide surface.

Additional aspects and advantages will be apparent from the following detailed description of preferred embodiments, which proceeds with reference to the accompanying draw-ings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a locking adjustment device, according to one embodiment;

FIG. **2** is a cross-sectional view of the locking adjustment device of FIG. **1** taken along line 2-2;

FIG. **3** is an exploded view of the locking adjustment device of FIG. **1**;

FIG. **4** is a top view of a guide ring of the locking adjust-ment device of FIG. **1**;

FIG. **5** is an exploded view of the guide ring, a guide tab, and a button of the locking adjustment device of FIG. **1**;

FIG. **6A** is a perspective view of the locking adjustment device of FIG. **1** when the locking adjustment device is in a locked position;

FIG. **6B** is a perspective view of the locking adjustment device of FIG. **1** in an unlocked position and in a first rotation about a rotational axis;

FIG. **6C** is a perspective view of the locking adjustment device of FIG. **1** in an unlocked position and in a second rotation about the rotational axis; and

FIG. **7** is an exploded view of a locking adjustment device, according to another embodiment.

Exhibit 4
Page 9 of 14

US 9,170,068 B2

3

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

With reference to the drawings, this section describes particular embodiments and their detailed construction and operation. Throughout the specification, reference to "one embodiment," "an embodiment," or "some embodiments" means that a particular described feature, structure, or characteristic may be included in at least one embodiment. Thus appearances of the phrases "in one embodiment," "in an embodiment," or "in some embodiments" in various places throughout this specification are not necessarily all referring to the same embodiment. Furthermore, the described features, structures, and characteristics may be combined in any suitable manner in one or more embodiments. In view of the disclosure herein, those skilled in the art will recognize that the various embodiments can be practiced without one or more of the specific details or with other methods, components, materials, or the like. In some instances, well-known structures, materials, or operations are not shown or not described in detail to avoid obscuring aspects of the embodiments.

FIGS. 1-5, 6A, 6B, and 6C illustrate various detailed views of a locking adjustment device 100 that may be used to change an adjustable setting of a riflescope 138 or other aiming device and that automatically locks in a baseline or "home" position to provide expedient feedback regarding an adjustment position of the adjustable setting, according to one embodiment. With reference to FIGS. 1-2, locking adjustment device 100 includes a knob 174, where adjustments may be made by rotation of knob 174 about a rotational axis 124 extending outwardly from riflescope 138. Knob 174 includes a depressible button 194 operatively coupled to an indicator unit 196 (resting in a slot 244) and an internal guide tab 198 (FIG. 2). When locking adjustment device 100 is in a locked position, button 194, indicator unit 196, and guide tab 198 may be at a first position, where button 194 protrudes outwardly from knob 174 and indicator unit 196 is radially extended in relation to axis 124. Knob 174 is unlocked by depressing button 194, thereby transitioning button 194 and indicator unit 196 to a second position that indicates knob 174 is unlocked and manually rotatable about axis 124.

The following describes further detailed aspects of this and other embodiments of the locking adjustment device 100. In the following description of the figures and any example embodiments, reference may be made to using the locking adjustment device disclosed herein to actuate an adjustable member of a sighting device on a weapon or firearm, such as for making elevation and windage adjustments. It should be understood that any such references merely refer to one prospective use for such a locking adjustment device and should not be considered as limiting. Other uses for locking adjustment devices with the characteristics and features described herein are possible, including use in other mechanical or electrical devices for making adjustments, such as to a volume, channel, or station setting, or other suitable mechanical, electrical, optical, or electronic adjustments. Still other uses not specifically described herein may be possible. In addition, although the following description is made with reference to a single locking adjustment device, the riflescope or other device may include multiple such locking adjustment devices.

With reference to FIGS. 1-3, locking adjustment device 100 is mounted to a main tube 102 of riflescope 138. Within main tube 102, at least one adjustable element, such as a reticle, lens assembly, or other optical or electrical elements, may be movably mounted in a substantially perpendicular

4

orientation relative to a longitudinal tube axis 104. Main tube 102 further includes a seat 106, which has a bore 108 sized to receive locking adjustment device 100. Bore 108 may include threads 110 formed on an interior wall or shoulder of bore 108 that may mate with corresponding threads 112 on a retaining ring 114 or another structure of locking adjustment device 100, such as a spindle 116, to secure locking adjustment device 100 to main tube 102 when locking adjustment device 100 is installed. Bore 108 further includes a slot or aperture 118 formed at a base 120 and sized to receive a threaded plunger 122 via an end 126 of plunger 122. Plunger 122 includes threads 128 sized to mesh with interior threads 130 on an interior bore 132 of spindle 116 so that plunger 122 may be threadably coupled to spindle 116.

Plunger 122 extends into main tube 102 and is constrained from rotating about axis 124 so that rotation of spindle 116 (into which plunger 122 is threaded) is translated into linear motion of plunger 122 along axis 124, thereby adjusting a position of the adjustable element within main tube 102. This arrangement is simply one configuration for an adjustment core and it should be understood that there are many other possible configurations for main tube 102 and for the accompanying structures described above, such as the riflescopes described in U.S. Pat. Nos. 6,279,259, 6,351,907, 6,519,890, and 6,691,447. In other embodiments, the adjustment core may have different mechanical arrangements for effecting a mechanical, electrical, and/or optical adjustment.

Spindle 116 includes a lower base portion 134 and an upper neck portion 136, which preferably is smaller in diameter than lower base portion 134. Retaining ring 114 surrounds spindle 116 and retains spindle 116 against seat 106 of the riflescope 138. Retaining ring 114 includes exterior threads 112 sized to mesh with threads 110 on bore 108. Thus, spindle 116 is captured against main tube 102 and allowed to rotate about axis 124, but is constrained from traveling along axis 124 by retaining ring 114, which is threaded into bore 108 of main tube 102. Retaining ring 114 includes a pair of blind bores 142 sized to fit a spanner wrench for threading and tightening retaining ring 114 onto spindle 116 or into bore 108, or both.

In some embodiments, exterior threads 112 may be omitted and retaining ring 114 may instead be affixed to bore 108 such as by a press-fit or a weld, or by another fastening mechanism, such as a bayonet mount. In the embodiment illustrated, a washer 144 is sandwiched between lower base portion 134 of spindle 116 and base 120 of seat 106. Washer 144 may be made from any suitable wear-resistant material, such as nylon, polytetrafluorethylene (PTFE) polymer (e.g., Teflon®), or other suitable material.

Locking adjustment device 100 may include a click mechanism 146 to provide tactile and/or audible feedback to the user when knob 174 of locking adjustment device 100 is rotated. Click mechanism 146 includes a click ring 148 interposed between a shoulder 150 of the lower base portion 134 of spindle 116 and retaining ring 114. Click ring 148 includes a grooved surface 152 facing spindle 116. Grooved surface 152 includes regularly spaced apart features, which preferably include splines or a series of evenly spaced vertical grooves or ridges. Other engagement features may include a series of detents, indentations, apertures, or other suitable features. Click mechanism 146 further includes a click pin 154 with a ramped surface 156 configured to engage the regularly spaced apart features of grooved surface 152. Click pin 154 is housed within a bore 158 in spindle 116 that has an open end facing grooved surface 152. A spring 160, or other biasing element, urges click pin 154 to extend outwardly from within bore 158 and engage grooved surface 152 of click ring 148. In opera-

Exhibit 4
Page 10 of 14

US 9,170,068 B2

5

tion, rotational movement of knob **174** about axis **124** causes click pin **154** to move out of contact with one groove and into a neighboring groove, thereby producing a click that is either audible, tactile, or both. Each click may coincide with an adjustment amount to alert the user about the extent of an adjustment being made. Click mechanism **146** continues clicking as long as knob **174** is rotated.

In some embodiments, locking adjustment device **100** may include sealing devices and other features to minimize entry of foreign materials, such as dust, dirt, or other contaminants, to help prevent rust, wear, or other damage to the components of locking adjustment device **100**. The seals may be hermetic seals and the interior of riflescope **138** may be filled with a dry gas, such as nitrogen or argon, to help prevent fogging that may otherwise be caused by condensation of moisture vapor on surfaces of lenses and other optical elements within riflescope **138**. For example, in some embodiments, locking adjustment device **100** may include a pair of contaminant seals **162**, **164** sandwiched between retaining ring **114** and spindle **116** to seal any openings or gaps between the two components. Contaminant seals **162**, **164** are preferably o-rings formed of rubber or another elastomeric material, but may be formed by any other suitable sealing material, such as plastic, nylon, or PTFE polymers (e.g., Teflon®).

Locking adjustment device **100** further includes a guide ring **168** attached along a stepped portion **170** of an upper necked portion **172** of retaining ring **114**. Guide ring **168** is preferably press fit around retaining ring **114** such that it rests flush against stepped portion **170** and upper necked portion **172**. In some embodiments, guide ring **168** may be welded, threaded, or adhered by an adhesive substance to retaining ring **114**. In other embodiments, guide ring **168** may be integrated with or formed in retaining ring **114** or main tube **102**. Particular aspects and features of guide ring **168** are described below in further detail with reference to FIGS. **4** and **5**.

Locking adjustment device **100** includes knob **174** mountable over guide ring **168** and spindle **116** for rotation about axis **124** when locking adjustment device **100** is installed on riflescope **138**. Knob **174** includes a retaining cap **176** and a dial **178**. Retaining cap **176** includes a cylindrical gripping surface **180** that may be notched, fluted, knurled, or otherwise textured to provide a surface for the user to grip when manually rotating knob **174**. Dial **178** may be supplied with a fine scale composed of parallel longitudinal indicia **182** spaced apart around the circumference of dial **178** to facilitate fine adjustments. Retaining cap **176** and dial **178** may be fabricated as a single unitary part or may be formed from two separate components that are coupled together, such as via mating threads.

Knob **174** includes a threaded bore **184** sized to receive a threaded set screw **186**. It should be understood that any number of bores, with a corresponding number of set screws, may be provided on knob **174**. Set screw **186** rigidly couples knob **174** to a collar **188** that is press-fit onto upper neck portion **136** of spindle **116** so that knob **174** and spindle **116** rotate together as a unit. In other embodiments (not shown), collar **188** may be omitted and knob **174** may be directly coupled to spindle **116** by set screws **186** or otherwise. A tool, such as a hex key, can be used to tighten set screw **186** such that set screw **186** bears against collar **188**. Similarly, the tool can be used to loosen set screw **186** so that knob **174** and/or dial **178** can be rotated relative to spindle **116** about axis **124** or removed and replaced with a different knob **174**, if desired. In other embodiments (not shown), knob **174** is coupled or releasably coupled to spindle **116** in a manner other than by set screws **186**. The combination of collar **188** and set screws

6

**186**, in conjunction with a flanged portion **190** on collar **188**, help prevent knob **174** from lifting upward in a direction along axis **124**.

Knob **174** may carry a button **194** and an indicator unit **196** for rotation therewith. Button **194** is operably associated with a guide tab **198** and manually depressible to urge guide tab **198** out of a locked position and thereby allow knob **174** to be manually rotated about axis **124** away from the locked position. The cross-sectional view in FIG. **2** illustrates the position of guide tab **198** after knob **174** has been rotated once about axis **124**. Further detailed aspects associated with the operation of knob **174**, button **194**, indicator unit **196**, and guide tab **198** are discussed below with reference to FIGS. **5**, **6A**, **6B**, and **6C**.

FIG. **4** illustrates a top view of guide ring **168** and FIG. **5** illustrates an exploded view of guide ring **168**, button **194**, and guide tab **198**. With reference to FIGS. **4** and **5**, guide ring **168** includes a guideway **202** having a curved slide surface **204** extending around axis **124** (FIG. **2**) and a notch **206** formed in a first end **208** of curved slide surface **204** and extending in a radial direction relative to axis **124**. Guideway **202** may include a second curved slide surface **210** also extending around axis **124** and linked or connected to curved slide surface **204** via a transition section **212** of guideway **202**. In the embodiment illustrated, transition section **212** is in the form of a linear ramp between a second end **238** of first curved slide surface **204** opposite first end **208** and a first end **240** of the second curved slide surface **210**. In other embodiments (not shown) transition section **212** may have a different shape. Second curved slide surface **212** includes a second end **214** opposite first end **240**. In other embodiments, guideway **202** may form a spiral around axis **124**, with curved slide surface **204** disposed at a first radial position from axis **124** and second curved slide surface **210** disposed at a second radial position from axis **124**. Second end **214** defines a stop **216** that limits rotation of knob **174** as further described below.

In the embodiments illustrated, curved slide surfaces **204**, **210** each face axis **124** (FIG. **2**). In other embodiments (not shown), curved slide surfaces **204**, **210** might not face axis **124**. In some embodiments, curved slide surfaces may include rails, tracks, or other structures that may provide a bearing and guide surface for guide tab **198** or another "follower" device.

It should be understood that in other embodiments, any number of curved slide surfaces may be added to guideway **202**, as desired, for allowing a greater or lesser degree of revolution of knob **174**, such as three, four or five revolutions. In such embodiments, stop **216** may be defined at an end on the last of the curved slide surfaces opposite first end **208** on guideway **202**.

Referring now to FIG. **5**, knob **174** carries button **194** and guide tab **198** for rotation therewith, guide tab **198** extending inwardly within knob **174** toward riflescope **138**. Guide tab **198** includes a tubular upper portion **218** extending from a top surface **220** of a substantially planar body **222**, and a tabbed end **224** extending from an opposing bottom surface **226** of body **222**. Guide tab **198**, via tabbed end **224**, is slidably received by guideway **202** when locking adjustment device **100** is installed on riflescope **138**. Guide tab **198** is configured to travel along guideway **202**, riding against curved slide surface **204** and second curved slide surface **210** in response to rotation of knob **174**.

In some embodiments, guide tab **198** may be rigidly attached or coupled to button **194** via tubular portion **218** of guide tab **198**. Tubular portion **218** may be inserted into an opening **228** on button **194** having dimensions corresponding to tubular portion **218** and secured therein, such as by a press

Exhibit 4
Page 11 of 14

US 9,170,068 B2

7

fit or using an adhesive. Alternatively, tubular portion 218 and opening 228 may both be threaded so that guide tab 198 is threadably coupled to button 194. In other embodiments, guide tab 198 and button 194 may instead be formed as a single unitary piece.

Button 194 may include a pair of openings 230 sized to interact with a pair of biasing elements 232, such as springs. Biasing elements 232 bias button 194 and guide tab 198 in a radial direction relative to knob 174 so as to urge movement of guide tab 198 when knob 174 is rotated. In some embodiments, button 194 may further include indicator unit 196 arranged on a top surface 234 of button 194. Preferably, indicator unit 196 has an elongate, rectangular-shaped body 236 and is formed as a single, unitary piece of button 194. In other embodiments, indicator unit 196 may have a different shape and formed as a separate component of and thereafter attached to button 194. Further details relating to indicator unit 196 are discussed below with reference to FIGS. 6A, 6B and 6C.

The following description illustrates an example operation of the interaction between button 194, guide tab 198, and guideway 202, among other components, of locking adjustment device 100. When locking adjustment device 100 is in a locked position, guide tab 198 is aligned with and seated in notch 206, thereby constraining knob 174 and preventing inadvertent rotation of knob 174 relative to riflescope 138. In this position, biasing elements 232 urge at least a portion of guide tab 198, such as tabbed end 224, into notch 206.

To unlock knob 174, button 194 is depressed inwardly toward axis 124 to urge guide tab 198 out of notch 206 and onto curved slide surface 204 near first end 208. From this position, knob 174 may be manually rotated about axis 124 away from the locked position. As knob 174 is rotated (i.e., as the user is making a desired adjustment), guide tab 198 rides away from first end 208 and along curved slide surface 204. Once knob 174 has completed a rotation around axis 124, guide tab 198 automatically transitions onto ramped transition section 212 and continues on second curved surface 210 to accommodate a second rotation of knob 174. Depending on the shape of transition section 212, the user may or may not feel a minor stop, bump, or other tactile sensation when guide tab 198 transitions between first and second curved surfaces 204 and 210. The user can continue turning knob 174 until guide tab 198 hits stop 216 along second end 214 of second curved surface 210. At that point, stop 216 blocks guide tab 198 from moving beyond second end 214, thereby limiting further rotation of knob 174 in this direction. Knob 174 may still be rotated in an opposite direction for further fine adjustment and/or to return knob 174 to its home position where it automatically locks.

While the figures may illustrate that guideway 202 provides for slightly less than two full rotations about axis 124, a simple alternate design of guideway 202 may accommodate two or more full rotations. For instance, guideway 202 may include a second transition section (similar to the ramped transition section 212) on second end 214 that is linked to a third curved surface extending about axis 124. Stop 216 may be positioned along the third curved surface at a position defining two full rotations of knob 174. In such configuration, once guide tab 198 reaches second end 214, guide tab 198 moves onto the second transition section and continues along the third curved surface until it reaches stop 216. In some embodiments, the third curved slide surface (not shown) may completely extend about axis 124 to provide for an additional rotation of knob 174.

In some embodiments, transition section 212 may instead be a stepped transition section. In such embodiments, button

8

194 may be further depressible such that it urges guide tab 198 out of notch 206 when button 194 is first depressed and, once knob 174 has made one rotation about axis 124, button 194 may be further depressed to urge guide tab 198 over the stepped transition section and onto second curved slide surface 210. Similarly, button 194 may be retractable, such as using biasing elements 232, so that button 194 automatically retracts when guide tab 198 transitions from second curved slide surface 210, over the stepped transition section, and back onto curved slide surface 204.

Guide ring 168, button 194, and guide tab 198 are preferably constructed of or coated with a rigid, durable, and wear-resistant material, such as nylon, PTFE polymers (e.g., Teflon®), steel, aluminum, or other suitable material, to withstand wear due to friction as guide tab 198 slides along or within guide ring 168. In other embodiments, button 194 may be manufactured from one material and guide tab 198 may be manufactured from a different material. For instance, since button 194 may not experience as much wear due to friction as compared to guide tab 198, button 194 may be constructed from anodized aluminum or other material to provide a balance of component weight, wear-resistance, and strength. On the other hand, since the sliding action of guide tab 198 on or along the guide ring 168 will wear guide tab 198 over time, guide tab 198 may be manufactured from or coated with a different material, such as stainless steel, for strength, wear-resistance, and corrosion-resistance.

FIGS. 6A, 6B, and 6C illustrate example embodiments of knob 174 carrying button 194 with indicator unit 196 for indicating whether knob 174 is in a locked position and also for indicating the number of rotations of knob 174. Simply by considering the relative positions of indicator unit 196 and button 194, the user is able to quickly determine the state of knob 174 (i.e., whether it is locked and/or the number of rotations about axis 124). Knob 174 includes a central recess 200 and a slot 244 extending in a radial direction relative to axis 124. Slot 244 is sized and dimensioned to slidably receive indicator unit 196 such that at least a portion of indicator unit 196 is visible on a top surface 246 of knob 174. Knob 174 further includes an aperture 248 on grip surface 180 sized and dimensioned to slidably receive button 194.

In an example operation, when knob 174 is in a locked position (during which guide tab 198 aligns with notch 206), button 194 and indicator unit 196 may be in a first position, such as illustrated in FIG. 6A. In this first position, button 194 extends outwardly from grip surface 180 and indicator unit 196 is in a retracted state in relation to central recess 200.

To unlock knob 174, the user may depress button 194 inwardly toward knob 174 until it is substantially flush in relation to grip surface 180. Depression of button 194 contracts biasing elements 232 and urges guide tab 198 out of alignment with notch 206 and onto curved slide surface 204, as previously described. Depression of button 194 and guide tab 198 in turn urges indicator unit 196 to move from the first position to a second position, where indicator unit 196 moves toward central recess 200 until it is substantially flush in relation to central recess 200, such as illustrated in FIG. 6B. This second position indicates that knob 174 is unlocked and may be manually rotated about axis 124. As knob 174 is rotated, guide tab 198 slides on first curved slide surface 204 and button 194 and indicator unit 196 remain in this second position while guide tab 198 is on first curved slide surface 204 (i.e., throughout the first rotation of adjustment).

During the second rotation of knob 174, guide tab 198 transitions from curved slide surface 204 to second curved slide surface 210 via transition section 212, as previously described. Since guide tab 198 is coupled to button 194 and

Exhibit 4
Page 12 of 14

US 9,170,068 B2

9                                                              10

indicator unit 196, guide tab 198 draws button 194 inwardly toward axis 124, which simultaneously draws indicator unit 196 into central recess 200 on knob 174. Biasing elements 232 are further contracted in this third position. This third position indicates that knob 174 is unlocked and is in a second rotation about axis 124. As knob 174 is rotated, button 194 and indicator unit 196 remain in this third position while guide tab 198 is on second curved slide surface 210 (i.e., throughout the second rotation of adjustment).

Reversing rotation of knob 174 at any point causes the same functions to be performed in reverse. For example, when knob 174 reverts from the third position to the second position, (i.e., when guide tab 198 transitions from second curved slide surface 210 to first curved slide surface 204), button 194 and indicator unit 196 retract back to their substantially flush positions, as previously described with respect to the second position. Biasing elements 232 also expand to help urge button 194, indicator unit 196, and guide tab 198 back into these second positions. As knob 174 is turned back into its locked position, guide tab 198 is urged back into notch 206 by biasing elements 232 to automatically lock knob 174, and button 194 and indicator unit 196 are expanded to their locked positions, where button 194 extends outwardly from gripping surface 180 and indicator tab 196 is in a retracted state from central recess 200.

In some embodiments where locking adjustment device 100 is configured to allow more than two rotations of knob 174, indicator unit 196 can be urged further into central recess 200 and button 194 urged further into aperture 248 in a similar fashion as described above to indicate that knob 174 is in a third rotation about axis 124. In other embodiments, knob 174 may include a scale or other marking near or next to indicator unit 196, such as a number scale with position markings reading 0, 1, and 2, to provide additional visual feedback to the user regarding the position of knob 174. For instance, when knob 174 is in a locked position, indicator unit 196 may be aligned with the 0 marking. When knob 174 is unlocked and in its first or second rotation, indicator unit 196 may align with the 1 or 2 marking, respectively.

In an alternate embodiment, the arrangement of button 194, indicator unit 196, and guide tab 198 may be different. For instance, button 194 may instead be arranged on top surface 246 and moveable in an upward/downward direction relative to riflescope 138 (e.g., along a parallel axis in relation to axis 124). Indicator unit 196 may be arranged along grip surface 180 and coupled to guide tab 198 and button 194 such that it is moveable in a similar fashion as previously described to indicate whether knob 174 is in a locked position and/or the number of rotations of knob 174. In addition, guide tab 198 may be arranged on an end of button 194 and also moveable in an upward/downward direction. In such a configuration, biasing elements 232 may be arranged to instead extend along the upward/downward axis to bias guide tab 198. Button 194, indicator unit 196, and guide tab 198 may be positioned and move between the first, second, and third positions in a similar fashion as previously described.

In addition, curved slide surfaces 204, 210 may be arranged on different planes of guide ring 168 in relation to one another. For instance, curved slide surface 204 may be arranged proximal to knob 174 and second curved slide surface 210 may be arranged proximal to riflescope 138, such that guideway 202 spirals downward toward riflescope 138 from curved slide surface 204 to second curved slide surface 210. Guide ring 168 may include a raised pedestal portion above curved slide surfaces 204, 210 and having a slot or opening sized to receive guide tab 198. When guide tab 198 is positioned in the slot, locking adjustment device 100 is in a

locked position (similar to when guide tab 198 was aligned with notch 206). The raised pedestal portion may include a downward sloping ramped portion linking to curved slide surface 204 to provide for movement of guide tab 198 from the raised pedestal portion to guideway 202.

In an example operation, depression of button 194 contracts biasing element 232 and urges guide tab 198 out of the slot in the raised pedestal portion, down the ramped portion, and onto curved slide surface 204. As knob 174 is rotated beyond the first rotation about axis 124, guide tab 198 transitions onto second curved slide surface 210 and draws button 194 inwardly, which simultaneously moves indicator unit 196 along grip surface 180 and further retracts biasing elements 232. Button 194 and indicator unit 196 remain in this position while guide tab 198 is on second curved slide surface 210.

Reversing rotation of knob 174 at any point causes the same functions to be performed in reverse. For instance, when guide tab 198 transitions from second curved slide surface 210 back to first curved slide surface 204, button 194 and indicator unit 196 may retract back to their substantially flush positions and biasing elements 232 expand to help urge button 194, indicator unit 196, and guide tab 198 back into these positions. As knob 174 is turned back into its locked position, guide tab 198 moves up the ramped portion and is urged back into the slot in the raised pedestal portion by biasing elements 232 to automatically lock knob 174. Similar to the previously described embodiments, button 194 and indicator unit 196 then return to their locked positions. Other embodiments and arrangements for button 194, indicator unit 196, and guide tab 198 may be possible.

FIG. 7 illustrates another embodiment of locking adjustment device 100 where guide ring 168 includes only one curved slide surface 204 to provide for a single rotation of knob 174 about axis 124. Guide ring 168 includes notch 206 and stop 216 both are arranged along curved slide surface 204. Guide ring 168 may be attached to spindle 116 in a similar fashion as previously described and knob 174 may include similar components as described in other embodiments, including button 194 operably associated with the guide tab (not shown). In some embodiments, button 194 may not include a separate indicator unit 196. Instead, button 194 may perform a similar indication function.

For instance, when knob 174 is in a locked position, the guide tab is aligned in notch 206 and button 194 is extended outwardly in relation to gripping surface 180 of knob 174. The extended state of button 194 indicates that knob 174 is in a locked position and cannot be rotated. Depressing button 194 inwardly urges the guide tab out of notch 206 and onto curved slide surface 204 for rotation thereon. Knob 174 may now be manually rotated about axis 124 to make desired adjustments. The depressed state of button 194 indicates to the user that knob 174 is unlocked and may be freely rotated about axis 124. In a similar fashion as previously described, reversing the rotation of knob 174 causes the same functions to be performed in reverse. Knob 174 automatically locks, and button 194 automatically extends from gripping surface 180, when the guide tab is urged back into notch 206.

It will be obvious to those having skill in the art that many changes may be made to the details of the above-described embodiments without departing from the underlying principles of the invention. The scope of the present invention should, therefore, be determined only by the following claims.

Exhibit 4
Page 13 of 14

US 9,170,068 B2

11

The invention claimed is:

**1**. A locking adjustment device for adjusting a setting of a riflescope or other aiming device, comprising:

a guideway including a slide surface extending around a rotational axis, and a notch formed in the slide surface;

a knob mountable over the guideway for rotation about the rotational axis when the adjustment device is installed on the aiming device;

a guide tab carried by the knob for rotation therewith and slidably received in the guideway when the adjustment device is installed on the aiming device, the guide tab being movable relative to the knob and biased against the slide surface so as to urge at least a portion of the guide tab toward the notch when the knob is rotated to a locked position at which the guide tab is aligned with the notch, thereby preventing inadvertent rotation of the knob relative to the aiming device from the locked position; and

a button carried by the knob for rotation therewith, the button operably associated with the guide tab and movable relative to the knob when the button is manually depressed to urge the guide tab out of the notch and thereby allow the knob to be manually rotated about the rotational axis away from the locked position.

**2**. The locking adjustment device of claim **1**, wherein the guideway includes a second slide surface extending around the axis and linked to the slide surface via a transition section wherein the guide tab is movable along the second slide surface and the transition section when the knob is rotated.

**3**. The locking adjustment device of claim **2**, wherein the second slide surface includes a stop that blocks the guide tab to limit rotation of the knob beyond the stop.

**4**. The locking adjustment device of claim **3**, wherein the guideway is spiraled and the slide surface is at a first radial position from the rotational axis and the second slide surface is at a second radial position from the rotational axis.

**5**. The locking adjustment device of claim **1**, further comprising an indicator unit carried by the knob and movable relative to the knob, the indicator unit visible on a surface of the knob, wherein the indicator unit is at a first position when the guide tab is aligned with the notch and at a second position when the guide tab is positioned along the slide surface away from the notch.

**6**. The locking adjustment device of claim **5**, wherein the indicator unit is coupled to the guide tab and the locking adjustment device further comprises a biasing element operatively associated with the guide tab and the indicator unit to urge movement of the indicator unit from the second position to the first position.

**7**. The locking adjustment device of claim **5**, wherein the indicator unit is slidably received in a slot arranged on the surface of the knob.

12

**8**. The locking adjustment device of claim **3**, further comprising:

an indicator unit coupled to the guide tab and visible on a surface of the knob; and

a biasing element operatively associated with the guide tab and the indicator unit,

wherein the indicator unit is at a first position when the guide tab is aligned with the notch, a second position when the guide tab is positioned along the slide surface away from the notch, and a third position when the guide tab is positioned along the second slide surface, and wherein the biasing element urges movement of the indicator unit from the third position to the second position and from the second position to the first position.

**9**. The locking adjustment device of claim **1**, wherein the aiming device includes a housing and the locking adjustment device further comprises:

a spindle mounted to the housing for rotation about the axis; and

a threaded plunger extending within the housing of the aiming device and threadably coupled to the spindle, wherein rotation of the spindle about the axis causes movement of the threaded plunger along the axis.

**10**. The locking adjustment device of claim **9**, wherein the guideway is formed along a substantially circular guide ring.

**11**. The locking adjustment device of claim **10**, further comprising a retaining ring surrounding the spindle for securing the spindle to the housing, wherein the guide ring is press fit to the retaining ring.

**12**. The locking adjustment device of claim **1**, wherein the notch extends in a radial direction relative to the rotational axis, and wherein the guide tab is biased in the radial direction.

**13**. The locking adjustment device of claim **12**, wherein the guide tab extends inwardly within the knob toward the aiming device.

**14**. The locking adjustment device of claim **1**, wherein the guideway comprises a channel.

**15**. The locking adjustment device of claim **1**, wherein a radial distance from the guide tab to the rotational axis changes when the button is depressed.

**16**. The locking adjustment device of claim **1**, wherein the guide tab automatically transitions from the slide surface into the notch when the knob is rotated to the locked position.

**17**. The locking adjustment device of claim **1**, wherein the knob further includes a scale comprising indicia spaced apart on a circumference of the knob to facilitate fine adjustments.

**18**. The locking adjustment device of claim **1**, wherein the locked position corresponds to a baseline position of the adjustable setting.

* * * * *

Exhibit 4
Page 14 of 14