

US006816305B2

# (12) United States Patent
## Regan et al.

(10) Patent No.: **US 6,816,305 B2**
(45) Date of Patent: **Nov. 9, 2004**

(54) **PRE-ASSEMBLED PIVOTING LENS UNIT**

(75) Inventors: **Rick R. Regan**, Aloha, OR (US); **John A. Karge**, Aloha, OR (US)

(73) Assignee: **Leupold & Stevens, Inc.**, Beaverton, OR (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/282,740**

(22) Filed: **Oct. 28, 2002**

(65) **Prior Publication Data**

US 2004/0080819 A1 Apr. 29, 2004

(51) Int. Cl.[7] .............................................. G02B 23/00
(52) U.S. Cl. ........................ **359/429**; 359/399; 359/425
(58) Field of Search .......................... 359/399, 420–429, 359/432, 694–706, 808, 819; 42/101–124

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,058,391 A | * | 10/1962 | Leupold | ...................... | 359/422 |
| 3,161,716 A | * | 12/1964 | Burris et al. | ................. | 356/247 |
| 3,297,389 A | | 1/1967 | Gibson | ........................ | 359/424 |
| 4,408,842 A | | 10/1983 | Gibson | ........................ | 359/422 |
| 4,998,811 A | * | 3/1991 | Basta | .......................... | 359/422 |
| 5,463,495 A | * | 10/1995 | Murg | ......................... | 359/429 |
| 5,615,487 A | * | 4/1997 | Tomita | ......................... | 42/122 |
| 6,005,711 A | * | 12/1999 | Mai et al. | .................... | 359/424 |
| 6,469,829 B2 | * | 10/2002 | Otteman | ..................... | 359/429 |

* cited by examiner

*Primary Examiner*—Thong Q Nguyen
(74) *Attorney, Agent, or Firm*—Stoel Rives LLP

(57) **ABSTRACT**

A pre-assembled pivoting lens unit is disclosed that includes a pivot cartridge capable of being at least partially received by an optical sighting device housing, along with a pivot tube defining a first end movably coupled to the pivot cartridge and a second end capable of moving transversely to the longitudinal axis of the device housing. Disposed in the pivot tube between the first and second ends is a lens assembly capable of focusing an image when the lens unit is at least partially received by the device housing. A fastener is used to secure the pivot cartridge to the first end of the pivot tube, and a resilient member interposes the fastener and pivot tube first end to enable relative pivoting movement of the pivot tube.

**27 Claims, 4 Drawing Sheets**



Exhibit 5
Page 1 of 12

**U.S. Patent**  Nov. 9, 2004  Sheet 1 of 4  US 6,816,305 B2



FIG. 1

Exhibit 5
Page 2 of 12

**U.S. Patent**  Nov. 9, 2004  Sheet 2 of 4  US 6,816,305 B2

FIG. 2

Exhibit 5
Page 3 of 12



FIG. 3

Exhibit 5
Page 4 of 12

U.S. Patent    Nov. 9, 2004    Sheet 4 of 4    US 6,816,305 B2



FIG. 4

Exhibit 5
Page 5 of 12

US 6,816,305 B2

1

# PRE-ASSEMBLED PIVOTING LENS UNIT

## TECHNICAL FIELD

This application relates to devices for pivotally mounting lenses within the housing of an optical sighting device such as a riflescope and, in particular, to a pivoting lens unit that is pre-assembled prior to installing within the housing of the optical sighting device.

## BACKGROUND OF THE INVENTION

Optical sighting devices have long been used in conjunction with weapons, such as rifles and handguns, to allow a user to accurately aim the weapon. Optical sighting devices such as riflescopes typically include eyepiece and objective lenses positioned at opposite ends of a tubular housing. A lens assembly is positioned medially of the eyepiece and objective lenses, and may be movable along a longitudinal axis of the housing for adjustment of the optical power of the optical sighting device. An aiming reticle is positioned in the optical path of the optical sighting device, typically between the lens assembly and the eyepiece lens. Because bullet trajectory, wind conditions and distance to the target can vary depending upon shooting conditions, quality riflescopes typically provide compensation for variations in these parameters by allowing a user to make small adjustments to the optical characteristics or the aiming of the weapon relative to the rifle or handgun on which it is mounted. These adjustments are known as windage and holdover adjustments and are typically accomplished by pivotal movement of the lens assembly within the housing of the optical sighting device to divert the optical path of the observed light before it reaches the reticle, as shown in U.S. Pat. Nos. 3,297,389 and 4,408,842 to Gibson, which are incorporated herein by reference.

To aid in pivotal movement of the lens assembly, the optical sighting device industry has developed a pivoting lens unit and lens assembly, which includes a pivot cartridge mounted to the housing of the device, a pivot tube disposed within the housing and supporting the lens assembly, and a resilient member that biases the pivot cartridge toward the pivot tube while allowing pivotal movement of the pivot tube and lens assembly. In these designs, the pivoting lens unit is generally positioned proximate the eyepiece of the housing. However, it is also known to position the pivoting lens unit proximate the objective end of the housing. A pivot end of the pivot tube that extends along the longitudinal axis of the housing is pivotally mounted to the interior of the housing near the eyepiece end of the housing. The lens assembly is supported near a free end of the pivot tube opposite the pivot end. Adjustment of windage and holdover is accomplished by turning an adjustment mechanism that operatively engages a leaf spring, thereby driving the free end of the pivot tube, including the lens assembly, transversely of the housing longitudinal axis and thereby altering the optical path between the eyepiece and objective lenses.

However, current manufacturing and assembly processes require the pivoting lens unit to be manufactured and assembled with the housing. These processes are time-consuming and expensive because each component of the pivoting lens unit is manufactured and then separately assembled with the housing. The pivoting lens unit is provided on an "as-needed basis" and is typically manufactured and assembled by the same manufacturer at the same time the optical sighting device is built, thereby reducing flexibility in the manufacturing and assembly processes. In

2

addition, the assembly process is complicated by the number of loose components that an installer must assemble in a particularized order. The process involves great efforts and requires substantial skill because the fit between components requires precise dimensional coordination, which is of substantial significance for the accurate operation of the optical sighting device. Imprecision of one component leads to re-manufacture and re-assembly of that component and possibly re-assembly of other components that followed in the assembly process.

The assembly process is further slowed and complicated by the requirement to use a special tool to assemble some components of the pivoting lens unit. The pivot tube is installed in the housing following installation of the leaf spring; however, to install the pivot tube, the installer must use a special hand tool to compress the leaf spring, which in final assembly is disposed between the housing and the pivot tube.

Thus, there exists a need to simplify the manufacturing and assembly processes associated with optical sighting devices, and the pivoting lens unit in particular, to reduce the costs of manufacturing and assembling a pivoting lens unit while maintaining or even improving the precision of optical sighting devices.

## SUMMARY OF THE INVENTION

The present invention is directed in part to a pre-assembled pivoting lens unit that facilitates the manufacturing and assembly processes for an optical sighting device. Therefore, consistent with one aspect of the invention, a pre-assembled pivoting lens unit is disclosed that includes a pivot cartridge capable sized to be at least partially received by an optical sighting device housing, along with a pivot tube defining a first end movably coupled to the pivot cartridge and a second end extending from the pivot cartridge and capable of moving transversely to the longitudinal axis of the device housing. Disposed in the pivot tube between the first and second ends is a lens assembly capable of focusing an image when the lens unit is at least partially received by the device housing. A fastener such as a nut is used to pivotally secure the pivot cartridge to the first end of the pivot tube, and a resilient member such as a spring interposes the fastener and pivot tube first end to enable relative pivoting movement of the pivot tube.

Consistent with another aspect of the invention, the above-described lens assembly may be positionally fixed between the first and second ends of the pivot tube to provide an optical sighting device with fixed magnification. Alternatively, the lens assembly may include a cam sleeve supported around at least a portion of the pivot tube and communicating with the lens assembly to drive the lens assembly along the longitudinal axis, thereby selectively adjusting the optical magnification provided by the optical sighting device.

In another embodiment of the invention, the above-described lens assembly may include a key formed in the pivot cartridge that engages a keyway formed in the first end of the pivot tube, thereby restricting rotation of the pivot tube relative to the pivot cartridge and cam sleeve. Alternatively, the lens assembly may include a key formed in the housing that engages a keyway formed in the pivot cartridge for orienting and rotationally fixing the pivot tube about the housing longitudinal axis. Fixing the position of the pivot tube facilitates use of the cam sleeve for adjusting optical magnification.

Other aspects and embodiments of the present invention include an optical sighting device incorporating such a

Exhibit 5
Page 6 of 12

3

pre-assembled pivoting lens unit, as well as a method for manufacturing the same.

Pre-assembly of the pivoting lens unit in accordance with these aspects and features results in a cost-effective technique for producing the optical sighting device, since rather than tracking a series of components, the manufacturer need only track one component—the pre-assembled pivoting lens unit. Moreover, consistent with an embodiment of the present invention, the entire pivoting lens unit can be pre-assembled at an off-site pre-assembly facility and shipped to the optical sighting device manufacturer as a single unit. Once the pivoting lens unit is pre-assembled, it can be pre-tested off-site or by the optical sighting device manufacturer before installing in the optical sighting device. Pre-assembly of the pivoting lens unit increases the availability of such units, for the unit can be manufactured, assembled, and tested separately from the optical sighting device and stored as an off-the-shelf item.

Further still, pre-assembling the pivoting lens unit in accordance with the disclosed embodiments of the invention simplifies the final assembly process and eliminates the need for special assembly tools to install the pre-assembled pivoting lens unit within the optical sighting device. In addition, the pre-assembled pivoting lens unit can be easily removed to expose components mounted within the optical sighting device for service or replacement as needed.

Additional aspects and advantages of this invention will be apparent from the following detailed description of particular embodiments thereof, which proceeds with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a cross-sectional view of an optical sighting device including a pre-assembled pivoting lens unit in accordance with an embodiment of the present invention.

FIG. **2** is an enlarged cross-sectional view of the pre-assembled pivoting lens unit shown in FIG. **1**.

FIG. **3** is an exploded perspective view of the pre-assembled pivoting lens unit shown in FIG. **2**.

FIG. **4** illustrates assembly of an optical sighting device, including the pre-assembled pivoting lens unit, in accordance with an embodiment of the present invention.

DETAILED DESCRIPTION OF THE EMBODIMENTS

The following description relates to an example of an optical sighting device incorporating features and aspects of the present invention, specifically a riflescope, and references the attached drawings. A riflescope is usually mountable to a firearm, a rifle or a handgun. FIG. **1** is a cross-sectional view of a riflescope **100** that has an outer tubular housing **102** having a bore **104** that extends along a longitudinal axis **106** of the housing **102**. An adjustment mechanism **108** is located proximate the midpoint of the riflescope **100**, and a power magnification selector ring **110** is located proximal of an eyepiece end **112**. A pre-assembled pivoting lens unit **114** in accordance with an embodiment of the invention is disposed within the bore **104** and movably mounted to an interior wall **116** of the housing **102**.

FIG. **2** shows an enlarged cross-sectional view of the pre-assembled pivoting lens unit **114** of FIG. **1**. FIG. **3** is an exploded view of the pre-assembled pivoting lens unit **114** of FIG. **2**, showing the various elements that comprise the pre-assembled pivoting lens unit **114** and their order of assembly. With reference to both FIG. **2** and FIG. **3**, the

4

pre-assembled pivoting lens unit **114** includes a pivot tube **202** with a pivot end **204** sized for a sliding fit against a pivot cartridge **200**. The pivot tube **202** extends longitudinally from the pivot end **204** and terminates in a free end **206**. A lens assembly **208**, preferably including two separately locatable doublet lens assemblies as shown in the embodiments of FIG. **2** and FIG. **3**, is slidably disposed between the pivot end **204** and the free end **206** of the pivot tube **202**. A field lens assembly **209**, used, for example, for correcting field distortion in an image or magnifying an image, is mounted to the free end **206** of the pivot tube **202**. A lens unit extender **222** is threadably coupled to the free end **206** of the pivot tube **202** for engagement by adjustment mechanism **108** to pivotably adjust the pivot tube **202** within the pivot cartridge **200**, as further described below. A fastener **210** such as a nut is externally threaded to mate with interior threads in the pivot cartridge **200**, thereby pivotally securing the pivot tube **202** to the pivot cartridge **200**.

In the embodiment shown in FIG. **2**, the lens assembly **208** is slidably mounted within the pivot tube **202**, thereby providing a variable power feature. A set of cam followers **211** is mounted to the lens assembly **208**. A cam sleeve **212** circumscribes the pivot tube **202** and drives the cam followers **211** for movement along the pivot tube **202**, generally along the longitudinal axis **106** of the housing **102** when the pre-assembled pivoting lens unit **114** is installed, in response to manual rotation of the power magnification selector ring **110** rotatably mounted around the housing **102** and mechanically coupled to the cam sleeve **212**. Those ordinarily skilled in the art will appreciate that the pre-assembled pivoting lens unit **114** could also be assembled with the cam sleeve **212** omitted and the lens assembly **208** rigidly secured to the pivot tube **202** (not shown), so that the optical power of the riflescope **100** is fixed.

As shown in FIG. **2**, a resilient member **214**, such as a wave spring, a set of coil springs or any other resilient material, biases the pivot cartridge **200** toward the pivot end **204** of the pivot tube **202** to enable relative pivoting movement of the pivot tube **202**. The fastener **210**, as previously discussed, is externally threaded to mate with interior threads in the pivot cartridge **200**, thereby compressing the resilient member **214** so that the desired amount of force is applied against the pivot end **204** of the pivot tube **202**, as well as securing the pivot tube **202** to the pivot cartridge **200**. A step washer **220** is installed for transitioning from a larger inner diameter **221** to a smaller inner diameter **223** of the pivot cartridge **200**, so that a ridge **225** of the step washer **220** seats against an inner shoulder **219** of the pivot cartridge **200**. This prevents threading the fastener **210** into the pivot shoulder **219** to the extent of complete compression of the resilient member **214**.

In FIG. **2**, a wire reticle **218** is disposed between the fastener **210** and the step washer **220** in a focal plane of the riflescope **100** generally perpendicular to the longitudinal axis **106** of the housing **102** so that cross-hairs (not shown) of the reticle **218** are centered at a pivot point (not shown) when the pre-assembled pivoting lens unit **114** is installed. The pivot point is determined by the curvature of a socket joint **216**, which, in FIG. **2**, is where the pivot tube **202** slides against the pivot cartridge **200**. The size of the pivot cartridge **200**, the pivot tube **202** and the bore **104** in the housing **102** is such that the pivot point will coincide with the focal plane of the riflescope **100** when the pre-assembled pivoting lens unit **114** is installed in the housing **102**. Those skilled in the art will appreciate that the socket joint **216** may include a conical or spherical socket surface against which the pivot tube **202** is seated, either in a full-socket or

Exhibit 5
Page 7 of 12

US 6,816,305 B2

| 5 | 6 |

half-socket configuration. The socket joint **216** may also include an equalized pivot mount of the type described in U.S. Pat. No. 6,469,829, the specification of which is incorporated herein by reference.

As further shown in FIG. **2**, a pivot tube keyway slot **224** extends longitudinally along the pivot end **204** of the pivot tube **202** and mates with a pivot cartridge key **226** extending transversely into the interior of the pivot cartridge **200** to limit rotation of the pivot tube **202** about its longitudinal axis relative to the pivot cartridge **200** and cam sleeve **212** (some play is necessary to accommodate the motion of the windage and holdover adjustments described below). The key **226** is preferably a pin that is press-fit into a small transverse hole through pivot cartridge **200**. In alternative embodiments, the keyway slot may be formed in the pivot cartridge **200** and the key formed on the pivot tube **202**.

FIG. **4** is a perspective view of an order of assembly for elements as they relate to an optical sighting device, such as, for example, the riflescope **100** that may be found mounted to a firearm, a rifle or a handgun (not shown), consistent with an embodiment of the invention. In the prior art, it has been necessary to manufacture and separately assemble each element shown in FIG. **3**, in addition to the elements shown in FIG. **4**, with the housing **102** of the riflescope **100**. Pre-assembly of the pivoting lens unit **114**, however, significantly reduces the amount of assembly required. To visually understand the magnitude of reduction, replace the pre-assembled pivoting lens unit **114** shown in FIG. **4** with the exploded view of the pre-assembled pivoting lens unit **114** shown in FIG. **3**.

In the embodiment shown in FIG. **4**, installation of the pre-assembled pivoting lens unit **114** is preceded by a series of O-rings **402**, which are installed with the power magnification selector ring **110**, which is rotatably mounted around the outside of the housing **102**. Before installing the pre-assembled pivoting lens unit **114** in the bore **104** of the housing **102**, a leaf spring **400** is mounted within the housing **102** adjacent where the free end **206** of the pivot tube **202** will be located. The leaf spring **400** biases the free end **206** toward the adjustment mechanism **108**. With reference to FIG. **1** the adjustment mechanism **108** extends from the housing **102** and includes a plunger **118** that operatively engages the free end **206** of the pivot tube **202** when the pre-assembled pivoting lens unit **114** is installed. The adjustment mechanism **108** adjustably extends into the bore **104** and is manually adjustable to drive the pivot tube **202** for movement transversely of the longitudinal axis **106** in a vertical direction to adjust an elevation setting of the riflescope **100**. Ordinarily skilled persons will appreciate that a second adjustment mechanism (not shown) could also be applied to adjust the horizontal position of the pivot tube **202** in a direction perpendicular to the adjustment mechanism **108**, to thereby allow adjustment of windage in addition to elevation.

Returning to FIG. **4**, after the leaf spring **400** is attached, the pre-assembled pivoting lens unit **114** is then installed in the bore **104** of the housing **102** such that the pivot cartridge **200** is rigidly secured, bonded, or press-fit to the interior wall **116** of the housing **102**. Recall that in the prior art, the leaf spring **400** is installed in the bore **104** of the housing **102** using special assembly tools prior to installing the pivoting lens unit **114**. Attaching the leaf spring **400** to the free end **206** of the pivot tube **202** before installing the pre-assembled pivoting lens unit **114** can eliminate the need for such special assembly tools.

A second key **227** (FIG. **1**) extends inwardly within the interior of the housing **102** and mates with a second keyway slot **228** extending longitudinally along the outer surface of pivot cartridge **200** to orient the pivot tube **202** in a generally fixed rotational position about the longitudinal axis **106** of the housing **102** when the pre-assembled pivoting lens unit **114** is installed in the bore **104** of the housing **102**. Fixing the rotational position of the pivot tube **202** about the longitudinal axis **106** of the housing **102** facilitates use of the cam sleeve **212** to move lens assembly **208** longitudinally by preventing rotation of the pivot cartridge **200** and the pivot tube **202** relative to the housing **102** in response to rotation of the cam sleeve **212** about the longitudinal axis **106**. In alternative embodiments (not shown), the second key **227** may be formed in the pivot cartridge **200** and the second keyway slot **228** may be formed in the housing **102** to perform a similar function.

Returning to FIG. **4**, a second series of O-rings **403** is installed immediately following installation of the pre-assembled pivoting lens unit **114** to form a gas tight seal at eyepiece end **112**. A retainer, such as lock ring **406**, is externally threaded to mate with the interior threads in the housing **102**, thereby retaining the pre-assembled pivoting lens unit **114** and the reticle **218** within the housing **102**. An eyepiece **404** is threaded onto the end of the housing **102** and environmentally sealed by the second O-rings **403** to protect the pre-assembled pivoting lens unit **114** from dust and debris.

It will be obvious to those having skill in the art that many changes may be made to the details of the above-described embodiments of this invention without departing from the underlying principles thereof. For example, in other embodiments, different mechanical fittings may be used to achieve the same effect. The scope of the present invention should, therefore, be determined only by the following claims.

What is claimed is:

1. A pre-assembled pivoting lens unit for installation into a tubular housing of an optical sighting device, the housing having a longitudinal axis, the lens unit comprising:
   a pivot cartridge sized to be at least partially received within the housing;
   a pivot tube having a longitudinal axis, the pivot tube comprising:
      a first end pivotably coupled to the pivot cartridge,
      a second end extending from the pivot cartridge and movable transversely to the longitudinal axis of the housing, and
      a lens assembly disposed within the pivot tube between the first and second ends; and
   a fastener pivotally securing the pivot tube to the pivot cartridge, the first end of the pivot tube being keyed to the pivot cartridge independent of the housing to thereby limit rotation of the pivot tube about its longitudinal axis relative to the pivot cartridge after pre-assembly of the pivoting lens unit and before installation of the pre-assembled pivoting lens unit in the housing.

2. The lens unit of claim **1** further comprising a resilient member interposing the first end of the pivot tube and the fastener, and in which the pivot cartridge at least substantially circumscribes and receives the first end of the pivot tube.

3. The lens unit of claim **2** wherein the resilient member comprises a wave spring.

4. The lens unit of claim **2** further comprising a reticle assembly disposed in proximate relationship to the resilient member.

Exhibit 5
Page 8 of 12

US 6,816,305 B2

| 7 | 8 |

5. The lens unit of claim **1** wherein the lens assembly is movable along the longitudinal axis of the housing.

6. The lens unit of claim **1**, further comprising a cam sleeve operably engaging the lens assembly.

7. The lens unit of claim **1** wherein said fastener comprises a nut.

8. An optical sighting device, comprising:
   a tubular housing having a longitudinal axis; and
   a pre-assembled pivoting lens unit at least partially received within the housing, the lens unit comprising:
     a pivot cartridge coupled to the housing;
     a pivot tube having a longitudinal axis, the pivot tube comprising:
       a first end pivotably coupled to the pivot cartridge,
       a second end extending from the pivot cartridge and movable transversely to the longitudinal axis of the housing, and
       a lens assembly disposed within the pivot tube between the first and second ends, the first end of the pivot tube being keyed to the pivot cartridge independent of the housing to thereby limit rotation of the pivot tube about its ion longitudinal axis relative to the pivot cartridge after pre-assembly of the pivoting lens unit and before installation of the pre-assembled pivoting lens unit in the housing; and
     a fastener pivotally securing the pivot tube to the pivot cartridge.

9. The optical sighting device of claim **8** further comprising a resilient member interposing the first end of the pivot tube and the fastener, and in which the pivot cartridge at least substantially circumscribes and secures the first end of the pivot tube.

10. The optical sighting device of claim **9** wherein the resilient member comprises a wave spring.

11. The optical sighting device of claim **9** further comprising a reticle assembly disposed in proximate relationship to the resilient member.

12. The optical sighting device of claim **8** wherein the lens assembly is movable along the longitudinal axis of the housing.

13. The optical sighting device of claim **8**, further comprising a cam sleeve operably engaging the lens assembly.

14. The optical sighting device of claim **8**, further comprising a retainer coupled to the housing securing the lens unit within the housing.

15. The optical sighting device of claim **8** wherein the optical sighting device comprises a riflescope.

16. A pre-assembled pivoting lens unit for an optical sighting device, the optical sighting device defining a tubular housing having a longitudinal axis, the lens unit comprising:
   a pivot cartridge sized to be at least partially received within the housing;
   a pivot tube, comprising:
     a first end pivotably coupled to the pivot cartridge,
     a second end extending from the pivot cartridge and movable transversely to the longitudinal axis of the housing, and
     a lens assembly disposed within the pivot tube between the first and second ends, the first end of the pivot tube being keyed to the pivot cartridge independent of the housing;
   a fastener pivotally securing the pivot tube to the pivot cartridge; and
   a resilient member interposing the first end of the pivot tube and the fastener for biasing the pivot cartridge toward the pivot tube, and in which the pivot cartridge at least substantially circumscribes and receives the first end of the pivot tube for orienting the pivot tube along the longitudinal axis of the housing.

17. The lens unit of claim **16** wherein the fastener comprises a nut.

18. The lens unit of claim **16** wherein the resilient member comprises a wave spring.

19. The lens unit of claim **16**, further comprising a reticle assembly disposed in proximate relationship to the resilient member.

20. The lens unit of claim **16**, further comprising a stop mechanism disposed between the resilient member and the fastener for preventing complete compression of the resilient member by the fastener.

21. The lens unit of claim **16** wherein the lens assembly is movable within the pivot tube along the longitudinal axis of the housing.

22. The lens unit of claim **21**, further comprising:
   a set of cam followers fixedly mounted to the lens assembly; and
   a cam sleeve supported around at least a portion of the pivot tube for rotation about the longitudinal axis, the cam sleeve driving the cam followers for movement along the longitudinal axis to thereby adjust a magnification setting of the optical sighting device.

23. The lens unit of claim **16** wherein the lens assembly is rigidly fixed along the longitudinal axis of the housing between the first and second ends.

24. The lens unit of claim **16**, further comprising:
   a first keyway formed in one of the pivot cartridge and the housing; and
   a first key formed in the other of the pivot cartridge and the housing, the first key engaged in the first keyway to limit rotation of the pivot cartridge about the longitudinal axis of the housing.

25. The lens unit of claim **16**, further comprising:
   a second keyway formed in one of the pivot cartridge and the pivot tube; and
   a second key formed in the other of the pivot cartridge and the pivot tube, the second key engaged in the second keyway to limit rotation of the pivot tube about the longitudinal axis of the housing.

26. A method for manufacturing an optical sighting device, comprising:
   (a) providing a tubular housing, the housing having a longitudinal axis;
   (b) pre-assembling a pivoting lens unit, the lens unit including:
     (i) a pivot cartridge sized to be at least partially received by the housing,
     (ii) a pivot tube, the pivot tube including a first end movably coupled to the pivot cartridge and a second end extending from the pivot cartridge, the second end being rotatable transversely of the longitudinal axis of the housing, and
     (iii) a lens assembly disposed within the pivot tube between the first and second ends;
   (c) positioning the pivoting lens unit in said housing; and
   (d) securing the pivot cartridge within the housing.

27. A method of manufacturing a riflescope, comprising the steps of:
   (a) pre-assembling a pivoting lens unit for insertion into a tubular housing of the riflescope having a longitudinal axis by the steps of:

Exhibit 5
Page 9 of 12

US 6,816,305 B2

| 9 | 10 |

(i) pivotally seating a lens-holding pivot tube in a pivot cartridge so that the pivot tube is pivotable transversely to the longitudinal axis of the housing when the pivoting lens unit is installed in the housing, and

(ii) after pivotally seating the pivot tube in the pivot cartridge, attaching a fastener to the pivot cartridge to retain the pivot tube to the pivot cartridge;

(b) positioning the pre-assembled pivoting lens unit in the housing; and

(c) securing the pre-assembled pivoting lens unit in the housing.

\* \* \* \* \*

Exhibit 5
Page 10 of 12

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,816,305 B2                                    Page 1 of 1
APPLICATION NO.   : 10/282740
DATED             : November 3, 2004
INVENTOR(S)       : Regan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 2
Line 33 delete "capable".

Column 7
Line 22 delete "ion".

Signed and Sealed this

Twenty-first Day of October, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Exhibit 5
Page 11 of 12

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.       : 6,816,305 B2                                  Page 1 of 1
APPLICATION NO.  : 10/282740
DATED            : November 9, 2004
INVENTOR(S)      : Regan et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 2
Line 33 delete "capable".

Column 7
Line 22 delete "ion".

This certificate supersedes the Certificate of Correction issued October 21, 2008.

Signed and Sealed this

Eleventh Day of November, 2008

*Jon W. Dudas*

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

Exhibit 5
Page 12 of 12