Kassim M. Ferris, OSB No. 965260
kassim.ferris@stoel.com
Brian Park, *Pro Hac Vice Pending*
brian.park@stoel.com
Elliott J. Williams, OSB No. 144835
elliott.williams@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEUPOLD & STEVENS, INC., | Case No.: |
| Plaintiff, | CORPORATE DISCLOSURE STATEMENT |
| v. | |
| LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA, | |
| Defendant. | |

Plaintiff Leupold & Stevens, Inc. ("Leupold") hereby submits this corporate disclosure

pursuant to Fed. R. Civ. P. 7.1.  Leupold is a privately held Oregon Corporation.

Page 1   -   CORPORATE DISCLOSURE STATEMENT

Leupold does not have a parent corporation and no publicly held corporation owns 10% or more of Leupold's stock.

DATED:  August 2, 2016.

STOEL RIVES LLP


/s/ Kassim M. Ferris
KASSIM M. FERRIS, OSB No. 965260
BRIAN C. PARK, *Pro Hac Vice Pending*
ELLIOTT J. WILLIAMS. OSB 144835
Telephone:  (503) 224-3380

Attorneys for Plaintiff, Leupold & Stevens, Inc.

Page 2    -    CORPORATE DISCLOSURE STATEMENT

87187229.1 0048139-00034