AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☐ Trademarks or ☑ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:16–cv–01570–HZ | DATE FILED<br>8/2/2016 | U.S. DISTRICT COURT<br>District of Oregon |
|---|---|---|
| PLAINTIFF<br>Leupold &Stevens, Inc. | | DEFENDANT<br>Lightforce USA, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,006,429 | 8/30/2011 | Leupold &Stevens, Inc. |
| 2 | 8,516,736 | 8/27/2013 | Leupold &Stevens, Inc. |
| 3 | 9,188,408 | 11/17/2015 | Leupold &Stevens, Inc. |
| 4 | 9,170,068 | 10/27/2015 | Leupold &Stevens, Inc. |
| 5 | 6,816,305 | 11/9/2004 | Leupold &Stevens, Inc. |

In the above−entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br>MARY L. MORAN | (BY) DEPUTY CLERK<br>D. St. Germain | DATE<br>8/3/2016 |
|---|---|---|

**Copy 1 Upon initiation of action, mail this copy to Director    Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director    Copy 4 Case file copy**