AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| LEUPOLD & STEVENS, INC.<br><br>*Plaintiff(s)*<br>v.<br>LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:16-cv-1570-HZ<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LIGHTFORCE USA, INC.
336 Hazen Lane
Orofino, ID  83544

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kassim M. Ferris
Brian C. Park
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**MARY L. MORAN**, Clerk of Court

Date: **10/11/2016**

By: **s/Elizabeth Potter, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
for the
District of Oregon

### RETURN AND AFFIDAVIT OF SERVICE

**LEUPOLD & STEVENS, INC.**

                Plaintiff,

vs.                                                                                        Civil Action No. 3:16-cv-1570-HZ

**LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA**

                Defendant,

I, _Michael Stocks_, certify that I personally served a copy of the **SUMMONS, COMPLAINT FOR PATENT INFRINGEMENT (Dkt. No. 1); CIVIL CASE ASSIGNMENT ORDER (INCLUDING DISCOVERY AND PRETRIAL SCHEDULING ORDER, FED. R. CIV. P. 26 (a)(1) DISCOVERY AGREEMENT, CONSENT TO JURISDICTION BY A MAGISTRATE JUDGE AND DESIGNATION OF THE NORMAL APPEAL ROUTE, AND CIVIL CASE MANAGEMENT TIME SCHEDULES), (Dkt. No. 4); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK (Dkt. No. 5) AND REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK (Dkt. No. 6).**

upon the Defendant, **LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA,**

BY SERVING COPIES UPON REGISTERED AGENT **HOPE COLEMAN** LOCATED AT THE FACILITY OF, **LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA.**

**DATE OF SERVICE:**     10/25/16
**TIME OF SERVICE:**     1:25 PM
**SERVICE LOCATION:**    336 HAZEN LANE OROFINO, IDAHO 83544

I am a citizen of the United States, over the age of eighteen (18), and not a party to this action. I further certify the above information to be true and accurate to the best of my knowledge.

By: _____

SUBSCRIBED AND SWORN TO BEFORE ME THIS 26TH DAY OF OCTOBER, 2016.

Denise Aldous
NOTARY PUBLIC
STATE OF IDAHO

_Denise Andrus_
Notary Public in and for the State of Idaho
Residing at: Lewiston
My commission expires: 04-04-2022