UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

LEUPOLD & STEVENS, INC.

        Plaintiff(s),

v.

LIGHTFORCE USA, INC. d/b/a
NIGHTFORCE OPTICS and NIGHTFORCE ☐

        Defendant(s).

Civil Case No. 16-cv-01570-HZ

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Brian C. Park__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: __Park, Brian C.__
      *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: __Stoel Rives LLC__

Mailing Address: __600 University Street, Suite 3600__

City: __Seattle__     State: __WA__     Zip: __98101__

Phone Number: __206-624-0900__     Fax Number: __206-386-7500__

Business E-mail Address: __brian.park@stoel.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington State Bar; November 21, 1995; 25584

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
US Court of Federal Claims, 11/30/95, N/A; US Court of Appeals for the Federal Circuit, 2/23/96, N/A; USDC W.D. Wa., 1/9/98, 25584; USDC E.D. Wa., 5/20/99, 25584; 9th Cir. Court of Appeals, 6/30/11, N/A

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Leupold & Stevens, Inc.

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 26th day of October, 2016

_____
(Signature of Pro Hac Counsel)

BRIAN C. PARK
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 26th day of October, 2016

_____
(Signature of Local Counsel)

Name: Ferris, Kassim M.
(Last Name)    (First Name)    (MI)    (Suffix)

Oregon State Bar Number: 965260
Firm or Business Affiliation: Stoel Rives LLP
Mailing Address: 760 SW Ninth Avenue, Suite 3000
City: Portland    State: OR    Zip: 97205
Phone Number: 503-224-3380    Business E-mail Address: 503-224-2480

## COURT ACTION

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 27 day of Oct, 2016

_____
Judge    Marco Hernandez

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE (Brian C. Park)** on the following named person on the date indicated below by

- ☒ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☒ email
- ☐ notice of electronic filing using the CM/ECF system

to said person a true copy thereof, contained in a sealed envelope, addressed to said person at his last-known address indicated below.

David A. Casimir, Ph.D.   dacasimir@casimirjones.com
Casimir Jones, S.C.
2275 Deming Way, Suite 310
Middleton, WI 53562

    Attorney for Defendant

DATED:  October 26, 2016.

STOEL RIVES LLP

*/s/ Kassim M. Ferris*
KASSIM M. FERRIS, OSB No. 0965260
Telephone:  (503)-224-3380

Attorneys for Plaintiff, Leupold & Stevens, Inc.