Scott E. Davis, OSB# 022883
Email: scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*Attorney for Defendant*
LIGHTFORCE USA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEUPOLD & STEVENS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA,** <br><br> Defendants. | Civil Case No.: 3:16-cv-01570-HZ <br><br> **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

Defendant Lightforce USA, Inc. ("Defendant") submits the following unopposed motion.

**LOCAL RULE 7-1 CERTIFICATION**

The undersigned counsel certifies that counsel for Defendant conferred with counsel for Plaintiff Leupold & Stevens, Inc. ("Plaintiff"), and Plaintiff does not oppose the relief requested.

**MOTION**

Pursuant to LR 16-3, Defendant requests an extension of 21 days from Tuesday, November15, 2016, through and including, December 6, 2016, to file an answer to Plaintiff's Complaint. Good cause exists for this extension; it is necessary to permit the undersigned counsel, who was recently retained, to confer with Defendant Lightforce USA, Inc. and prepare a response to the allegations within the Complaint.

This motion is made in good faith and not for purposes of delay, and is the first request for an extension of Defendant's responsive pleading deadline. The requested extension will not require any modifications to any other case management dates that have been set by the Court.

DATED November 11, 2016

                Respectfully submitted,

          By: *s/ Scott E. Davis*
               Scott E. Davis, OSB# 022883
               Email: scott.davis@klarquist.com
               KLARQUIST SPARKMAN, LLP

               *Attorney for Defendant*
               *LIGHTFORCE USA, INC.*