Scott E. Davis, OSB# 022883
Email: scott.davis@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

*Attorney for Defendant*
LIGHTFORCE USA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEUPOLD & STEVENS, INC.,**<br><br>  Plaintiff,<br><br> v.<br><br>**LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA,**<br><br>  Defendant. | Civil Case No.: 3:16-cv-01570-HZ<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Lightforce USA, Inc. d/b/a Nightforce Optics ("Nightforce"), states that it has no parent company, and no publicly held company owns 10% or more of Nightforce's stock.

DATED December 6, 2016

                    Respectfully submitted,

          By: *s/Scott E. Davis*
               Scott E. Davis, OSB# 022883
               Email: scott.davis@klarquist.com
               KLARQUIST SPARKMAN, LLP

               *Attorney for Defendant*
               LIGHTFORCE USA, INC.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT                    Page 1