UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LEUPOLD & STEVENS, INC.,<br><br>    Plaintiff / Counterclaim-Defendant,<br><br>    v.<br><br>LIGHTFORCE USA, INC. d/b/a<br>NIGHTFORCE OPTICS and<br>NIGHTFORCE USA.<br><br>    Defendant / Counterclaimant. | No. 3:16-cv-1570-HZ<br><br>**JOINT STATUS REPORT** |

    Pursuant to the Court's February 8, 2017 order (Dkt. # 25 and 18), Plaintiff Leupold & Stevens, Inc. and Defendant Lightforce USA, Inc. d/b/a Nightforce Optics and Nightforce USA ("Lightforce"), by and through counsel of record, present this joint status report to the Court regarding the parties' proposed pre-trial deadlines and trial dates.

    **1.**    **Plaintiff's Proposal:**

    Leupold & Stevens, Inc. ("Leupold") proposes the schedule described in the following table. The parties agree on the trial date and certain pretrial events and deadlines. The differences between the parties' proposals relate primarily to the amount of time for additional written fact discovery. Both sides' proposals contemplate sufficient time for document review prior to the completion of fact depositions. With Nightforce's document production having been deficient and remaining substantially incomplete and Nightforce's requests for supplemental document productions from Leupold, both sides' proposals provide sufficient time after the close of document discovery for fact depositions. However, Nightforce's proposal seeks an additional

JOINT STATUS REPORT — 1
96163054.1 0048139-00034

month-and-a–half to serve additional interrogatories and requests for admission even though Defendant has already served 21 interrogatories (including many with multiple subparts) and 128 requests for admission. Leupold believes this further delay is unnecessary and would necessitate pushing back the expert witness dates and dispositive motions deadline.

| Event | Leupold's Proposal | Current Deadline |
|---|---|---|
| Deadline to complete document productions (other than routine supplementation and/or newly discovered evidence), interrogatories, and requests for admission | 4/2/2018 | 4/2/2018 |
| Deadline for Counsel to Confer re Method and Timing of ADR Procedures and File Joint ADR Report | 4/2/2018 | 4/2/2018 |
| Disclosure of Reliance Upon Advice of Counsel Defense | 4/2/2018 | 4/2/2018 |
| Date to complete fact depositions | 6/8/2018 | 4/2/2018 |
| Deadline for fact discovery motions (if any) | 6/15/2018 | 4/2/2018 |
| Opening expert reports | 6/22/2018 | 5/31/2018 |
| Rebuttal expert reports | 7/20/2018 | 6/30/2018 |
| Close of expert discovery | 8/10/2018 | 7/31/2018 |
| Deadline to file dispositive motions | 8/31/2018 | 8/31/2018 |
| ADR Deadline | 10/31/2018 | 10/31/2018 |
| Summary Judgment Oral Arguments | t/b/d by the Court | t/b/d by the Court |
| The Court's Summary Judgment Order | t/b/d by the Court | t/b/d by the Court |
| 1st Wave of Pre-Trial Filings (exhibits and exhibit lists; lay and expert witness statements; itemized list of economic damages; deposition designations; trial briefs) | 2/15/2019 | |
| 2d Wave of Pre-Trial Filings (motions in limine; proposed voir dire questions; proposed jury instructions; proposed verdict form; objections to witnesses; impeachment witnesses/exhibits) | 2/22/2019 | |

| Event | Leupold's Proposal | Current Deadline |
|---|---|---|
| 3d Wave of Pre-Trial Filings (one-page list of all potential witnesses; rebuttal witness statements and exhibits; responses to motions in limine; objections to exhibits; objections to witnesses) | 3/1/2019 | |
| Final Wave of Pre-Trial Filings (joint motion in limine ruling chart; joint witness and exhibit ruling chart) | 3/8/2019 | |
| Final Pre-Trial Conference | 3/15/2019 | |
| TRIAL | March 25, 2019 (15 trial days) | |

**2.    Defendant's Proposal:**

Lightforce sets for its proposed schedule in the table below. In short, the parties largely agree on the trial date and pretrial events and related deadlines. The differences between the parties' proposed schedules primarily relate to the sequencing of fact and expert discovery. Specifically, Lightforce's proposed schedule contemplates allowing sufficient time for the parties to review documents produced by the other side and evaluate the need for any follow up written discovery in view of those documents, and/or supplements to prior written discovery responses in view of those documents. Here, for example, Plaintiff Leupold's document production to date is far from complete. Lightforce's proposed schedule also allows for the scheduling of fact depositions in an orderly fashion; i.e., after most written discovery is complete. It is anticipated that deposition scheduling will require substantial coordination and logistics to complete fact depositions. For example, Lightforce anticipates deposing third party prior art witnesses on the east coast, and possibly in foreign countries. There are also many party fact witnesses, including Leupold employees and prosecuting attorneys, who will be deposed.

| Event | Nightforce's Proposal | Current Deadline |
|---|---|---|
| Deadline to complete document productions (other than routine supplementation and/or newly discovered evidence, or evidence newly produced by a 3rd party). | 4/2/2018 | 4/2/2018 |
| Deadline for Counsel to Confer re Method and Timing of ADR Procedures and File Joint ADR Report | 4/2/2018 | 4/2/2018 |
| Disclosure of Reliance Upon Advice of Counsel Defense | 4/2/2018 | 4/2/2018 |
| Respond to all interrogatories, and requests for admission | 5/11/2018 | 4/2/2018 |
| Date to complete fact depositions | 6/29/2018 | 4/2/2018 |
| Deadline for fact discovery motions (if any) | 7/13/2018 | 4/2/2018 |
| Opening expert reports as required by Fed. R. Civ. P. 26(a)(2)(A)-(C) | 7/20/2018 | 5/31/2018 |
| Rebuttal expert reports as required by Fed. R. Civ. P. 26(a)(2)(D)(ii) | 8/24/2018 | 6/30/2018 |
| Close of expert discovery | 9/14/2018 | 7/31/2018 |
| Deadline to file dispositive motions and motions to exclude or limit expert testimony | 10/5/2018 | 8/31/2018 |
| ADR Deadline | 11/16/2018 | 10/31/2018 |
| Summary Judgment Oral Arguments | - | t/b/d by the Court |
| The Court's Summary Judgment Order | - | t/b/d by the Court |
| Plaintiff to serve proposed pretrial order, jury instructions and verdict form | 2/1/2019 | |
| Defendant to serve objections and counterproposals for proposed pretrial order, jury instructions and verdict form | 2/8/2019 | |

JOINT STATUS REPORT — 4
96163054.1 0048139-00034

| **Event** | **Nightforce's Proposal** | **Current Deadline** |
|---|---|---|
| 1st Wave of Pre-Trial Filings<br><br>(exhibits and exhibit lists; lay and expert witness statements; itemized list of economic damages; deposition designations; trial briefs) | 2/15/2019 | |
| 2d Wave of Pre-Trial Filings<br><br>(motions in limine; voir dire questions; jury instructions; verdict form; objections to witnesses; rebuttal witnesses/exhibits lists) | 2/22/2019 | |
| 3d Wave of Pre-Trial Filings<br><br>(one-page list of all potential witnesses; rebuttal witness statements, deposition designations and exhibits; responses to motions in limine; objections to exhibits; objections to witnesses) | 3/1/2019 | |
| Final Wave of Pre-Trial Filings<br><br>(lodge proposed pretrial order, joint motion in limine ruling chart; joint witness and exhibit ruling chart; objections to rebuttal witness statements, deposition designations and exhibits) | 3/8/2019 | |
| Final Pre-Trial Conference | 3/15/2019 | |
| TRIAL | March 25, 2019<br><br>(15 trial days) | |

DATED this 5th day of March, 2018.

Respectfully submitted,

| STOEL RIVES LLP | KLARQUIST SPARKMAN, LLP |
|---|---|
| /s/ Kassim M. Ferris<br>Kassim M. Ferris, OSB No. 965260<br>Nathan C. Brunette, OSB No. 090913<br>760 S.W. Ninth Ave., Suite 3000<br>Portland, OR  97205<br>Telephone: (503) 224-3380<br>Facsimile:  (503) 220-2480<br>*kassim.ferris@stoel.com*<br>*nathan.brunette@stoel.com*<br><br>Brian C. Park (*pro hac vice*)<br>600 University Street, Suite 3600<br>Seattle, WA  98101-4109<br>Telephone: (206) 386-7542<br>Facsimile:  (206) 386-7500<br>*brian.park@stoel.com*<br><br>Attorneys for Plaintiff<br>LEUPOLD & STEVENS, INC. | /s/ Scott E. Davis<br>Scott E. Davis, Esq., OSB No. 022883<br>One World Trade Center<br>121 SW Salmon Street, Suite 1600<br>Portland, OR  97204<br>*scott.davis@klarquist.com*<br>Todd M. Siegel, OSB No. 001049<br>*todd.siegel@klarquist.com*<br>(503) 473-0933<br><br>CASIMIR JONES, S.C.<br><br>David A. Casimir, Esq. (*pro hac vice* forthcoming)<br>2275 Deming Way, Suite 310<br>Middleton, WI  53562<br>*dacasimir@casimirjones.com*<br>(608) 662-1277<br><br>Attorneys for Defendant<br>LIGHTFORCE USA, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **JOINT STATUS REPORT** was electronically filed today with the Clerk of the Court using the Court's CM/ECF system, which will serve and send notification of such filing to all counsel for the parties who have appeared in this case.

Additionally, a true and correct copy of the foregoing was served today via U.S. Mail, postage prepaid, as follows:

| | |
|---|---|
| CASIMIR JONES, S.C.<br>David A. Casimir, Esq.<br>*dacasimir@casimirjones.com*<br>2275 Deming Way, Suite 310<br>Middleton, WI  53562<br><br>Attorneys for Defendant<br>LIGHTFORCE USA, INC. | KLARQUIST SPARKMAN, LLP<br>Scott E. Davis, Esq., OSB No. 022883<br>*scott.davis@klarquist.com*<br>Todd M. Siegel, OSB No. 001049<br>*todd.siegel@klarquist.com*<br>One World Trade Center<br>121 SW Salmon Street, Suite 1600<br>Portland, OR  97204<br><br>Attorneys for Defendant<br>LIGHTFORCE USA, INC. |
| DATED this 5th day of March, 2018. | STOEL RIVES LLP<br><br>*s/ Nathan C. Brunette*<br>Kassim M. Ferris, OSB No. 965260<br>Nathan C. Brunette, OSB No. 090913<br>Elliott J. Williams, OSB No. 144835<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR  97205<br>Telephone: (503) 224-3380<br>Facsimile: (503) 220-2480<br>*kassim.ferris@stoel.com*<br>*nathan.brunette@stoel.com*<br>*elliott.williams@stoel.com*<br><br>Brian C. Park (*pro hac vice*)<br>600 University Street, Suite 3600<br>Seattle, WA  98101-4109<br>Telephone: (206) 386-7542<br>Facsimile: (206) 386-7500<br>*brian.park@stoel.com*<br><br>Attorneys for Plaintiff |