UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LEUPOLD & STEVENS, INC.,<br><br>　　Plaintiff / Counterclaim-Defendant,<br><br>　　v.<br><br>LIGHTFORCE USA, INC. d/b/a<br>NIGHTFORCE OPTICS and<br>NIGHTFORCE USA.<br><br>　　Defendant / Counterclaimant. | No. 3:16-cv-1570-HZ<br><br>**JOINT REPORT AND STIPULATION TO DATES** |

Pursuant to the Court's case management conference and rulings (Dkt # 74) on March 20, 2018, Plaintiff Leupold & Stevens, Inc. and Defendant Lightforce USA, Inc. d/b/a Nightforce Optics and Nightforce USA ("Lightforce"), by and through counsel of record, present this joint report setting forth the dates set by the Court and other intermediate deadlines stipulated to by the parties.

The parties submit this joint filing for ease of future reference on the Court docket.

| **Event** | **Deadline** |
|---|---|
| Deadline to complete document productions (other than routine supplementation and/or newly discovered evidence, or evidence newly produced by a 3rd party). | 4/16/2018 |
| Deadline for Counsel to Confer re Method and Timing of ADR Procedures and File Joint ADR Report | 4/2/2018<br><br>(Dkt # 74) |
| Disclosure of Reliance Upon Advice of Counsel Defense | 4/2/2018 |
| Deadline to amend pleadings or add parties | 4/20/2018 |

JOINT REPORT — 1
96348363.1 0048139-00034

|  |  |
|---|---|
|  | (Dkt # 74) |
| Respond to all interrogatories, and requests for admission | 5/25/2018 |
| Date to complete fact depositions | 7/6/2018 |
| Deadline for fact discovery motions (if any) | 7/13/2018 |
| Opening expert reports as required by Fed. R. Civ. P. 26(a)(2)(A)-(C) | 7/20/2018 |
| Rebuttal expert reports as required by Fed. R. Civ. P. 26(a)(2)(D)(ii) | 8/24/2018 |
| Close of expert discovery | 9/14/2018 (Dkt # 74) |
| Deadline to file dispositive motions | 10/5/2018 (Dkt # 74) |
| ADR Deadline | 11/16/2018 |
| Summary Judgment Oral Arguments | 12/17/2018 at 1:30 pm (Dkt # 74) |
| Deadline to file motions to exclude or limit expert testimony under *Daubert* or FRE 702-703 | 1/7/2019 |
| Plaintiff to serve proposed pretrial order, jury instructions and verdict form | 2/4/2019 |
| Defendant to serve objections and counterproposals for proposed pretrial order, jury instructions and verdict form | 2/15/2019 |
| 1st Wave of Pre-Trial Filings (exhibits and exhibit lists; lay and expert witness statements; itemized list of economic damages; deposition designations; trial briefs) | 2/25/2019 |
| 2d Wave of Pre-Trial Filings (motions in limine; voir dire questions; jury instructions; verdict form; objections to witnesses; rebuttal witnesses/exhibits lists) | 3/8/2019 |
| 3d Wave of Pre-Trial Filings (one-page list of all potential witnesses; rebuttal witness statements, deposition designations and exhibits; responses to motions in limine; objections to exhibits; objections to witnesses) | 3/18/2019 |
| Final Wave of Pre-Trial Filings (lodge proposed pretrial order, joint motion in limine ruling chart; joint witness and exhibit ruling chart; objections to rebuttal witness | 3/29/2019 |

| | |
|---|---|
| statements, deposition designations and exhibits) | |
| Final Pre-Trial Conference | April 8, 2019 at 9:00 am<br><br>(Dkt # 74) |
| TRIAL | April 16, 2019 at 9:00 am<br><br>(15 trial days)<br><br>(Dkt # 74) |

DATED this 21st day of March, 2018.

Respectfully submitted,

| | |
|---|---|
| STOEL RIVES LLP | KLARQUIST SPARKMAN, LLP |
| /s/ Kassim M. Ferris<br>Kassim M. Ferris, OSB No. 965260<br>Nathan C. Brunette, OSB No. 090913<br>760 S.W. Ninth Ave., Suite 3000<br>Portland, OR  97205<br>Telephone: (503) 224-3380<br>Facsimile:  (503) 220-2480<br>*kassim.ferris@stoel.com*<br>*nathan.brunette@stoel.com* | /s/ Scott E. Davis<br>Scott E. Davis, Esq., OSB No. 022883<br>One World Trade Center<br>121 SW Salmon Street, Suite 1600<br>Portland, OR  97204<br>*scott.davis@klarquist.com*<br>Todd M. Siegel, OSB No. 001049<br>*todd.siegel@klarquist.com*<br>(503) 473-0933 |
| Brian C. Park (*pro hac vice*)<br>600 University Street, Suite 3600<br>Seattle, WA  98101-4109<br>Telephone: (206) 386-7542<br>Facsimile:  (206) 386-7500<br>*brian.park@stoel.com*<br><br>Attorneys for Plaintiff<br>LEUPOLD & STEVENS, INC. | CASIMIR JONES, S.C.<br><br>David A. Casimir, Esq. (*pro hac vice* forthcoming)<br>2275 Deming Way, Suite 310<br>Middleton, WI  53562<br>*dacasimir@casimirjones.com*<br>(608) 662-1277<br><br>Attorneys for Defendant<br>LIGHTFORCE USA, INC. |