UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

[Plaintiff], LEUPOLD & STEVENS, INC.

                Plaintiff(s),                Civil No: 3-16-cv-01570-HZ

vs.

[Defendant], LIGHTFORCE USA, INC., et al      JOINT ALTERNATE DISPUTE
                                                               RESOLUTION REPORT

                Defendant(s).

        Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

1.     Have counsel held settlement discussions with their clients and the opposing party?
      ☒Yes      ☐No

If not, provide an explanation:

_____

_____

2.     The parties propose:   (*check one of the following*)

      ☐ (a)     That this case be referred to a neutral of their choice for ADR not sponsored by the court pursuant to LR 16-4(e)(1).

      ☐ (b)     That the court refer this case to mediation using a Court-sponsored mediator or staff mediator.  (*See* LR 16-4(f) for Court-sponsored mediation procedures).   The parties seek a Court mediator because:

_____

_____

_____

☒ (c)    ADR may be helpful at a later date following completion of:

<u>The parties propose a private mediation to occur after dispositive motions are filed</u>. The parties plan to schedule a mediation after October 5, 2018 and before the ADR deadline of November 16, 2018.

☐ (d)    The parties believe the court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)    The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f)    Other:

_____

_____

_____

DATED: April 3, 2018        By:    s/ Nathan C. Brunette
                                                              Plaintiff's Attorney
                                                              Kassim M. Ferris, OSB No. 965260
                                                              Email: kassim.ferris@stoel.com
                                                              Nathan C. Brunette, OSB No. 090913
                                                              nathan.brunette@stoel.com

                                            By:    s/ Todd M. Siegel
                                                              Defendant's Attorney
                                                              Todd M. Siegel, OSB No. 001049
                                                              todd.siegel@klarquist.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the Clerk of the Court using the Court's CM/ECF system, which will serve and send notification of such filing to all counsel for the parties who have appeared in this case.

Additionally, a true and correct copy of the foregoing was served today via U.S. Mail, postage prepaid, as follows:

| | |
|---|---|
| David A. Casimir, Ph.D.<br>Casimir Jones, S.C.<br>2275 Deming Way, Suite 310<br>Middleton, WI 53562<br>Email: dacasimir@casimirjones.com | Todd M. Siegel, OSB No. 001049<br>Scott E. Davis, OSB# 022883<br>Klarquist Sparkman, LLP<br>121 S.W. Salmon St., Suite 1600<br>Portland, Oregon 97204<br>Email: scott.davis@klarquist.com<br>Email: todd.siegel@klarquist.com |

DATED this 3rd day of April, 2018.    STOEL RIVES LLP

*s/ Nathan C. Brunette*
Kassim M. Ferris, OSB No. 965260
Nathan C. Brunette, OSB No. 090913
Elliott J. Williams, OSB No. 144835
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: (503) 224-3380
Facsimile: (503) 220-2480
*kassim.ferris@stoel.com*
*nathan.brunette@stoel.com*
*elliott.williams@stoel.com*

Brian C. Park (*pro hac vice*)
600 University Street, Suite 3600
Seattle, WA 98101-4109
Telephone: (206) 386-7542
Facsimile: (206) 386-7500
*brian.park@stoel.com*

Attorneys for Plaintiff