Scott E. Davis, OSB No. 022883
Email: scott.davis@klarquist.com
Todd M. Siegel, OSB No. 001049
Email: todd.siegel@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300

David A. Casimir, *pro hac vice*
Email: dacasimir@casimirjones.com
CASIMIR JONES, S.C.
2275 Deming Way, Ste. 310
Middleton, WI 53562
Telephone: (608) 662-1277

*Attorneys for Defendant*
LIGHTFORCE USA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEUPOLD & STEVENS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA,**<br><br>Defendant. | Civil Case No.: 3:16-cv-01570-HZ<br><br>**DECLARATION OF ARIE PELLIKAAN IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT 9,170,068** |

I, Arie Pellikaan, hereby declare as follows:

1. This declaration is based on my personal knowledge.

2. I am over the age of 18. I am a paralegal at the law firm Klarquist Sparkman, LLP.

DECLARATION OF ARIE PELLIKAAN IN SUPPORT OF
DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT 9,170,068                    1

3.      Attached as Exhibit A hereto are true copies of highlighted excerpts of page 134 and pages 136-37 of the transcript of the deposition of Klaus Johnson taken June 20, 2018.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of November, 2018.

_____
Arie Pellikaan