UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Leupold & Stevens, Inc.,

                      Plaintiff(s),

v.

Lightforce USA, Inc.,

                      Defendant(s).

Case No.: 3:16-cv-01570-HZ

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☑ Yes    ☐ No

    If not, provide an explanation:

    _____

    _____

2. The parties propose:  (*check one of the following*)

    ☐ (a)    That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

    ☐ (b)    That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

    _____

    _____

    _____

☐ (c)  ADR may be helpful at a later date following completion of:

_____

_____

☐ (d)  The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)  The parties do not believe that any form of ADR will assist in the resolution of this case.

■ (f)  Other:

The parties are discussing the timing and format of a formal mediation to be conducted

in the near future.

_____

Dated: 11/16/2018                    By: s/Scott E. Davis
                                          Scott E. Davis

                                     By: s/Brian C. Park
                                          Brian C. Park