Scott E. Davis, OSB No. 022883
Email: scott.davis@klarquist.com
Todd M. Siegel, OSB No. 001049
Email: todd.siegel@klarquist.com
J. Christopher Carraway, OSB No. 961723
Email: chris.carraway@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon St., Ste. 1600
Portland, Oregon 97204
Telephone: (503) 595-5300

David A. Casimir, *pro hac vice*
Email: dacasimir@casimirjones.com
CASIMIR JONES, S.C.
2275 Deming Way, Ste. 310
Middleton, WI 53562
Telephone: (608) 662-1277

*Attorneys for Defendant*
LIGHTFORCE USA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LEUPOLD & STEVENS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA,**<br><br>Defendant. | Civil Case No.: 3:16-cv-01570-HZ<br><br>**NOTICE OF APPEARANCE OF J. CHRISTOPHER CARRAWAY FOR DEFENDANT LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA** |

NOTICE OF APPEARANCE OF J. CHRISTOPHER CARRAWAY

TO ALL PARTIES OF RECORD AND THEIR COUNSEL

Notice is hereby given of the appearance of J. Christopher Carraway as counsel for the Defendant Lightforce USA, Inc. d/b/a Nightforce Optics and Nightforce USA in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers and other material relevant to this action should be directed to and served upon:

    J. Christopher Carraway, OSB No. 961723
    Email: chris.carraway@klarquist.com
    Klarquist Sparkman, LLP
    121 SW Salmon Street, Suite 1600
    Portland, OR 97204
    (T)  503-595-5300
    (F)  503-595-5301

DATED September 5, 2019

    Respectfully submitted,

    By:  *s/J. Christopher Carraway*
     Scott E. Davis, OSB No. 022883
     Email: scott.davis@klarquist.com
     Todd M. Siegel, OSB No. 001049
     Email: todd.siegel@klarquist.com
     J. Christopher Carraway, OSB No. 961723
     Email: chris.carraway@klarquist.com
     KLARQUIST SPARKMAN, LLP

     David A. Casimir, *pro hac vice*
     Email: dacasimir@casimirjones.com
     CASIMIR JONES, S.C.

     *Attorneys for Defendant*
     *LIGHTFORCE USA, INC.*