Kassim M. Ferris, OSB No. 965260
Nathan C. Brunette, OSB No. 090913
STOEL RIVES LLP
760 S.W. Ninth Ave., Suite 3000
Portland, OR  97205
Telephone: (503) 224-3380
Facsimile:  (503) 220-2480

Brian C. Park (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101-4109
Telephone: (206) 386-7542
Facsimile:  (206) 386-7500

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LEUPOLD & STEVENS, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA, <br><br> Defendant/Counterclaimant. | No. 3:16-cv-1570-HZ <br><br> **PLAINTIFF LEUPOLD & STEVENS, INC.'S NOTICE RE NARROWED ASSERTED CLAIMS OF U.S. PATENT NO. 6,351,907** |

In response to the direction of the Court to consider options to streamline this case, and in an effort to narrow the issues in dispute by limiting the number of patent claims and related defenses presented, Plaintiff Leupold & Stevens, Inc., without making any admission of any kind, hereby gives notice that it withdraws with prejudice its assertion of infringement as to claims 1, 2, 6, 7, and 8 of U.S. Patent No. 6,351,907 ("the '907 Patent").  Leupold will not in the future assert infringement of claims 1, 2, 6, 7, or 8 of the '907 Patent against Defendant Lightforce USA, Inc. ("Nightforce") or against Nightforce's products or Nightforce's suppliers, distributors, or customers.  Leupold's presentation at the trial set to begin on May 19, 2020 will be limited to asserted claims 10, 11, 16, 17, 18, and 19 of the '907 Patent.

PLAINTIFF'S NOTICE RE ASSERTED CLAIMS OF '907 PATENT— 1
104923979.1 0048139-00034

DATED this 10th day of January, 2020.

        Respectfully submitted,
STOEL RIVES LLP
*/s/ Nathan C. Brunette*
Kassim M. Ferris, OSB No. 965260
Nathan C. Brunette, OSB No. 090913
760 S.W. Ninth Ave., Suite 3000
Portland, OR  97205
Telephone: (503) 224-3380
Facsimile:  (503) 220-2480
*kassim.ferris@stoel.com*
*nathan.brunette@stoel.com*

Brian C. Park (*pro hac vice*)
600 University Street, Suite 3600
Seattle, WA  98101-4109
Telephone: (206) 386-7542
Facsimile:  (206) 386-7500
*brian.park@stoel.com*

Attorneys for Leupold & Stevens, Inc.

PLAINTIFF'S NOTICE RE ASSERTED CLAIMS OF '907 PATENT— 2
104923979.1 0048139-00034

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed today with the Clerk of the Court using the Court's CM/ECF system, which will send notification and serve such filing to all counsel for the parties who have appeared in this case:

David A. Casimir, Ph.D.
Casimir Jones, S.C.
2275 Deming Way, Suite 310
Middleton, WI  53562

Scott E. Davis
Todd M. Siegel
J. Christopher Carraway
Klarquist Sparkman, LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR  97204

      Attorneys for Defendants

DATED:  January 10, 2020.

                    STOEL RIVES LLP

                    */s/ Nathan C. Brunette*
                    NATHAN C. BRUNETTE
                    OSB No. 090913
                    Telephone: (503) 224-3380

                    Attorneys for Plaintiff/Counterclaim-Defendant
                    LEUPOLD & STEVENS, INC.