Kassim M. Ferris, OSB No. 965260
*kassim.ferris@stoel.com*
Nathan C. Brunette, OSB No. 090913
*nathan.brunette@stoel.com*
STOEL RIVES LLP
760 S.W. Ninth Ave., Suite 3000
Portland, OR  97205
Telephone: (503) 224-3380
Facsimile:  (503) 220-2480

Brian C. Park (*pro hac vice*)
*brian.park@stoel.com*
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101-4109
Telephone: (206) 386-7542
Facsimile:  (206) 386-7500

Attorneys for Plaintiff
Leupold & Stevens, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LEUPOLD & STEVENS, INC., <br><br> Plaintiff / Counterclaim-Defendant, <br><br> v. <br><br> LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA, <br><br> Defendant / Counterclaimant. | No. 3:16-cv-1570-HZ <br><br> **NOTICE OF PROPOSALS RE CASE SCHEDULE** |

In response to the Court's Order (ECF # 212) the parties have conferred and submit the following joint scheduling proposal to maintain the existing pretrial conference and trial dates, with one point of disagreement for the Court's consideration.

| Event | Current Date | *Proposed Date* |
|---|---|---|
| Any Leupold expert report or further disclosures re Doctrine of Equivalents infringement ('907 Patent)[1] | -- | January 31, 2020 |
| Depositions of hybrid fact/expert witnesses Klaus Johnson and Kevin Stockdill | February 5-6, 2020 | February 5-6, 2020 |
| Any Nightforce responsive expert rebuttal report or disclosures re doctrine of equivalents infringement | -- | February 19, 2020 |
| Any Leupold expert report in rebuttal to Johnson/Stockdill opinions | -- | February 14, 2020 |
| Continued Deposition of David Byron re '907 Patent | -- | February 21, 2020 |
|  |  |  |
| Expert Motions (*and Nightforce Proposes: DOE Motions*)[2] | February 11, 2020 | March 2, 2020 |
| Expert (and DOE) Responses | February 25, 2020 | March 16, 2020 |
| Expert (and DOE) Replies | March 10, 2020 | March 26, 2020 |
|  |  |  |
| First Wave of Pretrial Filings | March 16, 2020 | March 23, 2020 |
| Second Wave of Pretrial Filings | March 23, 2020 | April 2, 2020 |
| Third Wave of Pretrial Filings | March 30, 2020 | April 13, 2020 |
| Final Wave of Pretrial Filings | April 1, 2020 | April 20, 2020 |
|  |  |  |
| Final Pretrial Conference | May 11, 2020 | May 11, 2020 |
| Start of Trial | May 19, 2020 | May 19, 2020 |

---

[1] Nightforce reserves all rights on Leupold's new DOE theory that has not yet been fully disclosed or developed. Nightforce contends that it should have an opportunity to challenge any DOE theory as failing as a matter of law in view of several legal bars to DOE assertion, which are for the Court as a threshold gating matter before any such theory could be presented to the jury at trial. Nightforce proposes any such pretrial challenge to Leupold's DOE theory be briefed on the same schedule as expert motions.

[2] Leupold does not believe that separate, summary judgment style briefing on infringement under the doctrine of equivalents ("DOE") is necessary or appropriate, especially since DOE issues turn on the Court's forthcoming claim constructions. Leupold currently asserts potential DOE infringement only as to the two new claim construction disputes that Nightforce raised after the '907 Patent summary judgment determination (*i.e.*, the "projecting outwardly" and "spiraling outwardly" disputes). The Court has previously ruled that it does not plan to entertain new summary judgment motions on new post-summary judgment issues. If Nightforce's new claim construction disputes are resolved in Leupold's favor, Leupold does not expect it to be necessary to address DOE. If not, Nightforce's arguments on DOE can best be resolved at the pretrial conference, with the context of the Court's claim construction decisions. Leupold has no objection, however, if Nightforce elects to address any DOE issues in the allotted pages of expert briefing.

**NOTICE OF PROPOSALS RE CASE SCHEDULE** — 2

DATED this 31st day of January, 2020.

Respectfully submitted,

| STOEL RIVES LLP | KLARQUIST SPARKMAN, LLP |
|---|---|
| */s/ Nathan C. Brunette* | */s/ Scott E. Davis* |
| Kassim M. Ferris, OSB No. 965260 | Scott E. Davis, Esq., OSB No. 022883 |
| Nathan C. Brunette, OSB No. 090913 | Todd M. Siegel, OSB No. 001049 |
| 760 S.W. Ninth Ave., Suite 3000 | J. Christopher Carraway, OSB No. 961723 |
| Portland, OR  97205 | One World Trade Center |
| Telephone: (503) 224-3380 | 121 SW Salmon Street, Suite 1600 |
| Facsimile:  (503) 220-2480 | Portland, OR  97204 |
| *kassim.ferris@stoel.com* | Telephone:  (503) 473-0933 |
| *nathan.brunette@stoel.com* | *scott.davis@klarquist.com* |
| | *todd.siegel@klarquist.com* |
| | *chris.carraway@klarquist.com* |
| Brian C. Park (*pro hac vice*) | |
| 600 University Street, Suite 3600 | CASIMIR JONES, S.C. |
| Seattle, WA  98101-4109 | David A. Casimir, Esq. (*pro hac vice*) |
| Telephone: (206) 386-7542 | 2275 Deming Way, Suite 310 |
| Facsimile:  (206) 386-7500 | Middleton, WI  53562 |
| *brian.park@stoel.com* | Telephone:  (608) 662-1277 |
| | *dacasimir@casimirjones.com* |
| Attorneys for Plaintiff | |
| LEUPOLD & STEVENS, INC. | Attorneys for Defendant |
| | LIGHTFORCE USA, INC. |

**NOTICE OF PROPOSALS RE CASE SCHEDULE** — 3

105183188.1 0048139-00034

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served via electronic mail with a copy by United States mail, first-class, postage-prepaid, as follows:

**David A. Casimir, Esq., Ph.D.**
Casimir Jones, S.C.
2275 Deming Way, Suite 310
Middleton, WI  53562
dacasimir@casimirjones.com
(608) 662-1277

Attorneys for Defendants

**Scott E. Davis, Esq.**
scott.davis@klarquist.com
**Todd M. Siegel , Esq.**
todd.siegel@klarquist.com
**J. Christopher Carraway, Esq.**
christopher.carraway@klarquist.com
Klarquist Sparkman LLP
One World Trade Center
121 SW Salmon Street, Suite 1600
Portland, OR  97204
(503) 473-0933

Attorneys for Defendants

DATED this 31st day of January, 2020.

STOEL RIVES LLP

/s/ Nathan C. Brunette
Nathan C. Brunette, OSB No. 090913
Kassim M. Ferris, OSB No. 965260
760 S.W. Ninth Ave., Suite 3000
Portland, OR  97205
Telephone: (503) 224-3380
Facsimile:  (503) 220-2480
*kassim.ferris@stoel.com*
*nathan.brunette@stoel.com*

Brian C. Park (*pro hac vice*)
600 University Street, Suite 3600
Seattle, WA  98101-4109
Telephone: (206) 386-7542
Facsimile:  (206) 386-7500
*brian.park@stoel.com*

Attorneys for Plaintiff
LEUPOLD & STEVENS, INC.