Kassim M. Ferris, OSB No. 965260
Nathan C. Brunette, OSB No. 090913
STOEL RIVES LLP
760 S.W. Ninth Ave., Suite 3000
Portland, OR  97205
Telephone: (503) 224-3380
Facsimile:  (503) 220-2480

Brian C. Park (*pro hac vice*)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101-4109
Telephone: (206) 386-7542
Facsimile:  (206) 386-7500

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| LEUPOLD & STEVENS, INC.,<br><br>Plaintiff / Counterclaim-Defendant,<br><br>v.<br><br>LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA.<br><br>Defendant / Counterclaimant. | No. 3:16-cv-1570-HZ<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE PURSUANT TO CONFIDENTIAL SETTLEMENT** |

Plaintiff Leupold & Stevens, Inc. ("Leupold") and Defendant Lightforce USA, Inc. d/b/a Nightforce Optics and Nightforce USA ("Nightforce") submit this joint motion for dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The Parties have fully resolved this matter via a confidential settlement.  Accordingly, the Parties stipulate to and jointly move for the dismissal with prejudice of this action with each Party bearing its own attorneys' fees and costs.  The Parties further stipulate to and jointly move the Court to retain jurisdiction over the confidential settlement agreement in this action in the event any dispute arises relating thereto.

Respectfully submitted this 14th day of June, 2021.

| STOEL RIVES LLP | CASIMIR JONES S.C. |
|---|---|
| *s/ Brian C. Park* | *s/ David A. Casimir* |
| Kassim M. Ferris, OSB No. 965260 | David A. Casimir |
| Nathan C. Brunette, OSB No. 090913 | 2275 Deming Way, Suite 310 |
| Elliott J. Williams, OSB No. 144835 | Middleton, WI 53562 |
| 760 SW Ninth Avenue, Suite 3000 | Telephone: (608) 662-1277 |
| Portland, OR 97205 | Facsimile: (608) 662-1276 |
| Telephone: (503) 224-3380 | *dacasimir@casimirjones.com* |
| Facsimile: (503) 220-2480 | |
| *kassim.ferris@stoel.com* | Scott E. Davis |
| *nathan.brunette@stoel.com* | Todd M. Siegel |
| *elliott.williams@stoel.com* | J. Christopher Carraway |
| | Klarquist Sparkman, LLP |
| Brian C. Park (*pro hac vice*) | One World Trade Center |
| 600 University Street, Suite 3600 | 121 SW Salmon Street, Suite 1600 |
| Seattle, WA 98101-4109 | Portland, OR 97204 |
| Telephone: (206) 386-7542 | Telephone: (503) 595-5300 |
| Facsimile: (206) 386-7500 | Facsimile: (503) 595-5301 |
| *brian.park@stoel.com* | *scott.davis@klarquist.com* |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

## **ORDER**

IT IS SO ORDERED this _____ day of June, 2021.

_____
The Honorable Marco A. Hernandez

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served via ECF notice of electronic filing on all counsel of record who have appeared in this case.

DATED: June 14, 2021.

                                        *s/Karrie Fielder*
                                        Karrie Fielder, Legal Practice Assistant