IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LEUPOLD & STEVENS, INC., | No. 3:16-cv-01570-HZ |
| Plaintiff, | JUDGMENT |
| v. | |
| LIGHTFORCE USA, INC. d/b/a NIGHTFORCE OPTICS and NIGHTFORCE USA, | |
| Defendant. | |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

DATED: _____June 25, 2021_____.

_Marco Hernández_
MARCO A. HERNÁNDEZ
United States District Judge

1 – JUDGMENT